**EXHIBIT A**

 **Twin Arbor Analytical**
Your Quality Control Lab



3474 Empresa Drive Suite 140, San Luis Obispo, CA 93401 · 805-369-2123 · www.twinarborlabs.com

### Certificate of Analysis

| | | | | | | |
|---|---|---|---|---|---|---|
| **Accession:** | 11118 | **STAT** | **Client:** | Faruqi & Faruqi, LLP | **Collection Date:** 8/28/2024 10:30 AM | NA |
| **External No:** | 10548-LN | | | 1901 Avenue of the Stars, Suite 1060 | **Received Date:** 9/3/2024 2:46 PM | TA |
| **Product:** | Avocado Oil - Sample 7 | | | | **Reported Date:** 9/10/2024 11:46 AM | |
| | | | | Los Angeles, CA 90067 | | |
| **Product Code:** | AO - S7 | | | | **Report Status:** FINAL | |
| **Invoice:** | 1907 | | **Batch or Lot ID:** | L-A4180M-184-7  18:40 | **Sample Description:** Trader Joe's Avocado Oil | |

## Attachments

**Attachment (Additional Report)**                                        *Run by CMG on 9/10/2024 10:10:16 AM at Location: TAL*

*There is an additional report attached at the end of this report.*

## Analytical

| **Fatty Acid Panel (FAMEs)** | | | | *Run by JH on 9/5/2024 3:00:14 PM at Location: TAL* |
|---|---|---|---|---|

*SOP/Methodology: TM0029 (FAMEs) / GCMS*

| Test | Result | Units | Specification | Status |
|---|---|---|---|---|
| Butyric acid [C4:0] | ND | % | Unspecified | N/A |
| Caproic acid [C6:0] | ND | % | Unspecified | N/A |
| Octanoic acid [C8:0] | ND | % | Unspecified | N/A |
| Capric acid [C10:0] | ND | % | Unspecified | N/A |
| Undecanoic acid [C11:0] | ND | % | Unspecified | N/A |
| Lauric Acid [C12:0] | ND | % | Unspecified | N/A |
| Tridecanoic acid [C13:0] | ND | % | Unspecified | N/A |
| Myristic Acid [C14:0] | ND | % | Unspecified | N/A |
| Myristoleic acid [C14:1 (cis-9)] | ND | % | Unspecified | N/A |
| Pentadecanoic acid [C15:0] | ND | % | Unspecified | N/A |
| 10Z-pentadecenoic acid [C15:1 (cis-10)] | ND | % | Unspecified | N/A |
| Palmitic acid [C16:0] | 7.08 | % | Unspecified | N/A |
| Palmitoleic acid [C16:1 (cis-9)] | 2.25 | % | Unspecified | N/A |
| Heptadecanoic acid [C17:0] | ND | % | Unspecified | N/A |
| 10Z-Heptadecenoic acid [C17:1 (cis-10)] | ND | % | Unspecified | N/A |
| Stearic acid [C18:0] | 1.36 | % | Unspecified | N/A |
| Oleic acid [C18:1 (cis-9)] | 64.2 | % | Unspecified | N/A |
| Elaidic acid [C18:1 (trans-9)] | ND | % | Unspecified | N/A |
| Linoleic Acid (LA) [C18:2 (all-cis-9,12)] | 14.1 | % | Unspecified | N/A |
| Linoelaidic acid [C18:2 (all-trans-9,12)] | ND | % | Unspecified | N/A |
| gamma-Linolenic acid (GLA) [C18:3 (all-cis-6,9,12)] | ND | % | Unspecified | N/A |
| Linolenic acid (ALA) [C18:3 (all-cis-9,12,15)] | 0.871 | % | Unspecified | N/A |
| Arachidic Acid [C20:0] | 0.949 | % | Unspecified | N/A |

 **Twin Arbor Analytical**
Your Quality Control Lab



3474 Empresa Drive Suite 140, San Luis Obispo, CA 93401 · 805-369-2123 · www.twinarborlabs.com

## Certificate of Analysis

| | | | | | | |
|---|---|---|---|---|---|---|
| **Accession:** | 11118 | **STAT** | **Client:** | Faruqi & Faruqi, LLP | **Collection Date:** 8/28/2024 10:30 AM | NA |
| **External No:** | 10548-LN | | | 1901 Avenue of the Stars, Suite 1060 | **Received Date:** 9/3/2024 2:46 PM | TA |
| **Product:** | Avocado Oil - Sample 7 | | | | **Reported Date:** 9/10/2024 11:46 AM | |
| | | | | Los Angeles, CA 90067 | | |
| **Product Code:** | AO - S7 | | | | **Report Status:** FINAL | |
| **Invoice:** | 1907 | | **Batch or Lot ID:** | L-A4180M-184-7  18:40 | **Sample Description:** Trader Joe's Avocado Oil | |

## Analytical

| Test | Result | Units | Specification | Status |
|---|---|---|---|---|
| Gondoic Acid [C20:1 (cis-11)] | ND | % | Unspecified | N/A |
| Eicosadienoic acid [C20:2 (all-cis-11,14)] | ND | % | Unspecified | N/A |
| Dihomo-gamma-linolenic acid (DGLA) [C20:3 (all-cis-8,11,14)] | ND | % | Unspecified | N/A |
| 11,14,17-Eicosatrienoic acid (ETE) [C20:3 (all-cis-11,14,17)] | ND | % | Unspecified | N/A |
| Arachidonic acid (AA) [C20:4 (all-cis-5,8,11,14)] | ND | % | Unspecified | N/A |
| Eicosapentaenoic acid (EPA) [C20:5 (all-cis-5,8,11,14,17)] | ND | % | Unspecified | N/A |
| Heneicosanoic acid [C21:0] | ND | % | Unspecified | N/A |
| Behenic Acid [C22:0] | 1.23 | % | Unspecified | N/A |
| Erucic acid [C22:1 (cis-13)] | ND | % | Unspecified | N/A |
| 13,16-Docosadienoic acid [C22:2 (all-cis-13,16)] | ND | % | Unspecified | N/A |
| Docosahexaenoic acid (DHA) [C22:6 (all-cis-4,7,10,13,16,19)] | ND | % | Unspecified | N/A |
| Tricosanoic acid [C23:0] | ND | % | Unspecified | N/A |
| Tetracosanoic acid [C24:0] | ND | % | Unspecified | N/A |
| Nervonic acid [C24:1 (cis-15)] | ND | % | Unspecified | N/A |
| Total Omega-3 Fatty Acids | 0.871 | % | Unspecified | N/A |
| Total Omega-6 Fatty Acids | 14.1 | % | Unspecified | N/A |
| Total Omega-9 Fatty Acids | 64.2 | % | Unspecified | N/A |

*Run by TA on 9/10/2024 11:45:47 AM at Location: TAL*

Reviewed By: _____
Gray, Dr. Christopher  -  QC Director
Panel Name:  Fatty Acid Panel (FAMEs)

Approved:       9/10/2024 10:06 AM

 **Twin Arbor Analytical**
Your Quality Control Lab



3474 Empresa Drive Suite 140, San Luis Obispo, CA 93401 · 805-369-2123 · www.twinarborlabs.com

## Certificate of Analysis

| | | | | | | |
|---|---|---|---|---|---|---|
| **Accession:** | 11118 | **STAT** | **Client:** | Faruqi & Faruqi, LLP | **Collection Date:** 8/28/2024 10:30 AM | NA |
| **External No:** | 10548-LN | | | 1901 Avenue of the Stars, Suite 1060 | **Received Date:** 9/3/2024 2:46 PM | TA |
| **Product:** | Avocado Oil - Sample 7 | | | | **Reported Date:** 9/10/2024 11:46 AM | |
| | | | | Los Angeles, CA 90067 | | |
| **Product Code:** | AO - S7 | | | | **Report Status:** FINAL | |
| **Invoice:** | 1907 | | **Batch or Lot ID:** | L-A4180M-184-7  18:40 | **Sample Description:** Trader Joe's Avocado Oil | |

ND = Not Detected    |    LOD = Limit of Detection    |    LOQ = Limit of Quantification

Product details are provided by the Client and are not verified by the laboratory.
Not all methods are ISO17025:2017 accredited.

**Twin Arbor Analytical**
Your Quality Control Lab



3474 Empresa Drive Suite 140, San Luis Obispo, CA 93401 · 805-369-2123 · www.twinarborlabs.com

### Certificate of Analysis

| | | | | | |
|---|---|---|---|---|---|
| **Accession:** | 11118 | **Client:** | Faruqi & Faruqi, LLP | **Collection Date:** | 8/28/2024 10:30 | NA |
| **External No:** | 10548-LN | | 1901 Avenue of the Stars, Suite 1060 | **Received Date:** | 9/3/2024 14:46 | TA |
| **Product:** | Avocado Oil - Sample 7 | | | **Reported Date:** | 9/9/2024 17:00 | |
| | | | Los Angeles, CA 90067 | | | |
| **Product Code:** | AO-S7 | | | **Report Status:** | FINAL | |
| **Invoice:** | 1907 | **Batch or Lot ID:** | L-A4180M-184-7  18:40 | **Sample** | Trader Joe's Avocado Oil | |

## Report

**Analyst Detail Report**                                              *Run by CG on 9/9/2024 5:00:00 PM at Location: TAL*

The Fatty Acid Profile from the testing results of Sample 7 were compared to two published references (1)(2) and one proposed standard for Avocado Oil (3). This profile is often used to determine if adulteration has occured within edible oils. Sample 7 had several fatty acids that fell outside of the ranges set forth by the proposed CODEX Standard for Avocado Oil (3). The table below gives the relative composition for specific fatty acids that were set forth within the proposed standard.

| | CODEX '21 std (rel.%) | Sample 7 (rel.%) | Result |
|---|---|---|---|
| C14:0 | ND - 0.3 | ND | Meets Proposed Standard |
| C16:0 | 11.0 - 26.0 | 7.7 | Below Proposed Standard |
| C17:0 | ND - 0.3 | ND | Meets Proposed Standard |
| C17:1 | ND - 0.1 | ND | Meets Proposed Standard |
| C18:0 | 0.1 - 1.3 | 1.5 | Above Proposed Standard |
| C18:2 | 7.8 - 19.0 | 15.3 | Meets Proposed Standard |
| C18:3 | 0.5 - 2.1 | 0.9 | Meets Proposed Standard |
| C20:1 | ND - 0.3 | ND | Meets Proposed Standard |
| C22:0 | ND - 0.5 | 1.3 | Above Proposed Standard |
| C24:0 | ND - 0.2 | ND | Meets Proposed Standard |
| C24:1 | ND - 0.2 | ND | Meets Proposed Standard |

Due to the differences above, we conclude that Sample 7 results are inconsistent with the proposed standards set forth by CODEX.

### References

1. Green, H. G., & Wang, S. C. (2020). First report on quality and purity evaluations of avocado oil sold in the US. *Food Control,* 116. https://doi.org/10.1016/j.foodcont.2020.107328
2. Green, H. G., & Wang, S. C. (2023). Purity and quality of private labelled avocado oil. *Food Control*, 152. https://doi.org/10.1016/j.foodcont.2023.109837
3. Codex Alimentarius Commission. (2021). *Report of the 27th Session of the Codex committee on fats and oils. Proposed draft revision to the Standard for Named Vegatable Oils (CXS 210-1999) - Inclusion of avocado oil, for adoption at Step 5 by CAC45.* REP22/FO, October 2021 (pp. 46-82). https://www.fao.org/fao-who-codexalimentarius/sh-proxy/en/?lnk=1&url=https%253A%252F%252Fworkspace.fao.org%252Fsites%252Fcodex%252FMeetings%252FCX-709-27%252FREPORT%252FFinal%2BReport%252FREP22_FOe.pdf

Reviewed By: _____

Gray, Dr. Christopher  -  QC Director

ND = Not Detected   |   LOD = Limit of Detection   |   LOQ = Limit of Quantification

Product details are provided by the Client and are not verified by the laboratory.
Not all methods are ISO17025:2017 accredited.