**EXHIBIT D**

# CODEX ALIMENTARIUS

## INTERNATIONAL FOOD STANDARDS



E-mail: codex@fao.org - www.**codex**alimentarius.org

**STANDARD FOR NAMED VEGETABLE OILS**

**CXS 210-1999**

**Adopted in 1999. Revised in 2001, 2003, 2009, 2017, 2019.**
**Amended in 2005, 2011, 2013, 2015, 2019, 2021, 2022, 2023, 2024.**

**2022 Amendments**

Following decisions taken at the Forty-fifth Session of the Codex Alimentarius Commission in December 2022, amendments were made in Table 1 and Table 2 with regard to the values of the provisions for fatty acid C18:1 and C18:2, relative density, refractive density and saponification in sunflower seed oil.

**2023 Amendments**

Following decisions taken at the Forty-sixth Session of the Codex Alimentarius Commission in December 2023, amendments were made in Section 4. Food additives, Section 8 Methods of analysis and sampling and in the Appendix, Section 5 Methods of analysis and sampling.

**2023 Corrigendum**

On 1 February 2023, the value for fatty acid C16:1 for pistachio oil (Table 1, column 4, row 7) was corrected to read ND-2.0 (instead of ND-0.2) to align it with the decision of the Forty-second Session of the Codex Alimentarius Commission in July 2019.

**2024 Amendments**

Following decisions taken at the Forty-seventh Session of the Codex Alimentarius Commission in December 2024, avocado oil, camellia seed oil, sacha inchi-oil and soya bean oil- high oleic acid were added in Section 2. Description, Section 3. Essential composition and quality factors, Table 1 to Table 4 and amendments were made in Section 7.2 Labelling of non-retail containers.

**2025 Corrigenda**

On 28 January 2025, the value for relative density for almond oil (Table 2, column 2, row 1) was corrected to read 0.929 (instead of 0929).

On 19 February 2025, footnote b in Table 3 was corrected to read "The fatty acid values in this table apply to the vegetable oils described in Section 2.1 presented in a state for human consumption. However, in order to provide clarity in trade of crude oils, the values of the table may also be applied for the corresponding crude forms of the vegetable oils described in Section 2.1" instead of "Fractionated product from palm oil".

## 1.    SCOPE

This standard applies to the vegetable oils described in Section 2.1 presented in a state for human consumption.

## 2.    DESCRIPTION

### 2.1    Product definitions

(Note: synonyms are in brackets immediately following the name of the oil)

**Almond oil** is derived from the kernel of almond fruit (*Amygdalus communis* L.).

**Avocado oil** may be derived from either the mesocarp of avocado fruit (*Persea americana*) or obtained by processing the whole avocado fruit.

**Arachis oil (peanut oil; groundnut oil)** is derived from groundnuts (seeds of *Arachis hypogaea* L.).

**Babassu oil** is derived from the kernel of the fruit of several varieties of the palm *Orbignya* spp.

**Camellia seed oil (youcha oil)** is derived from the seeds of cultivated *Camellia* species (*C.oleifera*, *C.chekiangoleosa*, *C. japonica* and *C.vietnamensis*).

**Coconut oil** is derived from the kernel of the coconut (*Cocos nucifera* L.).

**Cottonseed oil** is derived from the seeds of various cultivated species of *Gossypium* spp.

**Flaxseed (Linseed) oil** is derived from the seeds of various cultivated species of *Linum usitatissimum*

**Grapeseed oil** is derived from the seeds of the grape (*Vitis vinifera* L.).

**Hazelnut oil** is derived from the kernel of hazelnut fruit (*Corylus avellana* L.).

**Maize oil** (corn oil) is derived from maize germ (the embryos of *Zea mays* L.).

**Mustard seed oil** is derived from the seeds of white mustard (*Sinapis alba* L. or *Brassica hirta Moench*), brown and yellow mustard (*Brassica juncea* (L.) Czernajew and Cossen) and of black mustard (*Brassica nigra* (L.) Koch).

**Palm kernel oil** is derived from the kernel of the fruit of the oil palm (*Elaeis guineensis*).

**Palm kernel olein** is the liquid fraction derived from fractionation of palm kernel oil (described above).

**Palm kernel stearin** is the solid fraction derived from fractionation of palm kernel oil (described above).

**Palm oil** is derived from the fleshy mesocarp of the fruit of the oil palm (*Elaeis guineensis*).

**Palm oil with a higher content of oleic acid** is derived from the fleshy mesocarp of hybrid palm fruit (OxG) (*Elaeis oleifera* x *Elaeis guineensis*)

**Palm olein** is the liquid fraction derived from the fractionation of palm oil (described above).

**Palm stearin** is the high-melting fraction derived from the fractionation of palm oil (described above).

**Palm superolein** is a liquid fraction derived from palm oil (described above) produced through a specially controlled crystallization process to achieve an iodine value of 60 or higher.

**Pistachio oil** is derived from the kernel of pistachio fruit (*Pistacia vera* L.).

**Rapeseed oil** (turnip rape oil; colza oil; ravison oil; sarson oil: toria oil) is produced from seeds of *Brassica napus* L., *Brassica rapa* L., *Brassica juncea* L. and *Brassica tournefortii* Gouan species.

**Rapeseed oil – low-erucic acid** (low-erucic acid turnip rape oil; low-erucic acid colza oil; canola oil) is produced from low-erucic acid oil-bearing seeds of varieties derived from the *Brassica napus* L., *Brassica rapa* L. and *Brassica juncea* L., species.

**Rice bran oil** (rice oil) is derived from the bran of rice (*Oryza sativa* L.).

**Sacha inchi oil** is derived from the seeds of sacha inchi (*Plukenetia volubilis* L.).

**Safflower seed oil (safflower oil; carthamus oil; kurdee oil)** is derived from safflower seeds (seeds of *Carthamus tinctorious* L.).

**Safflower seed oil – high-oleic acid** (high-oleic acid safflower oil; high-oleic acid carthamus oil; high-oleic acid kurdee oil) is produced from high-oleic acid oil-bearing seeds of varieties derived from *Carthamus tinctorious* L.

**Sesame seed oil** (sesame oil; gingelly oil; benne oil; ben oil; till oil; tillie oil) is derived from sesame seeds (seeds of *Sesamum indicum* L.).

**Soya bean oil (soybean oil)** is derived from soya beans (seeds of *Glycine max* (L.) Merr.).

**Soya bean oil – high-oleic acid** (soybean oil – high-oleic acid; high-oleic acid soya bean oil; high-oleic acid soybean oil) is produced from high-oleic acid oil-bearing seeds of varieties derived from soya beans (seeds of *Glycine max* (L.) Merr.).

**Sunflower seed oil (sunflower oil)** is derived from sunflower seeds (seeds of *Helianthus annuus* L.).

**Sunflower seed oil – high-oleic acid** (high-oleic acid sunflower oil) is produced from high-oleic acid oil-bearing seeds of varieties derived from sunflower seeds (seeds of *Helianthus annuus* L.).

**Sunflower seed oil – mid-oleic acid (mid-oleic acid sunflower oil)** is produced from mid-oleic acid oil-bearing sunflower seeds (seeds of *Helianthus annuus* L.).

**Walnut oil** is derived from the kernel of walnut fruit (Juglans *regia* L.).

## 2.2    Other definitions

***Edible vegetable oils*** are foodstuffs which are composed primarily of glycerides of fatty acids obtained only from vegetable sources. They may contain small amounts of other lipids such as phosphatides, of unsaponifiable constituents, and of free fatty acids naturally present in the fat or oil.

***Virgin oils*** are obtained, without altering the nature of the oil, by mechanical procedures, e.g. expelling or pressing, and the application of heat only. They may have been purified by washing with water, settling, filtering and centrifuging only.

***Cold-pressed oils*** are obtained, without altering the oil, by mechanical procedures only e.g. expelling or pressing, without the application of heat. They may have been purified by washing with water, settling, filtering and centrifuging only.

## 3.    ESSENTIAL COMPOSITION AND QUALITY FACTORS

## 3.1    Gas-liquid chromatography (GLC) ranges of fatty acid composition (expressed as percentages)

Samples falling within the appropriate ranges specified in Table 1 are in compliance with this standard. Supplementary criteria, for example national geographical and/or climatic variations, may be considered, as necessary, to confirm that a sample complies with the standard.

**Low-erucic acid rapeseed oil** must not contain more than 2 percent erucic acid (as percentage of total fatty acids).

**High-oleic acid safflower oil** must contain not less than 70 percent oleic acid (as percentage of total fatty acids).

**High-oleic acid soya bean oil** must contain not less than 65 percent oleic acid (as a percentage of total fatty acids).

**High-oleic acid sunflower oil** must contain not less than 75 percent oleic acid (as percentage of total fatty acids).

**Palm oil** with a higher content of oleic acid must contain not less than 48 percent oleic acid (as percentage of total fatty acids).

## 3.2    Slip point

| Palm kernel olein | between 21 °C and 26 °C |
|---|---|
| Palm kernel stearin | between 31 °C and 34 °C |
| Palm olein | not more than 24 °C |
| Palm stearin | not less than 44 °C |
| Palm superolein | not more than 19.5 °C |

**4.    FOOD ADDITIVES**

Antifoaming agents, antioxidants and emulsifiers used in accordance with Table 1 and Table 2 of the *General standard for food additives* (CXS 192-1995)[1] in food category 02.1.2 (Vegetable oils and fats) are acceptable for use in foods conforming to this standard.

No food additives are permitted in virgin or cold-pressed oils.

The flavourings used in products covered by this standard should comply with the *Guidelines for the use of flavourings* (CXG 66-2008).[2]

**5.    CONTAMINANTS**

The products covered by this standard shall comply with the maximum levels of the *General standard for contaminants and toxins in food and feed* (CXS 193-1995).[3]

The products covered by this standard shall comply with the maximum residue limits for pesticides established by the Codex Alimentarius Commission.

**6.    HYGIENE**

It is recommended that the products covered by the provisions of this standard be prepared and handled in accordance with the appropriate sections of the *General principles of food hygiene* (CXC 1-1969)[4] and other relevant Codex Alimentarius texts such as codes of hygienic practice and codes of practice.

The products should comply with any microbiological criteria established in accordance with the *Principles and guidelines for the establishment and application of microbiological criteria related to foods* (CXG 21-1997).[5]

**7.    LABELLING**

**7.1    Name of the food**

The product shall be labelled in accordance with the *General standard for the labelling of pre-packaged foods* (CXS 1-1985).[6] The name of the oil shall conform to the descriptions given in Section 2 of this standard.

Where more than one name is given for a product in Section 2.1, the labelling of that product must include one of those names acceptable in the country of use.

**7.2    Labelling of non-retail containers**

The labelling of non-retail containers should be in accordance with the *General standard for the labelling of non-retail containers of foods* (CXS 346-2021).[7]

**8.    METHODS OF ANALYSIS AND SAMPLING**

For checking the compliance with this standard, the methods of analysis and sampling contained in the *Recommended methods of analysis and sampling* (CXS 234-1999)[8] relevant to the provisions in this standard, shall be used.

CXS 210-1999

6

**Table 1: Fatty acid composition of vegetable oils as determined by gas-liquid chromatography from authentic samples[a, b] (expressed as percentage of total fatty acids) (see Section 3.1 of the standard)**

| Fatty acid | Arachis oil | Almond oil | Avocado oil | Babassu oil | Camellia seed oil | Coconut oil | Cotton seed oil | Flaxseed/linseed oil | Grape seed oil | Hazelnut oil |
|---|---|---|---|---|---|---|---|---|---|---|
| C6:0 | ND | ND | ND | ND | ND | ND–0.7 | ND | ND | ND | ND |
| C8:0 | ND | ND | ND | 2.6–7.3 | ND | 4.6–10.0 | ND | ND | ND | ND |
| C10:0 | ND | ND | ND | 1.2–7.6 | ND | 5.0–8.0 | ND | ND | ND | ND |
| C12:0 | ND–0.1 | ND | ND | 40.0–55.0 | ND | 45.1–53.2 | ND–0.2 | ND–0.3 | ND | ND |
| C14:0 | ND–0.1 | ND–0.1 | ND–0.3 | 11.0–27.0 | ND–0.8 | 16.8–21.0 | 0.6–1.0 | ND–0.2 | ND–0.3 | ND–0.1 |
| C16:0 | 5.0–14.0 | 4.0–9.0 | 11.0–26.0 | 5.2–11.0 | 3.9–14.5 | 7.5–10.2 | 21.4–26.4 | 4.0–11.3 | 5.5–11.0 | 4.2–8.9 |
| C16:1 | ND–0.2 | 0.2–0.8 | 4.0–17.1 | ND | ND–0.2 | ND | ND–1.2 | ND–0.5 | ND–1.2 | ND–0.5 |
| C17:0 | ND–0.1 | ND–0.2 | ND–0.3 | ND | ND–0.1 | ND | ND–0.1 | ND–0.1 | ND–0.2 | ND–0.1 |
| C17:1 | ND–0.1 | ND–0.2 | ND–0.1 | ND | ND–0.1 | ND | ND–0.1 | ND–0.1 | ND–0.1 | ND–0.1 |
| C18:0 | 1.0–4.5 | ND–3.0 | 0.1–1.3 | 1.8–7.4 | 0.3–4.8 | 2.0–4.0 | 2.1–3.3 | 2.0–8.0 | 3.0–6.5 | 0.8–3.2 |
| C18:1 | 35.0–80 | 62.0–76.0 | 42.0–75.0 | 9.0–20.0 | 68.0–87.0 | 5.0–10.0 | 14.7–21.7 | 9.8–36.0 | 12.0–28.0 | 74.2–86.7 |
| C18:2 | 4.0–43.0 | 20.0–30.0 | 7.8–19.0 | 1.4–6.6 | 3.8–14.0 | 1.0–2.5 | 46.7–58.2 | 8.3–30.0 | 58.0–78.0 | 5.2–18.7 |
| C18:3 | ND–0.5 | ND–0.5 | 0.5–2.1 | ND | ND–1.4 | ND–0.2 | ND–0.4 | 43.8–70.0 | ND–1.0 | ND–0.6 |
| C20:0 | 0.7–2.0 | ND–0.5 | ND–0.7 | ND | ND–0.5 | ND–0.2 | 0.2–0.5 | ND–1.0 | ND–1.0 | ND–0.3 |
| C20:1 | 0.7–3.2 | ND–0.3 | ND–0.3 | ND | ND–0.7 | ND–0.2 | ND–0.1 | ND–1.2 | ND–0.3 | ND–0.3 |
| C20:2 | ND | ND | ND | ND | ND | ND | ND–0.1 | ND | ND | ND |
| C22:0 | 1.5–4.5 | ND–0.2 | ND–0.5 | ND | ND–0.1 | ND | ND–0.6 | ND–0.5 | ND–0.5 | ND–0.2 |
| C22:1 | ND–0.6 | ND–0.1 | ND | ND | ND–0.5 | ND | ND–0.3 | ND–1.2 | ND–0.3 | ND–0.1 |
| C22:2 | ND | ND | ND | ND | ND | ND | ND–0.1 | ND | ND | ND |
| C24:0 | 0.5–2.5 | ND–0.2 | ND–0.2 | ND | ND | ND | ND–0.1 | ND–0.3 | ND–0.4 | ND |
| C24:1 | ND–0.3 | ND | ND–0.2 | ND | ND–0.5 | ND | ND | ND | ND | ND–0.3 |

[a] Data taken from species as listed in Section 2.

[b] The fatty acid values in this table apply to the vegetable oils described in Section 2.1 presented in a state for human consumption. However, in order to provide clarity in trade of crude oils, the values of the table may also be applied for the corresponding crude forms of the vegetable oils described in Section 2.1.

ND – non detectable, defined as ≤ 0.05%

7

| Fatty acid | Maize oil | Mustardseed oil | Palm oil | Palm oil with a higher oleic acid | Palm kernel oil | Palm olein* | Palm kernel olein* | Palm kernel stearin* | Palm stearin* | Palm superolein* |
|---|---|---|---|---|---|---|---|---|---|---|
| C6:0 | ND | ND | ND | ND | ND–0.8 | ND | ND–0.7 | ND–0.2 | ND | ND |
| C8:0 | ND | ND | ND | ND | 2.4–6.2 | ND | 2.9–6.3 | 1.3–3.0 | ND | ND |
| C10:0 | ND | ND | ND | ND | 2.6–5.0 | ND | 2.7–4.5 | 2.4–3.3 | ND | ND |
| C12:0 | ND–0.3 | ND | ND–0.5 | ND–0.6 | 45.0–55.0 | 0.1–0.5 | 39.7–47.0 | 52.0–59.7 | 0.1–0.5 | 0.1–0.5 |
| C14:0 | ND–0.3 | ND–1.0 | 0.5–2.0 | ND–0.8 | 14.0–18.0 | 0.5–1.5 | 11.5–15.5 | 20.0–25.0 | 1.0–2.0 | 0.5–1.5 |
| C16:0 | 8.6–16.5 | 0.5–4.5 | 39.3–47.5 | 23.0–38.0 | 6.5–10.0 | 38.0–43.5 | 6.2–10.6 | 6.7–10.0 | 48.0–74.0 | 30.0–39.0 |
| C16:1 | ND–0.5 | ND–0.5 | ND–0.6 | ND–0.8 | ND–0.2 | ND–0.6 | ND–0.1 | ND | ND–0.2 | ND–0.5 |
| C17:0 | ND–0.1 | ND | ND–0.2 | ND–0.2 | ND | ND–0.2 | ND | ND | ND–0.2 | ND–0.1 |
| C17:1 | ND–0.1 | ND | ND | ND | ND | ND–0.1 | ND | ND | ND–0.1 | ND |
| C18:0 | ND–3.3 | 0.5–2.0 | 3.5–6.0 | 1.5–4.5 | 1.0–3.0 | 3.5–5.0 | 1.7–3.0 | 1.0–3.0 | 3.9–6.0 | 2.8–4.5 |
| C18:1 | 20.0–42.2 | 8.0–23.0 | 36.0–44.0 | 48.0–60.0 | 12.0–19.0 | 39.8–46.0 | 14.4–24.6 | 4.1–8.0 | 15.5–36.0 | 43.0–49.5 |
| C18:2 | 34.0–65.6 | 10.0–24.0 | 9.0–12.0 | 9.0–17.0 | 1.0–3.5 | 10.0–13.5 | 2.4–4.3 | 0.5–1.5 | 3.0–10.0 | 10.5–15.0 |
| C18:3 | ND–2.0 | 6.0–18.0 | ND–0.5 | ND–0.6 | ND–0.2 | ND–0.6 | ND–0.3 | ND–0.1 | ND–0.5 | 0.2–1.0 |
| C20:0 | 0.3–1.0 | ND–1.5 | ND–1.0 | ND–0.4 | ND–0.2 | ND–0.6 | ND–0.5 | ND–0.5 | ND–1.0 | ND–0.4 |
| C20:1 | 0.2–0.6 | 5.0–13.0 | ND–0.4 | ND–0.2 | ND–0.2 | ND–0.4 | ND–0.2 | ND–0.1 | ND–0.4 | ND–0.2 |
| C20:2 | ND–0.1 | ND–1.0 | ND | ND–0.5 | ND | ND | ND | ND | ND | ND |
| C22:0 | ND–0.5 | 0.2–2.5 | ND–0.2 | ND–0.3 | ND–0.2 | ND–0.2 | ND | ND | ND–0.2 | ND–0.2 |
| C22:1 | ND–0.3 | 22.0–50.0 | ND | ND | ND | ND | ND | ND | ND | ND |
| C22:2 | ND | ND–1.0 | ND | ND | ND | ND | ND | ND | ND | ND |
| C24:0 | ND–0.5 | ND–0.5 | ND | ND–0.2 | ND | ND | ND | ND | ND | ND |
| C24:1 | ND | 0.5–2.5 | ND | ND | ND | ND | ND | ND | ND | ND |

ND – non detectable, defined as ≤ 0.05%
* Fractionated product from palm oil.

CXS 210-1999

| Fatty acid | Pistachio oil | Rapeseed oil | Rapeseed oil (low-erucic acid) | Rice bran oil | Sacha inchi oil | Safflower seed oil | Safflower seed oil (high-oleic acid) | Sesame seed oil | Soyabean oil | Soya bean oil (high-oleic acid) |
|---|---|---|---|---|---|---|---|---|---|---|
| **C6:0** | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| **C8:0** | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND–0.1 |
| **C10:0** | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND–0.1 |
| **C12:0** | ND | ND | ND | ND–0.2 | ND | ND | ND–0.2 | ND | ND–0.1 | ND–0.1 |
| **C14:0** | ND–0.6 | ND–0.2 | ND–0.2 | ND–1.0 | ND | ND–0.2 | ND–0.2 | ND–0.1 | ND–0.2 | ND–0.5 |
| **C16:0** | 8.0–13.0 | 1.5–6.0 | 2.5–7.0 | 14–23 | 3.6–4.8 | 5.3–8.0 | 3.6–6.0 | 7.9–12.0 | 8.0–13.5 | 2.5–8.0 |
| **C16:1** | ND–0.2 | ND–3.0 | ND–0.6 | ND–0.5 | ND–0.1 | ND–0.2 | ND–0.2 | ND– 0.2 | ND–0.2 | ND–0.1 |
| **C17:0** | ND–0.1 | ND–0.1 | ND–0.3 | ND | ND–0.1 | ND–0.1 | ND–0.1 | ND–0.2 | ND–0.1 | ND–0.8 |
| **C17:1** | ND–0.1 | ND–0.1 | ND–0.3 | ND | ND | ND–0.1 | ND–0.1 | ND–0.1 | ND–0.1 | ND–1.5 |
| **C18:0** | 0.5–3.5 | 0.5–3.1 | 0.8–3.0 | 0.9–4.0 | 2.6–4.0 | 1.9–2.9 | 1.5–2.4 | 4.5–6.7 | 2.0–5.4 | 3.2–5.0 |
| **C18:1** | 50.0–70.0 | 8.0–60.0 | 51.0–70.0 | 38–48 | 6.0– 11.7 | 8.4–21.3 | 70.0–83.7 | 34.4–45.5 | 17–30 | 65.0–87.0 |
| **C18:2** | 8.0–34.0 | 11.0–23.0 | 15.0–30.0 | 21–42 | 32.0– 43.4 | 67.8–83.2 | 9.0–19.9 | 36.9–47.9 | 48.0–59.0 | 1.0–16.0 |
| **C18:3** | 0.1–1.0 | 5.0–13.0 | 5.0–14.0 | 0.1–2.9 | 36.2– 50.0 | ND–0.1 | ND–1.2 | 0.2–1.0 | 4.5–11.0 | 1.0–6.0 |
| **C20:0** | ND–0.3 | ND–3.0 | 0.2–1.2 | ND–0.9 | ND–0.1 | 0.2–0.4 | 0.3–0.6 | 0.3–0.7 | 0.1–0.6 | ND–1.0 |
| **C20:1** | ND–0.6 | 3.0–15.0 | 0.1–4.3 | ND–0.8 | ND–0.4 | 0.1–0.3 | 0.1–0.5 | ND–0.3 | ND–0.5 | ND–1.0 |
| **C20:2** | ND | ND–1.0 | ND–0.1 | ND | ND–0.1 | ND | ND | ND | ND–0.1 | ND–0.1 |
| **C22:0** | ND | ND–2.0 | ND–0.6 | ND–1.0 | ND–0.1 | ND–1.0 | ND–0.4 | NN–1.1 | ND–0.7 | ND–0.7 |
| **C22:1** | ND | >2.0–60.0 | ND–2.0 | ND | ND–0.1 | ND–1.8 | ND–0.3 | ND | ND–0.3 | ND–0.4 |
| **C22:2** | ND | ND–2.0 | ND–0.1 | ND | ND | ND | ND | ND | ND | ND |
| **C24:0** | ND | ND–2.0 | ND–0.3 | ND–0.9 | ND | ND–0.2 | ND–0.3 | ND–0.3 | ND–0.5 | ND–0.5 |
| **C24:1** | ND | ND–3.0 | ND–0.4 | ND | ND | ND–0.2 | ND–0.3 | ND | ND | ND |

ND – non detectable, defined as ≤ 0.05%

CXS 210-1999

| Fatty acid | Sunflower seed oil | Sunflower seed oil (high oleic acid) | Sunflower seed oil (mid-oleic acid) | Walnut oil |
|---|---|---|---|---|
| C6:0 | ND | ND | ND | ND |
| C8:0 | ND | ND | ND | ND |
| C10:0 | ND | ND | ND | ND |
| C12:0 | ND–0.1 | ND | ND | ND |
| C14:0 | ND–0.2 | ND–0.1 | ND–1 | ND |
| C16:0 | 5.0–7.6 | 2.6–5.0 | 4.0–5.5 | 6.0–8.0 |
| C16:1 | ND–0.3 | ND–0.1 | ND–0.05 | ND–0.4 |
| C17:0 | ND–0.2 | ND–0.1 | ND–0.05 | ND–0.1 |
| C17:1 | ND–0.1 | ND–0.1 | ND–0.06 | ND–0.1 |
| C18:0 | 2.7–6.5 | 2.9–6.2 | 2.1–5.0 | 1.0–3.0 |
| C18:1 | 14.0–43.0 | 75–90.7 | 43.1–71.8 | 14.0–23.0 |
| C18:2 | 45.4–74.0 | 2.1–17 | 18.7–45.3 | 54.0–65.0 |
| C18:3 | ND–0.3 | ND–0.3 | ND–0.5 | 9.0–15.4 |
| C20:0 | 0.1–0.5 | 0.2–0.5 | 0.2–0.4 | ND–0.3 |
| C20:1 | ND–0.3 | 0.1–0.5 | 0.2–0.3 | ND–0.3 |
| C20:2 | ND | ND | ND | ND |
| C22:0 | 0.3–1.5 | 0.5–1.6 | 0.6–1.1 | ND–0.2 |
| C22:1 | ND–0.3 | ND–0.3 | ND | ND |
| C22:2 | ND–0.3 | ND | ND–0.09 | ND |
| C24:0 | ND–0.5 | ND–0.5 | 0.3–0.4 | ND |
| C24:1 | ND | ND | ND | ND |

ND – non detectable, defined as ≤ 0.05%

APPENDIX

## OTHER QUALITY AND COMPOSITION FACTORS

These quality and composition factors are supplementary information to the essential composition and quality factors of the standard. A product, which meets the essential quality and composition factors but does not meet these supplementary factors, may still conform to the standard.

1.  **QUALITY CHARACTERISTICS**

The **colour, odour and taste** of each product shall be characteristic of the designated product. It shall be free from foreign and rancid odour and taste.

|  | Maximum level |
|---|---|
| **Matter volatile at 105 °C** | 0.2% m/m |
| **Insoluble impurities** | 0.05% m/m |
| **Soap content** | 0.005% m/m |
| **Iron (Fe):** |  |
| Refined oils | 1.5 mg/kg |
| Virgin oils | 5.0 mg/kg |
| Crude palm kernel olein | 5.0 mg/kg |
| Crude palm kernel stearin | 7.0 mg/kg |
| **Copper (Cu)** |  |
| Refined oils | 0.1 mg/kg |
| Virgin oils | 0.4 mg/kg |
| **Acid value** |  |
| Refined oils | 0.6 mg KOH/g oil |
| Cold-pressed and virgin oils (except crude palm kernel oil and virgin palm oil) | 4.0 mg KOH/g oil |
| **Free fatty acid** |  |
| Virgin palm oil | 5.0% (as palmitic acid) |
| Crude palm kernel oil | 4.0% (as lauric acid) |
| Refined rice bran oil | 0.3% (as oleic acid) |
| **Peroxide value** |  |
| Refined oils | up to 10 milliequivalents of active oxygen/kg oil |
| Cold-pressed and virgin oils | up to 15 milliequivalents of active oxygen/kg oil |

2.  **COMPOSITION CHARACTERISTICS**

The **arachidic and higher fatty acid content** of arachis oil should not exceed 48 g/kg.

The **Reichert values** for coconut, palm kernel and babassu oils should be in the ranges 6–8.5, 4–7 and 4.5– 6.5, respectively.

The **Polenske values** for coconut, palm kernel and babassu oils should be in the ranges 13–18, 8–12 and 8– 10, respectively.

The **Halphen test** for cotton seed oil should be positive.

The **erythrodiol content** of grapeseed oil should be more than 2 percent of the total sterols.

The **total carotenoids** (as beta-carotene) for unbleached palm oil, unbleached palm olein and unbleached palm stearin should be in the range of 500–2 000, 550–2 500 and 300–1 500 mg/kg, respectively.

The **Crismer value** for low-erucic acid rapeseed oil should be in the range 67–70.

The **concentration of brassicasterol** in low-erucic acid rapeseed oil should be greater than 5 percent of total sterols.

The **Baudouin test** should be positive for sesame seed oil.

The **gamma oryzanols** in crude rice bran oil should be in the range of 0.9–2.1 percent.

3.     **CHEMICAL AND PHYSICAL CHARACTERISTICS**

Chemical and physical characteristics are given in Table 2.

4.     **IDENTITY CHARACTERISTICS**

**Levels of desmethylsterols** in vegetable oils as a percentage of total sterols are given in Table 3.

**Levels of tocopherols and tocotrienols** in vegetable oils are given in Table 4.

5.     **METHODS OF ANALYSIS AND SAMPLING**

For checking the compliance with this standard, the methods of analysis and sampling contained in the *Recommended methods of analysis and sampling* (CXS 234-1999)[8] relevant to the provisions in this standard, shall be used.

**Determination of gamma oryzanol content**

Definition

This method is used to determine gamma oryzanol content (percentage) in oils from spectrophotometer absorption measurements at the wavelength of maximum absorption near 315 nm.

Scope

Applicable to crude rice bran oil.

Apparatus

- Spectrophotometer – for measuring extinction in the ultraviolet between 310 nm and 320 nm

- Rectangular quartz cuvettes – having an optical light path of 1 cm

- Volumetric flask – 25 ml

- Filter paper – Whatman No. 2, or equivalent

Reagents

- n-Heptane – spectrophotometrically pure.

Procedure

(i)     Before using, the spectrophotometer should be properly adjusted to a zero-reading filling both the sample cuvette and the reference cuvette with n-Heptane.

(ii)    Filter the oil sample through filter paper at ambient temperature.

(iii)   Weigh accurately approximately 0.02 g of the sample so prepared into a 25 ml volumetric flask, make up to the mark with n-Heptane.

(iv)    Fill a cuvette with the solution obtained and measure the extinction at the wavelength of maximum absorption near 315 m, using the same solvent as a reference.

(v)     The extinction values recorded must lie within the range 0.3–0.6. If not, the measurements must be repeated using more concentrated or more diluted solutions as appropriate.

Calculation

Calculate gamma oryzanol content as follows:

$$\text{Gamma oryzanol content, \%} = 25 \times (1/W) \times A \times (1/E)$$

Where:   W = mass of sample, g

A = extinction (absorbance) of the solution

E = specific extinction $E^{1\%}_{1\,cm} = 359$

12

**Table 2: Chemical and physical characteristics of crude vegetable oils (see appendix)**

|  | Arachis oil | Almond oil | Avocado oil | Babassu oil | Camellia seed oil | Coconut oil | Cotton seed oil | Flaxseed/ linseed oil | Grape seed oil | Hazelnut oil |
|---|---|---|---|---|---|---|---|---|---|---|
| Relative density (x ºC/water at 20 ºC) | 0.909–0.920 x=20 ºC | 0.911–0.929 x=25 ºC | 0.910–0.920 x=20 ºC | 0.914–0.917 x=25 ºC | 0.912–0.922 x=20 ºC | 0.908–0.921 x=40 ºC | 0.918–0.926 x=20 ºC | 0.925–0.935 x=25 ºC /water 25 ºC; | 0.920–0.926 x=20ºC | 0.898–0.915 x=20 ˚C /water 20 ˚C |
| Apparent density (g/ml) |  |  |  |  |  |  |  |  |  |  |
| Refractive index (ND 40 ºC) | 1.460–1.465 | 1.468–1.475 at 20 ºC | 1.458–1.470 | 1.448–1.451 | 1.460–1.464 | 1.448–1.450 | 1.458–1.466 | 1.472–1.487 at 20 ˚C 1.472–1.475 at 40 ˚C | 1.467–1.477 | 1.468–1.473 at 20 ˚C; 1.456–1.463 at 40 ˚C |
| Saponification value (mg KOH/g oil) | 187–196 | 183–207 | 170–202 | 245–256 | 187–199 | 248–265 | 189–198 | 185–197 | 188–194 | 188–198 |
| Iodine value | 77–107 | 85–109 | 78–95 | 10–18 | 83–89 | 6.3–10.6 | 100–123 | 170–211 | 128–150 | 81–95 |
| Unsaponifiable matter (g/kg) | ≤ 10 | ≤ 20 | ≤ 19.0 | ≤ 12 | ≤ 15 | ≤ 15 | ≤ 15 | ≤ 20 | ≤ 20 | ≤ 15 |
| Stable carbon isotope ratio * |  |  |  |  |  |  |  |  |  |  |

*    Sources:

Woodbury SP, Evershed RP and Rossell JB (1998).  Purity assessments of major vegetable oils based on gamma 13C values of individual fatty acids.  *JAOCS,* 75 (3), 371–379.
Woodbury SP, Evershed RP and Rossell JB (1998).  Gamma 13C analysis of vegetable oil, fatty acid components, determined by gas chromatography-combustion-isotope ratio mass spectrometry, after saponification or regiospecific hydrolysis.  *Journal of Chromatography* A, 805, 249–257.
Woodbury SP, Evershed RP, Rossell JB, Griffith R and Farnell P (1995).  Detection of vegetable oil adulteration using gas chromatography combustion/isotope ratio mass spectrometry. *Analytical Chemistry,* 67 (15), 2685–2690.
Ministry of Agriculture, Fisheries and Food (1996).  Authenticity of single seed vegetable oils. Working Party on Food Authenticity, MAFF, UK.

CXS 210-1999

| | Maize oil | Mustard seed oil | Palm oil | Palm oil with a higher oleic acid | Palm kernel oil | Palm kernel olein[†] | Palm kernel stearin[†] | Palm olein[†] | Palm stearin[†] | Palm super olein[†] |
|---|---|---|---|---|---|---|---|---|---|---|
| Relative density (x °C/water at 20 °C) | 0.917–0.925 x=20 °C | 0.910–0.921 x=20 °C | 0.891–0.899 x=50 °C | 0.896–0.910 x=50 °C | 0.899–0.914 x=40 °C | 0.906–0.909 x=40 °C | 0.902–0.908 x=40 °C | 0.899–0.920 x=40 °C | 0.881–0.891 x=60 °C | 0.900–0.925 x=40 °C |
| Apparent density (g/ml) | | | 0.889–0.895 (50 °C) | ND | | 0.904–0.907 | 0.904–0.906 | 0.896–0.898 at 40 °C | 0.881–0.885 at 60 °C | 0.886–0.900 at 40 °C |
| Refractive index (ND 40 °C) | 1.465–1.468 | 1.461–1.469 | 1.454–1.456 at 50 °C | 1.459–1.462 | 1.448–1.452 | 1.451–1.453 | 1.449–1.451 | 1.458–1.460 | 1.447–1.452 at 60 °C | 1.459–1.460 |
| Saponification value (mg KOH/g oil) | 187–195 | 168–184 | 190–209 | 189–199 | 230–254 | 231–244 | 244–255 | 194–202 | 193–205 | 180–205 |
| Iodine value | 103–135 | 92–125 | 50.0–55.0 | 58–75 | 14.1–21.0 | 20–28 | 4–8.5 | ≥ 56 | ≤ 48 | ≥ 60 |
| Unsaponifiable matter (g/kg) | ≤ 28 | ≤ 15 | ≤ 12 | ≤ 12 | ≤ 10 | < 15 | < 15 | ≤ 13 | ≤ 9 | ≤ 13 |
| Stable carbon isotope ratio * | −13.71 to −16.36 | | | | | | | | | |

[†] Fractionated product from palm oil.

\*    Sources:

Woodbury SP, Evershed RP and Rossell JB (1998).  Purity assessments of major vegetable oils based on gamma 13C values of individual fatty acids.  *JAOCS*, 75 (3), 371–379.
Woodbury SP, Evershed RP and Rossell JB (1998).  Gamma 13C analysis of vegetable oil, fatty acid components, determined by gas chromatography-combustion-isotope ratio mass spectrometry, after saponification or regiospecific hydrolysis.  *Journal of Chromatography* A, 805, 249–257.
Woodbury SP, Evershed RP, Rossell JB, Griffith R and Farnell P (1995).  Detection of vegetable oil adulteration using gas chromatography combustion/isotope ratio mass spectrometry. *Analytical Chemistry*, 67 (15), 2685–2690.
Ministry of Agriculture, Fisheries and Food (1996).  Authenticity of single seed vegetable oils. Working Party on Food Authenticity, MAFF, UK.

CXS 210-1999                                                                                                                                                                      14

| | Pistachio oil | Rapeseed oil | Rapeseed oil (low-erucic acid) | Rice bran oil | Sacha inchi oil | Safflower seed oil | Safflower seed oil (high-oleic acid) | Sesame seed oil | Soyabean oil | Soya bean oil (high-oleic acid) |
|---|---|---|---|---|---|---|---|---|---|---|
| Relative density (x ºC/water at 20 ºC) | 0.915–0.920 15.5 ºC/water 15.5 ºC | 0.910–0.920 x=20 ºC | 0.914–0.920 x=20 ºC | 0.910–0.929 | 0.920–0.930 x=20 ºC | 0.922–0.927 x=20 ºC | 0.913–0.919 x=20 ºC;<br><br>0.910–0.916 x=25 ºC | 0.915– 0.924 x=20 ºC | 0.919–0.925 x=20 ºC | 0.909–0.923 x=20 ºC |
| Apparent density (g/ml) | | | | | | | 0.912–0.914 at 20 ºC | | | |
| Refractive index (ND 40 ºC) | 1.467–1.470 at 25 ºC; 1.460–1.466 at 40 ºC | 1.465–1.469 | 1.465–1.467 | 1.46– 1.473 | 1.478– 1.482 | 1.467–1.470 | 1.460–1.464 at 40 ºC;<br><br>1.466–1.470 at 25 ºC | 1.465–1.469 | 1.466–1.470 | 1.462–1.468 |
| Saponification value (mg KOH/g oil) | 187–196 | 168–181 | 182–193 | 180– 199 | 185–196 | 186–198 | 186–194 | 186–195 | 189–195 | 188–192 |
| Iodine value | 84–98 | 94–120 | 105–126 | 90–115 | 182– 205 | 136–148 | 80–100 | 104–120 | 124–139 | 75–95 |
| Unsaponifiable matter (g/kg) | ≤ 30 | ≤ 20 | ≤ 20 | ≤ 65 | ≤ 5 | ≤ 15 | ≤ 10 | ≤ 20 | ≤ 15 | ≤ 15 |
| Stable carbon isotope ratio * | | | | | | | | | | |

*    Sources:

Woodbury SP, Evershed RP and Rossell JB (1998).  Purity assessments of major vegetable oils based on gamma 13C values of individual fatty acids.  *JAOCS*, 75 (3), 371–379.
Woodbury SP, Evershed RP and Rossell JB (1998).  Gamma 13C analysis of vegetable oil, fatty acid components, determined by gas chromatography-combustion-isotope ratio mass spectrometry, after saponification or regiospecific hydrolysis.  *Journal of Chromatography* A, 805, 249–257.
Woodbury SP, Evershed RP, Rossell JB, Griffith R and Farnell P (1995).  Detection of vegetable oil adulteration using gas chromatography combustion/isotope ratio mass spectrometry. *Analytical Chemistry,* 67 (15), 2685–2690.
Ministry of Agriculture, Fisheries and Food (1996).  Authenticity of single seed vegetable oils. Working Party on Food Authenticity, MAFF, UK.

CXS 210-1999                                                                                                          15

|  | Sunflower seed oil | Sunflower seed oil (high- oleic acid) | Sunflower seed oil (mid-oleic acid) | Walnut oil |
|---|---|---|---|---|
| **Relative density (x ºC/water at 20 ºC)** | 0.916–0.923 x=20 ºC | 0.909–0.915 x=25 ºC | 0.914–0.916 x=20 ºC | 0.923–0.925 25 ºC/water 25 ºC |
| **Apparent density (g/ml)** |  |  |  |  |
| **Refractive index (ND 40 ºC)** | 1.461– 1.475 | 1.467– 1.471 at 25 ºC | 1.461– 1.471 at 25 ºC | 1.472–1.475 at 25 ºC; 1.469–1.471 at 40 ºC |
| **Saponification value (mg KOH/g oil)** | 187–194 | 182–194 | 190–191 | 189–198 |
| **Iodine value** | 118–141 | 78–90 | 94–122 | 132–162 |
| **Unsaponifiable matter (g/kg)** | ≤ 15 | ≤ 15 | ≤ 15 | ≤ 20 |
| **Stable carbon isotope ratio \*** |  |  |  |  |

---

\*    Sources:

Woodbury SP, Evershed RP and Rossell JB (1998). Purity assessments of major vegetable oils based on gamma 13C values of individual fatty acids. *JAOCS,* 75 (3), 371–379.

Woodbury SP, Evershed RP and Rossell JB (1998). Gamma 13C analysis of vegetable oil, fatty acid components, determined by gas chromatography-combustion-isotope ratio mass spectrometry. *Journal of Chromatography* A, 805, 249–257.

Woodbury SP, Evershed RP, Rossell JB, Griffith R and Farnell P (1995). Detection of vegetable oil adulteration using gas chromatography combustion/isotope ratio mass spectrometry. *Analytical Chemistry,* 67 (15), 2685–2690.

Ministry of Agriculture, Fisheries and Food (1996). Authenticity of single seed vegetable oils. Working Party on Food Authenticity, MAFF, UK.

**Table 3: Levels of desmethylsterols in crude vegetable oils from authentic samples[a,b] as a percentage of total sterols (see appendix of the standard)**

| | Arachis oil | Almond oil | Avocado oil* | Babassu oil | Camellia seed oil | Coconut oil | Cottonseed oil | Flaxseed/ linseed oil | Grapeseed oil | Hazelnut oil |
|---|---|---|---|---|---|---|---|---|---|---|
| **Cholesterol** | ND–3.8 | ND–1.0 | ND–0.5 | 1.2–1.7 | ND | ND–3.0 | 0.7–2.3 | ND | ND–0.5 | ND–1.1 |
| **Brassicasterol** | ND–0.2 | ND–0.3 | ND–0.5 | ND–0.3 | ND | ND–0.3 | 0.1–0.3 | ND–1.0 | ND–0.2 | ND |
| **Campesterol** | 12.0–19.8 | 2.0–5.0 | 4.0–8.3 | 17.7–18.7 | 0.5–2.1 | 6.0–11.2 | 6.4–14.5 | 25.0–31.0 | 7.5–14.0 | 3.0–6.2 |
| **Stigmasterol** | 5.4–13.2 | 0.4–4.0 | 0.3–2.0 | 8.7–9.2 | 0.3–4.6 | 11.4–15.6 | 2.1–6.8 | 7.0–9.0 | 7.5–12.0 | ND–2.0 |
| **Beta-sitosterol** | 47.4–69.0 | 73.0–86.0 | 79.0–93.4 | 48.2–53.9 | 16.0–60.0 | 32.6–50.7 | 76.0–87.1 | 45.0–53.0 | 64.0–70.0 | 76.45–96.0 |
| **Delta-5-avenasterol** | 5.0–18.8 | 5.0–14.0 | 2.0–8.0 | 16.9–20.4 | 0.4–4.3 | 20.0–40.7 | 1.8–7.3 | 8.0–12.0 | 1.0–3.5 | 1.0–5.1 |
| **Delta-7-stigmastenol** | ND–5.1 | ND–3.0 | ND–1.5 | ND | 37.2–69.0 | ND–3.0 | ND–1.4 | ND | 0.5–3.5 | ND–4.3 |
| **Delta-7-avenasterol** | ND–5.5 | ND–3.0 | ND–1.5 | 0.4–1.0 | 0.9–8.5 | ND–3.0 | 0.8–3.3 | ND | 0.5–1.5 | ND–1.6 |
| **Others** | ND–1.4 | ND–6.0 | ND–2.0 | ND | 0.5–5.1 | ND–3.6 | ND–1.5 | ND | ND–5.1 | ND |
| **Total sterols (mg/kg)** | 900–2 900 | 1 590–4 590 | 3 000–7 500 | 500–800 | 100–4 000 | 400–1 200 | 2 700–6 400 | 2 300–6 900 | 2 000–7 000 | 1 200–1 800 |

[a] Data taken from species as listed in Section 2.

[b] The fatty acid values in this table apply to the vegetable oils described in Section 2.1 presented in a state for human consumption. However, in order to provide clarity in trade of crude oils, the values of the table may also be applied for the corresponding crude forms of the vegetable oils described in Section 2.1.

* Avocado oil also contains 1.0% – 2.5% clerosterol.

ND – Non detectable, defined as ≤ 0.05%

|  | Maize oil | Palm oil | Palm oil with a higher oleic acid | Palm olein[†] | Palm kernel oil | Palm kernel olein[†] | Palm kernel stearin[†] | Palm stearin[†] | Palm superolein[†] | Pistachio oil |
|---|---|---|---|---|---|---|---|---|---|---|
| Cholesterol | 0.2–0.6 | 2.6–6.7 | 1.7–4.7 | 2.6–7.0 | 0.6–3.7 | 1.5–1.9 | 1.4–1.7 | 2.5–5.0 | 2.0–3.5 | ND–1.0 |
| Brassicasterol | ND–0.2 | ND | ND–0.4 | ND | ND–0.8 | ND–0.2 | ND–2.2 | ND | ND | ND |
| Campesterol | 16.0–24.1 | 18.7–27.5 | 16.6–21.9 | 12.5–39.0 | 8.4–12.7 | 7.9–9.1 | 8.2–9.7 | 15.0–26.0 | 22.0–26.0 | 4.0–6.5 |
| Stigmasterol | 4.3–8.0 | 8.5–13.9 | 11.2–15.5 | 7.0–18.9 | 12.0–16.6 | 13.4–14.7 | 14.1–15.0 | 9.0–15.0 | 18.2–20.0 | 0.5–7.5 |
| Beta-sitosterol | 54.8–66.6 | 50.2–62.1 | 57.2–67.0 | 45.0–71.0 | 62.6–73.1 | 67.1–69.2 | 67.0–70.0 | 50.0–60.0 | 55.0–70.0 | 75.0–94.0 |
| Delta-5-avenasterol | 1.5–8.2 | ND–2.8 | ND–1.9 | ND–3.0 | 1.4–9.0 | 3.3–4.6 | 3.3–4.1 | ND–3.0 | 0–1.0 | 6.0–8.0 |
| Delta-7-stigmastenol | 0.2–4.2 | 0.2–2.4 | ND–0.2 | ND–3.0 | ND–2.1 | ND–0.6 | ND–0.3 | ND–3.0 | 0–0.3 | ND–0.7 |
| Delta-7-avenasterol | 0.3–2.7 | ND–5.1 | ND–1.0 | ND–6.0 | ND–1.4 | ND–0.5 | ND–0.3 | ND–3.0 | 0–0.3 | ND–0.5 |
| Others | ND–2.4 | ND | ND–3.8 | ND–10.4 | ND–2.7 | 2.9–3.7 | 1.0–3.0 | ND–5.0 | 0–2.0 | ND |
| Total sterols (mg/kg) | 7 000–22 100 | 300–700 | 519–1723 | 270–800 | 700–1 400 | 816–1 339 | 775–1 086 | 250–500 | 100 | 1 840–4 500 |

[†]  Fractionated product from palm oil.
ND – Non detectable, defined as ≤ 0.05%

18

| | Rapeseed oil (low-erucic acid) | Rice bran oil | Sacha inchi oil | Safflower seed oil | Safflower seed oil (high-oleic acid) | Sesame seed oil | Soyabean oil | Soya bean oil (high-oleic acid) | Sunflower seed oil | Sunflower seed oil (high-oleic acid) |
|---|---|---|---|---|---|---|---|---|---|---|
| **Cholesterol** | ND–1.3 | ND– 0.5 | ND–1.0 | ND– 0.7 | ND–0.5 | 0.1–0.5 | 0.2–1.4 | 0.2–0.5 | ND–0.7 | ND–0.5 |
| **Brassicasterol** | 5.0–13.0 | ND–0.3 | ND–0.1 | ND–0.4 | ND–2.2 | 0.1–0.2 | ND–0.3 | 0.2–0.3 | ND–0.2 | ND–0.3 |
| **Campesterol** | 24.7–38.6 | 11.0– 35.0 | 6.6–7.8 | 9.2–13.3 | 8.9–19.9 | 10.1–20.0 | 15.8–24.2 | 19.9–25.2 | 6.5–13.0 | 5.0–13.0 |
| **Stigmasterol** | 0.2–1.0 | 6.0– 40.0 | 23.4– 27.0 | 4.5–9.6 | 2.9–8.9 | 3.4–12.0 | 14.9–19.1 | 17.3–23.0 | 6.0–13.0 | 4.5–13.0 |
| **Beta-sitosterol** | 45.1–57.9 | 25.0–67.0 | 51.6– 56.9 | 40.2–50.6 | 40.1–66.9 | 57.7–61.9 | 47.0–60 | 42.3–51.9 | 50–70 | 42.0–70 |
| **Delta-5-avenasterol** | 2.5–6.6 | ND– 9.9 | 4.3–8.7 | 0.8–4.8 | 0.2–8.9 | 6.2–7.8 | 1.5–3.7 | 1.9–3.0 | ND–6.9 | 1.5–6.9 |
| **Delta-7-stigmastenol** | ND–1.3 | ND–14.1 | ND–0.3 | 13.7–24.6 | 3.4–16.4 | 0.5–7.6 | 1.4–5.2 | 0.6–2.5 | 6.5–24.0 | 6.5–24.0 |
| **Delta-7-avenasterol** | ND–0.8 | ND – 4.4 | ND–0.7 | 2.2–6.3 | ND–8.3 | 1.2–5.6 | 1.0–4.6 | 0.5–1.5 | 3.0–7.5 | ND–9.0 |
| **Others** | ND–4.2 | 7.5–12.8 | ND | 0.5–6.4 | 4.4–11.9 | 0.7–9.2 | ND–1.8 | 4.5–7.1 | ND–5.3 | 3.5–9.5 |
| **Total sterols (mg/kg)** | 4 500–11 300 | 10 500–31 000 | 2 080– 2 480 | 2 100–4 600 | 2 000–4 100 | 4 500–19 000 | 1 800–4 500 | 2 300–3 850 | 2 400–5 000 | 1 700–5 200 |

ND – Non detectable, defined as ≤ 0.05%

|  | Sunflower seed oil (mid-oleic acid) | Walnut oil |
|---|---|---|
| **Cholesterol** | 0.1–0.2 | ND |
| **Brassicasterol** | ND–0.1 | ND |
| **Campesterol** | 9.1–9.6 | 4.0–6.5 |
| **Stigmasterol** | 9.0–9.3 | ND |
| **Beta-sitosterol** | 56–58 | 70.0–92.0 |
| **Delta-5-avenasterol** | 4.8–5.3 | 0.5–6.0 |
| **Delta-7-stigmastenol** | 7.7–7.9 | ND–3.0 |
| **Delta-7-avenasterol** | 4.3–4.4 | ND–2.0 |
| **Others** | 5.4–5.8 | ND |
| **Total sterols (mg/kg)** |  | 500–1 760 |

ND – Non detectable, defined as ≤ 0.05%

**Table 4: Levels of tocopherols and tocotrienols in crude vegetable oils from authentic samples[a,b] (mg/kg) (see appendix)**

| | Arachis oil | Almond oil | Avocado oil | Babassu oil | Camellia seed oil | Coconut oil | Cottonseed oil | Flaxseed/lin seed oil | Grapeseed oil | Hazelnut oil |
|---|---|---|---|---|---|---|---|---|---|---|
| **Alpha-tocopherol** | 49–373 | 20–545 | 45–270 | ND | 30–950 | ND–17 | 136–674 | 2–265 | 16–38 | 100– 420 |
| **Beta-tocopherol** | ND–41 | ND–10 | ND–36 | ND | ND–11 | ND–11 | ND–29 | ND | ND–89 | 6–12 |
| **Gamma-tocopherol** | 88–389 | ND–104 | ND–62 | ND | 2–56 | ND–14 | 138–746 | 100–712 | ND–73 | 18–194 |
| **Delta-tocopherol** | ND–22 | ND–5 | ND–70 | ND | ND–28 | ND | ND–21 | ND–14 | ND–4 | ND–10 |
| **Alpha-tocotrienol** | ND | ND | ND–20 | 25–46 | 13–35 | ND–44 | ND | ND | 18–107 | ND |
| **Gamma-tocotrienol** | ND | ND | ND–20 | 32–80 | 5–39 | ND–1 | ND | ND | 115–205 | ND |
| **Delta-tocotrienol** | ND | ND | ND–20 | 9–10 | ND | ND | ND | ND | ND–3.2 | ND |
| **Total (mg/kg)** | 170–1 300 | 20–600 | 45–478 | 60–130 | 100–1 000 | ND–50 | 380–1 200 | 150–905 | 240–410 | 200– 600 |

[a] Data taken from species as listed in Section 2.
[b] The fatty acid values in this table apply to the vegetable oils described in Section 2.1 presented in a state for human consumption. However, in order to provide clarity in trade of crude oils, the values of the table may also be applied for the corresponding crude forms of the vegetable oils described in Section 2.1.
ND – Non detectable.

| | Maize oil* | Palm oil | Palm oil with a higher oleic acid | Palm olein† | Palm kernel oil | Palm kernel olein† | Palm kernel stearin† | Palm stearin† | Palm superolein† | Pistachio oil |
|---|---|---|---|---|---|---|---|---|---|---|
| **Alpha-tocopherol** | 23–573 | 4–193 | 49–188 | 30–280 | ND–44 | ND–11 | ND–10 | ND–100 | 130–240 | 10–330 |
| **Beta-tocopherol** | ND–356 | ND–234 | ND | ND–250 | ND–248 | ND–6 | ND–2 | ND–50 | ND–40 | ND |
| **Gamma-tocopherol** | 268–2 468 | ND–526 | 4–138 | ND–100 | ND–257 | ND–3 | ND–1 | ND–50 | ND–40 | 0–100 |
| **Delta-tocopherol** | 23–75 | ND–123 | ND–31 | ND–100 | ND | ND–4 | ND | ND–50 | ND–30 | ND–50 |
| **Alpha-tocotrienol** | ND–239 | 4–336 | 74–256 | 50–500 | ND | ND–70 | ND–73 | 20–150 | 170–300 | ND |
| **Gamma-tocotrienol** | ND–450 | 14–710 | 406–887 | 20–700 | ND–60 | 1–10 | ND–8 | 10–500 | 230–420 | ND |
| **Delta-tocotrienol** | ND–20 | ND–377 | 33–86 | 40–120 | ND | ND–2 | ND–1 | 5–150 | 60–120 | ND |
| **Total (mg/kg)** | 330–3 720 | 150–1 500 | 562–1 417 | 300–1 800 | ND–260 | ND–90 | ND–89 | 100–700 | 400–1 400 | 100–600 |

* Maize oil also contains ND–52 mg/kg beta tocotrienol.
† Fractionated product from palm oil.
ND – Non detectable.

|  | Rapeseed oil (low-erucic acid) | Rice bran oil | Sacha inchi oil | Safflower seed oil | Safflower seed oil (high-oleic acid) | Sesame seed oil | Soyabean oil | Soya bean oil (high-oleic acid) | Sunflower seed oil | Sunflower seed oil (high-oleic acid) |
|---|---|---|---|---|---|---|---|---|---|---|
| **Alpha-tocopherol** | 100–386 | 49–583 | 3.0– 7.0 | 234–660 | 234–660 | ND–3.3 | 9–352 | 17–138 | 403–935 | 400–1 090 |
| **Beta-tocopherol** | ND–140 | ND – 47 | ND– 3.0 | ND–17 | ND–13 | ND | ND–36 | 9–106 | ND–45 | 10–35 |
| **Gamma-tocopherol** | 189–753 | ND–212 | 1 040–1 370 | ND–12 | ND–44 | 521–983 | 89–2 307 | 89–1 756 | ND–34 | 3–30 |
| **Delta-tocopherol** | ND–22 | ND–31 | 640– 860 | ND | ND–6 | 4–21 | 154–932 | 44–570 | ND–7.0 | ND–17 |
| **Alpha-tocotrienol** | ND | ND–627 | ND | ND | ND | ND | ND–69 | ND–39 | ND | ND |
| **Gamma-tocotrienol** | ND | 142–790 | ND | ND–12 | ND–10 | ND–20 | ND–103 | ND | ND | ND |
| **Delta-tocotrienol** | ND | ND – 59 | ND | ND | ND | ND | ND | ND | ND | ND |
| **Total (mg/kg)** | 430–2 680 | 191–2 349 | 1 683–2 240 | 240–670 | 250–700 | 330–1 010 | 600–3 370 | 900–2 000 | 440–1 520 | 450–1 120 |

ND – Non detectable.

|  | Sunflower seed oil (mid-oleic acid) | Walnut oil |
|---|---|---|
| Alpha-tocopherol | 488–668 | ND–170 |
| Beta-tocopherol | 19–52 | ND–110 |
| Gamma-tocopherol | 2.3–19.0 | 120–400 |
| Delta-tocopherol | ND–1.6 | ND–60 |
| Alpha-tocotrienol | ND | ND |
| Gamma-tocotrienol | ND | ND |
| Delta-tocotrienol | ND | ND |
| Total (mg/kg) | 509–741 | 309–455 |

ND – Non detectable.

NOTES

_____

[1] FAO and WHO. 1995. *General standard for food additives*. Codex Alimentarius Standard, No. CXS 192-1995. Codex Alimentarius Commission. Rome.

[2] FAO and WHO. 2008. *Guidelines for the use of flavourings*. Codex Alimentarius Guideline, No. CXG 66-2008. Codex Alimentarius Commission. Rome.

[3] FAO and WHO. 1995. *General standard for contaminants and toxins in food and feed*. Codex Alimentarius Standard, No. CXS 193-1995. Codex Alimentarius Commission. Rome.

[4] FAO and WHO. 1969. *General principles of food hygiene*. Codex Alimentarius Code of Practice, No. CXC 1-1969. Codex Alimentarius Commission. Rome. https://doi.org/10.4060/cc6125enhttps://www.fao.org/fao-who-codexalimentarius/sh-proxy/tr/?lnk=1&url=https%253A%252F%252Fworkspace.fao.org%252Fsites%252Fcodex%252FStandards%252FCXC%2B1-1969%252FCXC_001e.pdf

[5] FAO and WHO. 1997. *Principles and guidelines for the establishment and application of microbiological criteria related to foods*. Codex Alimentarius Guideline, No. CXG 21-1997. Codex Alimentarius Commission. Rome.

[6] FAO and WHO. 1985. *General standard for the labelling of pre-packaged foods*. Codex Alimentarius Standard, No. CXS 1-1985. Codex Alimentarius Commission. Rome.

[7] FAO and WHO. 2021. *General standard for the labelling of non-retail containers of foods*. Codex Alimentarius Standard, No. CXS 346-2021. Codex Alimentarius Commission. Rome.

[8] FAO and WHO. 1999. *Recommended methods of analysis and sampling*. Codex Alimentarius Standard, No. CXS 234- 1999. Codex Alimentarius Commission. Rome.