Jacob M. Harper (SBN 259463)
Heather F. Canner (SBN 292837)
Joseph Elie-Meyers (SBN 325183)
DAVIS WRIGHT TREMAINE LLP
350 S. Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Facsimile: (213) 633-6899
Email: jacobharper@dwt.com
heathercanner@dwt.com
josepheliemeyers@dwt.com

Attorneys for Defendant
TRADER JOE'S COMPANY

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

CLAIR AWAD and KEVIN SMITH, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

TRADER JOE'S COMPANY,

Defendant.

Case No. 3:24-cv-06834

**STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT AND ASSOCIATED BRIEFING SCHEDULE PURSUANT TO CIVIL LOCAL RULE 6-1(a) AND (b)**

Assigned to the Hon. James Donato

Action Filed: Sept. 27, 2024

Pursuant to Rule 6-1(a) and (b) of the Civil Local Rules of the United States District Court for the Northern District of California, Plaintiffs Clair Awad and Kevin Smith (Plaintiffs) and Defendant Trader Joe's Company (Defendant) hereby jointly stipulate as follows:

WHEREAS, on September 27, 2024, Plaintiffs filed the Complaint in this Action;

WHEREAS, on October 24, 2024, the parties stipulated to extend the time for Defendant to answer or otherwise respond to the Complaint to November 25, 2024 (Dkt. 13);

WHEREAS, on November 26, 2024, the Court stayed the case in light of the motion to transfer pending before the Judicial Panel on Multidistrict Litigation (JPML) in *In re: Avocado Oil*



DAVIS WRIGHT TREMAINE LLP

*Marketing & Sales Practices Litig.*, MDL No. 3133, and ordered that Defendant's response the Complaint would be due twenty-one (21) days after the JPML's order denying transfer (Dkt. 17);

WHEREAS, after the JPML denied transfer on February 6, 2025, Defendant filed a motion to dismiss the Complaint on February 27, 2025, and rather than respond to the Motion to Dismiss, Plaintiffs filed their First Amended Class Action Complaint (FAC) on March 13, 2025 (Dkt. 22);

WHEREAS, on April 7, 2025, the Court granted the Parties' request to extend the time for Defendant to respond to the FAC to April 17, 2025 and set the Parties' requested briefing schedule for Defendant's Motion to Dismiss the FAC (Dkt. 25);

WHEREAS, on August 13, 2025, the Court granted Defendant's motion to dismiss the FAC with leave to amend (Dkt. 35);

WHEREAS, on September 3, 2025, Plaintiffs filed their Second Amended Class Action Complaint (SAC), making Defendant's answer or other response to the SAC due on or before September 17, 2025;

WHEREAS, the parties have conferred and agreed to extend the time for Defendant to answer or otherwise respond to the SAC by fourteen (14) days to October 1, 2025;

WHEREAS, Rule 6-1(a) of the Civil Local Rules of the United States District Court for the Northern District of California provides that "[p]arties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint, or to enlarge or shorten the time in matters not required to be filed or lodged with the Court, provided the change will not alter the date of any event or any deadline already fixed by Court order;"

WHEREAS, the extension of the time for Defendant to answer or otherwise respond to the Amended Complaint to October 1, 2025, will not alter the date of any event or any deadline already fixed by Court order, and thus is effective without Court order;

WHEREAS, the parties have conferred and agreed to the following briefing schedule should Defendant choose to move to dismiss the SAC: Plaintiffs' opposition to any motion to dismiss would be due **October 29, 2025**, and Defendant's reply would be due **November 14, 2025**. The parties stipulated to this extended schedule to accommodate counsels' scheduling conflicts, holidays, and previously scheduled trips;

DAVIS WRIGHT TREMAINE LLP

WHEREAS, Rule 6-1(b) of the Civil Local Rules of the United States District Court for the Northern District of California provides that "[a] request for a Court order enlarging or shortening time may be made by written stipulation, " although "[a] Court order is required for any enlargement or shortening of time . . . that involves papers required to be filed or lodged with the Court (other than an initial response to the complaint);"

WHEREAS, the parties' stipulated briefing schedule concerning any motion to dismiss the SAC does not affect any hearing or proceeding on the Court's calendar in this matter;

WHEREAS, this stipulation is made without prejudice to any party's rights or positions in law or equity, and is not a waiver of any defenses or responses that Defendant would otherwise have, including, without limitation, jurisdictional defense, objections, or responses pursuant to Rule 12 of the Federal Rules of Civil Procedure.

NOW THEREFORE, Plaintiffs and Defendant, by and through their respective undersigned counsel, hereby stipulate as follows:

The time for Defendant to file an answer or otherwise respond to the SAC shall be extended to and including October 1, 2025.

NOW THEREFORE, Plaintiffs and Defendant, by and through their respective undersigned counsel, hereby stipulate and respectfully request the Court orders as follows:

Should Defendant file a motion to dismiss, Plaintiffs' time to respond shall be extended to and including October 29, 2025, and Defendant's time to reply shall be extended to and including November 14, 2025.

DATED: September 10, 2025

DAVIS WRIGHT TREMAINE LLP
JACOB M. HARPER
HEATHER CANNER

By: */s/ Jacob M. Harper*
Jacob M. Harper
Attorneys for Defendant
TRADER JOE'S COMPANY

DATED: September 10, 2025

SMITH KRIVOSHEY, PC

BRITTANY S. SCOTT

By: */s/ Brittany S. Scott*
Brittany S. Scott
Attorneys for Plaintiffs
CLAIR AWAD and KEVIN SMITH

**Attestation:**

I, Jacob M. Harper, an ECF User whose ID and password are being used to file this **STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT AND ASSOCIATED BRIEFING SCHEDULE PURSUANT TO CIVIL LOCAL RULE 6-1(a) and (b)**, in compliance with Civil L.R. 5-1(i)(3), hereby attest that counsel for Plaintiffs Clair Awad and Kevin Smith has concurred with this filing.

DATED: September 10, 2025

DAVIS WRIGHT TREMAINE LLP
JACOB M. HARPER
HEATHER CANNER

By: */s/ Jacob M. Harper*
Jacob M. Harper

Attorneys for Defendant
TRADER JOE'S COMPANY



DAVIS WRIGHT TREMAINE LLP

<u>**[PROPOSED] ORDER**</u>

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the time for Defendant to file an answer or otherwise respond to the SAC is extended to and including October 1, 2025. Should Defendant file a motion to dismiss, Plaintiffs' time to respond shall be extended to and including October 29, 2025, and Defendant's time to reply shall be extended to and including November 14, 2025.

Dated: ____________________, 2025

________________________________________
THE HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE

DAVIS WRIGHT TREMAINE LLP