1  Jacob M. Harper (SBN 259463)
   Heather F. Canner (SBN 292837)
2  Joseph Elie-Meyers (SBN 325183)
   DAVIS WRIGHT TREMAINE LLP
3  350 S. Grand Avenue, 27th Floor
   Los Angeles, California 90071
4  Telephone:    (213) 633-6800
   Facsimile:    (213) 633-6899
5  Email:        jacobharper@dwt.com
                 heathercanner@dwt.com
6                josepheliemeyers@dwt.com

7  Caleah N. Whitten (*pro hac vice pending*)
   DAVIS WRIGHT TREMAINE LLP
8  920 Fifth Avenue, Suite 3300
   Seattle, Washington 98104-1610
9  Telephone:    (206) 622-3150
   Facsimile:    (206) 757-7700
10 Email:        caleahwhitten@dwt.com

11 Attorneys for Defendant
   TRADER JOE'S COMPANY
12

13             IN THE UNITED STATES DISTRICT COURT

14             THE NORTHERN DISTRICT OF CALIFORNIA

15

16 KEVIN SMITH and CLAIR AWAD, on behalf      Case No. 3:24-cv-06834-JD
   of themselves and all others similarly situated,
17                                            Assigned to the Honorable James Donato
                    Plaintiffs,
18                                            **DECLARATION OF JACOB M. HARPER**
            v.                                **IN SUPPORT OF TRADER JOE'S**
19                                            **COMPANY'S MOTION TO DISMISS**
   TRADER JOE'S COMPANY,                      **SECOND AMENDED COMPLAINT**
20
                    Defendant.                Date:       December 4, 2025
21                                            Time:       10:00 a.m.
                                              Location:   Courtroom 11, 19th Floor
22

23                                            Action Filed: September 27, 2024
24

25

26

27

28

DAVIS WRIGHT TREMAINE LLP

**DAVIS WRIGHT TREMAINE LLP**

## <u>DECLARATION OF JACOB M. HARPER</u>

I, Jacob M. Harper, declare and state as follows:

1. I am a partner with the law firm of Davis Wright Tremaine LLP, counsel for defendant Trader Joe's Company (Trader Joe's) in this matter. I make this declaration in support of Trader Joe's Motion to Dismiss First Amended Complaint. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would competently testify to them.

2. Attached as **Exhibit 1** is a true and correct copy of the article, cited by Plaintiffs Kevin Smith and Clair Awad in their Second Amended Complaint (Dkt. 38 ¶ 58 n.30, ¶ 63 n.36), titled "*Why your avocado oil may be fake and contain other cheap oils*" authored by Anahad O'Connor and Aaron Steckelberg and published in *The Washington Post* on August 27, 2024, obtained at my direction on December 5, 2024 from https://www.washingtonpost.com/wellness/2024/08/27/avocado-oil-adulteration-tests/.

3. Attached as **Exhibit 2** is a true and correct copy of a study, cited by Plaintiffs in their Second Amended Complaint (Dkt. 38 ¶ 59 n.31), titled "*First report on quality and purity evaluations of avocado oil sold in the US*," 116 Food Control 107328 (Oct. 2020), authored by Hilary S. Green and Selina C. Wang, obtained at my direction on April 17, 2025 from https://www.sciencedirect.com/science/article/pii/S0956713520302449.

4. Attached as **Exhibit 3** is a true and correct copy of the study, cited by Plaintiffs in their Second Amended Complaint (Dkt. 38 ¶¶ 59–61 nn.32–34), titled "*Purity and quality of private labelled avocado oil*," 152 Food Control 109837 (October 2023), authored by Hilary S. Green and Selina C. Wang, obtained at my direction on April 17, 2025 from https://www.sciencedirect.com/science/article/pii/S0956713523002372.

5. Attached as **Exhibit 4** is a true and correct copy of a redline generated at my direction on September 30, 2025, comparing Plaintiffs' Second Amended Complaint (SAC) with their First Amended Complaint (FAC). The red text with a strikethrough represents text removed from the FAC (*i.e.*, text present in the FAC but not in the SAC) and the blue underlined text

DECLARATION OF JACOB M. HARPER ISO TRADER JOE'S MOTION TO DISMISS SAC
Case No. 3:24-cv-06834-JD

represents text added to the SAC (*i.e.*, text present in the SAC but that did not appear in the FAC). All black text is the same in the FAC and SAC.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 1st day of October 2025, at Edinburgh, Scotland, in the United Kingdom.


_____/s/ *Jacob M. Harper*_____
Jacob M. Harper

DECLARATION OF JACOB M. HARPER ISO TRADER JOE'S MOTION TO DISMISS SAC
Case No. 3:24-cv-06834-JD

DAVIS WRIGHT TREMAINE LLP

# EXHIBIT 1

Well+Being    Food    Fitness    Mind    Body    Life

# Why your avocado oil may be fake and contain other cheap oils

Scientists say adulteration is rampant in the avocado oil industry, and many people are being misled by some of the nation's largest retail chains.

August 27, 2024

🎧 11 min      467

By <u>Anahad O'Connor</u> and <u>Aaron Steckelberg</u>

Avocado oil is a rising star in the culinary world. It's a heart-healthy cooking oil with a mild flavor that appeals to health-conscious consumers.

But scientists say that adulteration and mislabeling are rampant in the avocado oil industry, and that many people who believe they're buying pure avocado oil are being misled by some of the nation's largest retail chains.

Scientists at the University of California at Davis tested avocado oil samples, and have for the first time revealed the names of a dozen retailers who they say sold products labeled as avocado oil that contained cheap seed and vegetable oils, including Walmart, Sam's Club, Kroger and Safeway. The companies didn't respond to requests for comment.

> **Eating Lab**
>
> Anahad O'Connor offers expert advice on the science of healthy eating.

The researchers found that at least 21 of the products labeled as avocado oil — nearly two-thirds of the 36 bottles they tested— were adulterated, in some cases with other oils that could pose a hazard to people with food sensitivities. The newly released findings are based on tests conducted in 2021 on bottles of store-brand avocado oil purchased from 19 large grocery stores in the United States and Canada.

Other retailers whose products failed testing said they couldn't verify findings based on bottles of oil produced in 2020 or 2021. Some retailers confirmed they don't do their own testing and instead rely on suppliers and third-party services to verify the purity of the oil.

Retailers have a "responsibility to make sure that what's on the label is consistent with the product itself," said Selina Wang, the scientist who led the research and an associate food science professor at the University of California at Davis. "Based on our research that's simply not the case."

In a statement, the Food and Drug Administration acknowledged that "high value oils" such as avocado oil "are potential targets for economically motivated adulteration." "The FDA does not comment on specific studies," an FDA official said, "but evaluates them as part of the body of evidence to further our understanding about a particular issue."

## How cheap avocado oil is made

Avocado oil is the fastest-growing segment of the edible oils market, with global sales of more than half a billion dollars. The UC-Davis research suggested that low-priced avocado oils were the most likely to be adulterated. Most major retailers do not produce their own avocado oil, and instead buy it from suppliers, bottle it and put their store labels on it.

Much of the avocado oil sold by retailers is "refined," which means it's a lower-quality, highly-processed oil that is bleached, deodorized and filtered. (Virgin and extra virgin oils are "unrefined" and typically pressed from high-quality avocados without using heat or chemicals.)

**UNREFINED**
*(less processed)*

Generally means no additional refining takes place after the fruit is pressed to extract the oil. Labels will usually include the words **cold-pressed**, **virgin** or **extra virgin**.



Higher-quality, ripe avocados are harvested for use.

**REFINED**
*(more processed)*

This indicates that additional steps are taken to refine the oil after it is extracted from the fruit. This may include **degumming**, **neutralization**, **bleaching** and/or **deodorization**.



Lower-quality avocados, such as those that are over-ripe, rotten or dried, are chosen for use.



Avocados are **washed**.

The seed and skin are removed. The fruit's flesh is mashed in a crusher to make a paste.

*Seeds and skins expelled*

*Avocado paste*

The paste is gently kneaded in a **malaxer** to release oil without chemicals or heat.

Avocados are **washed**.

The seed and skin are not always removed. In this case, the entire fruit is mashed in a crusher to make a paste.

*Avocado, seed and skin paste*

A **hydraulic** or **expeller press** and high-temperature heat are used to release crude oil.



*Avocado paste*

*Crude avocado oil*

The paste is then pumped to a **decanter** that spins to separate the oil from the paste.

The crude oil is filtered then **degummed** to remove impurities.

*Excess water*



*Oil*

*Degummed oil*

The degummed oil is **bleached** with clay to remove color.

*Bleached oil*

*Avocado oil*

Steam or sodium hydroxide may then be used to **neutralize** acids in the oil.

*Neutralized oil*



A **centrifuge** separates and filters the remaining water from the oil.

**Steam** may also be used to remove remaining compounds that may cause unwanted odors or flavors.

*Unrefined avocado oil*

*Refined avocado oil*

**Finished oils compared**

**UNREFINED**

Lower smoke point
*(300 to 390 degrees)*

Avocado flavor

Green tint in color

More nutrients

More expensive

**REFINED**

Higher smoke point
*(350 to 430 degrees)*

Neutral flavor

Light yellow to no color

Fewer nutrients

Less expensive

Suppliers selling fake avocado oil

The popularity of avocado oil is largely due to the health halo around avocados. Avocado oil is rich in heart-healthy monounsaturated fats, antioxidants, minerals and vitamin E.

Avocado oil is relatively expensive to produce, and retail stores that buy it from suppliers at unrealistically low prices should have some idea that they're not getting the real thing, Wang said. "If a buyer finds that an oil is quite a bit lower in price compared to others, there's probably a reason for that," she added.

Some suppliers and producers said it's an open secret that adulteration is rampant in the avocado oil industry. Ben Barnard, the founder and chairman of AvoPacific, one of the largest avocado oil producers in North America, said he has seen competitors selling refined avocado oil to retailers for prices so low that it would not be possible for them to make a profit if their avocado oil was real.

"We were getting undercut by more than 50 percent in some cases and kind of being laughed at," Barnard said. "If you just followed the numbers, anyone in the industry could have told you what was going on."

The company said that most of its oil is sold under its own label, AvoPacific. In 2020, UC-Davis tested an AvoPacific oil sold under the brand name "CalPure Extra Virgin Avocado Oil," and it passed their tests.

## The avocado oil brands that failed testing

The avocado oil researchers initially published their findings in a scientific journal last fall without disclosing the names of the adulterated products. But at the request of The Washington Post, the researchers agreed to disclose the names of the brands that failed their tests because adulterated oils can put people with food sensitivities at risk.

The tests showed that six retailers — Walmart, Trader Joe's, Aldi, Metro, Meijer and Kroger — sold bottles labeled as avocado oil that contained high levels of oleic sunflower or safflower oils. These oils are less expensive than avocado oil and have different health and culinary properties. At Target and Sprouts Farmers Market, the researchers found bottles of store-brand avocado oil that their tests indicated contained canola oil, a less expensive cooking oil.

In some cases, the tests showed that bottles labeled avocado oil contained other oils that could not be identified. The researchers said they found that sunflower, safflower, canola, and soybean oils were the most common adulterants in products labeled as avocado oil. These oils look similar to refined avocado oil but are cheaper to make.

Price was not always a reliable indicator of adulteration. One of the most expensive products included in the study was Stop & Shop's store-brand "extra-virgin" avocado oil, which sells for close to $9 for an 8.45-ounce bottle, or more than a dollar per ounce. The researchers tested two bottles of the product and found that both contained oils that were neither extra virgin nor avocado oil. It was unclear what type of oil or oils were in the bottles.

Stop & Shop's cold-pressed "Extra Virgin" avocado oil was the only extra-virgin oil in the study that was found to be adulterated with other oils.

## Retailers dispute the findings

In general, retailers who responded to questions about the adulterated oils said it's impossible for them to verify findings based on bottles of oil tested that were made in 2020 or 2021.

In a statement, Stop & Shop said that the avocado oil included in the UC-Davis study was procured from a former supplier and that it is no longer available in its stores. "Our current supplier of store brand extra virgin avocado oil has provided a certification that the store brand extra virgin avocado oil is extra virgin avocado oil," the company said. "Stop & Shop continues to work with the current supplier to provide customers with a great product at a great value."

The company would not say who its previous supplier was, but it added that it was incorporating "our own routine testing."

Trader Joe's said in a statement that its suppliers and "certified third-party labs" use industry-standard testing procedures to evaluate their avocado oil for quality and authenticity. "Based on the results of this testing, we believe Trader Joe's Avocado Oil is 100 percent avocado oil," the company said. The company added that it could not retest the batches that were included in the study because the products were no longer sold in its stores.

A spokesperson for Metro said the results of the UC-Davis study do not match company records that show its avocado oils meet standards. "Additionally, the Canadian Food Inspection Agency tested samples of the extra virgin avocado oil collected from our supplier's facility in November 2023, and it was compliant."

A spokesperson for Target said the company requires its manufacturing partners to comply with all federal, state, and local regulations. "While we were unaware of the report's findings with these products, we will work with our manufacturing partners to evaluate these claims," the spokesperson said.

A spokesperson for Sprouts Farmers Market said the company "places the utmost importance on the quality, integrity and transparency of our Sprouts Brand products. Our Sprouts Brand avocado oil met required standards for purity when the product was manufactured in 2020."

Bottles of store-brand avocado oil purchased from Safeway, ShopRite and Sam's Club were also found to be adulterated with other oils. In a statement, ShopRite said that it was in the process of reviewing the findings and that it had asked its supplier to test lot samples from the avocado oil that was included in the study. "Our vendor has assured us the avocado oil in question is not adulterated," the company said. "Nevertheless, we will be conducting our own third-party investigation to ensure the quality and purity of our Bowl & Basket product."

Walmart, Sam's Club, Safeway, Aldi, and Kroger didn't respond to requests for comment. A spokesperson for Fresh Thyme, the brand that was purchased from Meijer, declined to comment.

Wang at UC-Davis said retailers should not rely solely on certifications from suppliers for products that are at high risk of being adulterated. "Retailers should do their own testing to ensure the label on the bottle is consistent with the product in the bottle," she said.

Wang said it was possible in cases where a retailer did its own independent testing that their results might differ from UC-Davis's test results if different lots were tested or if the retailer used multiple suppliers. "We have observed significant differences in the quality and purity of oil from different lot numbers, even when sourced from the same retailer," she added.

> "If a buyer finds that an oil is quite a bit lower in price compared to others, there's probably a reason for that."
>
> — Selina Wang, associate professor of Cooperative Extension in the Department of Food Science and

In their study, Wang and her co-author, Hilary S. Green, found that refined avocado oils, particularly those that listed Spain as their country of origin, were the most likely to be adulterated. At least 19 out of the 29 bottles of refined avocado oil included in their study contained other oils, and every single one of the 11 bottles in the study that contained oil from Spain was found to be adulterated.

In some cases, the UC-Davis researchers discovered striking variation within individual brands.

For instance, tests indicated that a bottle of Wegmans refined and expeller-pressed "Pure Avocado Oil" was mixed or substituted with a different oil. But when the researchers tested a bottle of Wegmans "Extra Virgin" avocado oil, they found that it contained pure avocado oil.

In a statement, Wegmans said that its supplier sends every lot of its avocado oil to a third-party lab for analysis. "Product does not leave our supplier's facility until they have the results, and it is confirmed that what's on the label is what's in the bottle," the company said. "We also occasionally do our own testing to ensure the legitimacy of our products."

The company said that in April, an independent lab tested samples of its store-brand avocado oils, purchased from Wegmans's store shelves, and that the samples were found to be free from adulteration.

## Avocado oils that failed testing

 **Tested as not pure avocado oil**

### Refined avocado oil

| BRAND (STORE) | ORIGIN(S) | NOTES |
| --- | --- | --- |
| Great Value (Walmart) | Mexico | High oleic sunflower or safflower oil |
| Great Value (Walmart) | Mexico | Failed both fatty acid & sterol tests |
| Great Value (Walmart) | Spain | "Tested impure" |
| Sprouts | Mexico, South Africa, France | Canola Oil |
| Sprouts | Mexico, South Africa, France | Canola Oil |

### Refined & expeller pressed

| | | |
| --- | --- | --- |
| Good & Gather (Target) | Mexico | Tested "no" on both criteria |
| Wegmans | Mexico | Failed both fatty acid & sterol tests |
| Good & Gather (Target) | Mexico | Canola Oil |

### Cold pressed & refined

| | | |
| --- | --- | --- |
| Fresh Thyme (Meijer) | Spain | High oleic sunflower or safflower oil |
| Fresh Thyme (Meijer) | Spain | "Tested impure" |
| Private Selection (Kroger) | Spain | High oleic sunflower or safflower oil |
| Private Selection (Kroger) | Spain | "Tested impure" |

### Cold pressed

| | | |
| --- | --- | --- |
| Bowl and Basket (ShopRite) | Spain | "Tested impure" |

"If you just followed the numbers, anyone in the industry could have told you what was going on."

— Ben Barnard, founder and chairman of AvoPacific

| | | |
|---|---|---|
| Olivari (Sam's Club) | Spain | Tested impure |
| Simply Nature (Aldi) | Spain | High oleic sunf |
| Simply Nature (Aldi) | Spain | "Tested impure |

**Extra Virgin**

| | | |
|---|---|---|
| Stop and Shop | Spain | "Not 100% avc |
| Stop and Shop | Spain | "Not 100% avc |

**Unspecified**

| | | |
|---|---|---|
| Signature Select (Safeway) | Mexico | Failed both fat |
| Signature Select (Safeway) | Mexico | Failed both fat |
| Trader Joe's | Mexico | High oleic sunf |

Oils listed above failed purity tests for both the Codex Alimentarius — an international set of stand
ensure purity — and the criteria set by researchers.

# Avocado oil brands that passed purity testing

## ☑ Tested as pure avocado oil

**Refined avocado oil**

| BRAND (STORE) | ORIGIN(S) |
|---|---|
| Simple Truth (Kroger) | U.S. and Mexico |
| Simple Truth (Kroger) | U.S. and Mexico |

**Refined and expeller pressed**

| | |
|---|---|
| 365 (Whole Foods) | France |
| 365 (Whole Foods) | France |
| Good & Gather (Target) | South Africa |
| Good & Gather (Target) | South Africa |

**Virgin**

President'sChoice                              Mexico

**Extra virgin**

| | |
|---|---|
| President'sChoice | Mexico |
| Wegmans | Mexico |

**Unspecified**

| | |
|---|---|
| Harvest Peak | Mexico |

Oils listed above passed purity tests for both the Codex Alimentarius — an international set of standards, guidelines and codes to ensure purity — and the criteria set by researchers.


# Problems in the edible oil industry

Wang was part of a team that garnered international attention in 2010 for a study that revealed that most imported olive oils labeled "extra virgin" were not extra virgin at all. The findings led to the creation of a California olive oil commission and the adoption of stricter labeling standards.

Wang turned her attention to avocado oil when she heard rumors that some producers were knowingly selling rancid and adulterated oils. She said she had also received messages from people with food allergies who were worried about unknowingly being exposed to food allergens because of adulterated avocado oil.

Wang said the Food and Drug Administration needs to adopt an official "standard of identity" for avocado oil, which would describe in detail the characteristics that an oil must have to be sold as avocado oil. The FDA has established these standards for more than 250 foods, including milk, peanut butter, ketchup, milk chocolate, bread and jam. But avocado oil does not yet have a standard of identity.

*Do you have a question about healthy eating? Email EatingLab@washpost.com and we may answer your question in a future column.*

# EXHIBIT 2

Food Control 116 (2020) 107328

Contents lists available at ScienceDirect

# Food Control

journal homepage: www.elsevier.com/locate/foodcont



# First report on quality and purity evaluations of avocado oil sold in the US



Hilary S. Green[a], Selina C. Wang[a,b,*]

[a] Department of Food Science and Technology, University of California Davis, Davis, CA, 95616, USA
[b] Olive Center, University of California Davis, Davis, CA, 95616, USA



ARTICLE INFO

Keywords:
Avocado oil
Purity
Quality
Adulteration
Standards

ABSTRACT

The demand for avocado oil has increased significantly as consumers resonate with its potential health benefits, however, due to the lack of enforceable standards, consumers are unprotected from fraud (i.e., economic motivated adulteration). This study analyzed avocado oils currently on the market in the US to evaluate their quality (e.g., free fatty acidity, peroxide value, UV absorbances, vitamin E) and purity (e.g., fatty acids, sterols, triacylglycerols). Our results showed that the majority of commercial samples were oxidized before reaching the expiration date listed on the bottle. In addition, adulteration with soybean oil at levels near 100% was confirmed in two "extra virgin" and one "refined" sample. These findings demonstrate there is an urgent need to develop standards for avocado oil not only to ensure the consumers receive high quality and authentic products but to establish a level playing field to support the continuing growth of global avocado oil industry.

## 1. Introduction

The world's production of avocados increased one million tonnes from 2014 to 2017 and is projected to continue rising with Mexico accounting for one third of the world's production (Altendorf, 2019). Consumer demand for the fruit is largely due to the health benefits associated with avocados, which have high amounts of mono-unsaturated fatty acids and antioxidants (Fernandes, Gómez-Coca, Pérez-Camino, Moreda, & Barrera-Arellano, 2018; Wang et al., 2019; Wong, Requejo-Jackman, & Woolf, 2010). The rising popularity of avocados has also led to the rise in avocado products, namely avocado oil.

Competition in the market place for avocado oil continues with one major boundary, there are currently no standards to determine if an avocado oil is of the quality advertised and authentic. Oils that are of poor quality or blended with cheaper edible oil can be traded and sold at lower prices than high quality or authentic products leaving bulk buyers, food service professionals and consumers unprotected. With no standards available, there is no way to ensure avocado oil is safe. Standards developed for edible oils commonly fall into two categories, quality and purity. Quality can be controlled by the fruit used to make the oil, extraction process, storage; it's mostly related to level of hydrolysis of the fruit and oxidation of the oil (Woolf et al., 2009). An oil is considered pure or authentic if there are no other additives or oils present other than what is listed on the label.

So far, much of literature has focused on improving extraction methods for avocado oil (Corzzini, Barros, Grimaldi, & Cabral, 2017; Dos Santos, Alicieo, Pereira, Ramis-Ramos, & Mendonça, 2014; Krumreich, Borges, Mendonça, Jansen-Alves, & Zambiazi, 2018; Ortiz Moreno, Dorantes, Galíndez, & Guzmán, 2003; Ramírez-Anaya, Manzano-Hernández, Tapia-Campos, Alarcón-Domínguez, & Castañeda-Saucedo, 2018; Tan & Ghazali, 2019; Werman & Neeman, 1987). There have also been multiple studies chemically characterizing avocado oil based on cultivar (Fernandes et al., 2018; Manaf, Rahardjo, Yusof, Desa, & Nusantoro, 2018; Yanty, Marikkar, & Long, 2011) and region (Donetti & Terry, 2014; Tan, Tan, & Tan, 2017). However, there is a need to understand the range in quality and purity of the avocado oils currently on the market and how chemical composition of these oils compare to avocado oils characterized in literature. A few studies have done this on a small scale (Fernandes et al., 2018; Flores, Perez-Camino, & Troca, 2014; Werman & Neeman, 1987), however, to our knowledge no study has comprehensively evaluated the quality and purity of avocado oils available in the US, which is one of the largest consuming countries in the world (Altendorf, 2019).

Here we present an analysis of the quality and purity of avocado oils available in the US market with the goal of starting a database to support standards development for this industry. Twenty-two samples were collected from six grocery stores (14 samples) and two online sources (eight samples), efforts were made to cover all the major brands and types of oil (extra virgin/unrefined and refined). Oil quality was determined using free fatty acidity (FFA), peroxide value (PV), and specific extinction in ultraviolet (UV) absorbances in addition to

* Corresponding author. Department of Food Science and Technology, University of California Davis, Davis, CA, 95616, USA.
E-mail address: scwang@ucdavis.edu (S.C. Wang).

https://doi.org/10.1016/j.foodcont.2020.107328
Received 2 February 2020; Received in revised form 27 April 2020; Accepted 28 April 2020
Available online 03 May 2020
0956-7135/ © 2020 The Author(s). Published by Elsevier Ltd. This is an open access article under the CC BY license (http://creativecommons.org/licenses/BY/4.0/).

H.S. Green and S.C. Wang

Food Control 116 (2020) 107328

**Table 1**
Sample information for the oils used in this study.

| Sample Code | Purchasing Method | Expiration Date (month-year) | Product Origin | Cost/fl oz ($) | Packaging Type |
|---|---|---|---|---|---|
| **EV1** | Online | Oct-21 | California | 2.23 | Dark glass |
| **EV2** | In store | Jun-21 | California | 1.29 | Dark glass |
| **EV3** | In store | Feb-21 | Mexico | 0.65 | Dark glass |
| **EV4** | In store | Sep-20 | California | 1.53 | Dark glass |
| **EV5** | Online | Jul-21 | California | 1.57 | Dark glass |
| **EV6** | Online | NA | Brazil | 0.49 | Clear plastic |
| **EV7** | Online | Jun-21 | California | 2.35 | Dark glass |
| **R1** | Online | Jun-21 | Spain or Mexico | 0.44 | Dark plastic |
| **R2** | In store | Aug-20 | Mexico | 0.74 | Dark glass |
| **R3** | In store | Nov-20 | Mexico | 0.43 | Dark glass |
| **R4** | Online | Dec-20 | Mexico | 0.35 | Clear plastic |
| **R5** | In store | May-20 | Mexico | 0.25 | Dark glass |
| **R6** | In store | Jul-20 | Mexico | 0.77 | Dark glass |
| **R7** | Online | Dec-19 | Mexico | 0.80 | Dark glass |
| **R8** | In store | Apr-21 | Mexico | 1.44 | Clear glass |
| **R9** | In store | Apr-21 | Mexico, USA, or Spain | 0.29 | Clear plastic |
| **U1** | In store | NA | Mexico | 0.29 | Dark plastic |
| **U2** | In store | Apr-21 | Mexico, USA, or Spain | 0.66 | Tin bottle |
| **U3** | In store | Mar-21 | Mexico, USA, or Spain | 0.71 | Tin bottle |
| **U4** | In store | May-21 | Mexico | 0.47 | Dark glass |
| **U5** | In store | Jun-21 | Mexico | 0.79 | Dark glass |
| **U6** | Online | Feb-21 | Mexico | 0.34 | Clear plastic |

chlorophyll and tocopherol content. The authenticity of the oils was assessed using the fatty acids, sterols, and triacylglycerols (TAG) profiles. This study aimed to better understand the quality and purity of avocado oils available in the US and to demonstrate that there is an urgent need for standards in this industry.

## 2. Materials and methods

### 2.1. Avocado oil samples

A total of 22 avocado samples consisting of both extra virgin and refined oils were collected from six grocery stores (14 samples) and two online sources (eight samples). Each oil sample was wrapped in aluminum foil and stored in the dark at 20 °C. Samples were purged with nitrogen after each opening. Table 1 contains information such as purchasing method, expiration date, product origin, cost and packaging type for each oil. Samples were separated into three groups according to their label. Extra virgin oil was coded as "EV" in front of the sample number, refined avocado oil as "R", and unspecified oils "U". The unspecified oils were samples that either did not specify the type of avocado oil or, samples that had unclear and ambiguous labels on the bottle.

### 2.2. Quality parameters

FFA, PV, UV specific extinction at 232 nm, 270 nm, and ΔK were determined using AOCS methods Ca 5a-40 (09), Cd 8b-90 (09), and Ch 5–91 (09) (American Oil Chemist's Society, 1998), respectively.

### 2.3. Minor components

Chlorophylls were determined according to AOCS method Cc 13d-55 (09) (American Oil Chemist's Society, 1998). Tocopherols were determined according to Gimeno, Castellote, Lamuela-Raventós, de la Torre, and López-Sabater (2000) with some modifications. Oil (40 μL) and hexane (160 μL) were briefly vortexed. The internal standard, α-tocopheryl acetate (purity 98%, Fisher Scientific Company LLC, USA) in ethanol at a concentration of 300 μg/mL, was then added in addition to 600 μL of methanol. The sample was vortexed for 1 min and centrifuged (5000 rpm, 5 min, Beckman GS-15R). Samples were stored at −20 °C for 2 h to allow oil to separate from the organic phase. The organic extract was filtered (0.45 μm, nylon). Analysis was performed on an

Agilent 1290 Infinity II LC system with a diode-array detector using an Agilent ZORBAX Eclipse Plus C18 column (3.5 μm, 3 × 100 mm). The mobile phase was methanol:water (96:4), isocratic. A 20 μL injection volume and flow rate of 1.0 mL min$^{-1}$ were used giving a total run time was 12 min. DAD signal was recorded at 292 nm. All solvents used above were HPLC grade, from Fisher Scientific LLC, USA. Standards α-tocopherol (>96%), and α-tocopheryl acetate (98%) were purchased from Fisher Scientific LLC, USA. Analytical grade standards δ-tocopherol and γ-tocopherol were purchased from MilliporeSigma, USA.

### 2.4. Purity parameters

The IOC official method for the determination of the fatty acid methyl esters by gas chromatography (COI/T.20/Doc. No 33/Rev.1, 2017) was used for fatty acid profile analysis (International Olive Council, 2017). The GC-FID analysis was conducted on an Agilent 7890A GC (Agilent Technologies, USA). A 20 m × 180 μm × 0.20 μm DB-23 capillary column (Agilent Technologies, USA) was used to achieve the separation of individual fatty acids. The injection volume was 1.0 μL and helium, ultra-high purity, Airgas, USA was used as a carrier gas at a flow rate of 1 mL min$^{-1}$. The injector temperature was held at 250 °C at a split ratio of 50. The GC oven program was initially held at 80 °C for 0.5 min; then ramped at 65 °C min$^{-1}$ to 175 °C, followed by a ramp of at 10 °C min$^{-1}$ to 185 °C, which was held for 0.5 min. The last ramp was at 7 °C min$^{-1}$ to 230 °C and held for 5 min, giving a total run time of 14.89 min. The FID temperature was 260 °C. The detector gas consisted of hydrogen, ultra-high purity, Praxair, USA (flow rate: 40 mL min$^{-1}$), air, specialty grade zero air, Praxair, USA, (flow rate: 400 mL min$^{-1}$), and helium, ultra-high purity, Airgas, USA make up gas (flow rate: 25 mL min$^{-1}$). Peak identification was performed using a FAME C8–C22, certified reference material, TraceCERT, MilliporeSigma, USA.

The IOC official method for the determination of the composition and content of sterols (COI/T.20/Doc. No 30/Rev.1, 2013) was used with modifications (International Olive Council, 2013). The unsaponifiable fraction was prepared by drying 0.5 mL of internal standard 0.2% α-cholestanol, analytical grade standard, MilliporeSigma, USA, ethyl acetate solution under nitrogen before adding 50 mL of 2 mol L$^{-1}$ ethanolic potassium hydroxide, >85%, Fisher Scientific LLC, USA, to 5 g of the avocado oil sample. The mixture was heated to gentle boiling and kept under reflux for 20 min. The organic/aqueous mixture was extracted three times, 200 mL ethyl ether in total, washed with DI

Food Control 116 (2020) 107328

water, dried with anhydrous sodium sulfate, >99%, Fisher Scientific LLC, USA, evaporated to dryness, and further dried in an oven. The sterols were separated from the other unsaponifiable fractions on a silica gel 60F$_{254}$-coated aluminum-backed thin-layer chromatography (TLC) sheet (MilliporeSigma, USA) with hexane/ethyl ether (60:40, v/v). The sterols band was made visible by spraying the plate with 0.2% 2,7-dichlorofluorescein, ~90% (TLC), MilliporeSigma, USA, ethanolic solution and was then dissolved in 10 mL hot ethyl acetate and 30 mL ethyl ether and evaporated to dryness. All solvents used above were of HPLC grade from Fisher Scientific LLC, USA. Finally, 300 μL of the silylation reagent (pyridine, >99%, Fisher Scientific, USA/hexamethyl disilazane, >99%, MilliporeSigma, USA/trimethylchlorosilane, >99%, MilliporeSigma, USA, 9:3:1, v/v/v) was added to prepare the trimethylsilyl ethers for GC injection. The GC-FID analysis was conducted on an Agilent 7890A GC (Agilent Technologies, USA). A 30 m × 0.25 mm × 0.25 μm DB-5 capillary column (Agilent Technologies, USA) was used with an injection volume of 1.0 μL and helium, ultra-high purity, Airgas, USA, as the carrier gas at a flow rate of 1.2 mL min$^{-1}$. The injector temperature was held at 280 °C at a split ratio of 25. The GC oven program was held isothermally at 150 °C for 8 min; then ramped at 20 °C min$^{-1}$ to 290 °C and held for 20 min to obtain a total run time of 37.33 min. The FID temperature was 300 °C. The detector gas consisted of hydrogen, ultra-high purity, Praxair, USA (flow rate: 30 mL min$^{-1}$), air, specialty grade zero air, Praxair, USA (flow rate: 400 mL min$^{-1}$), and helium, ultra-high purity, Airgas, USA, make up gas (flow rate: 25 mL min$^{-1}$). Peak identification was carried out with standards campesterol (65%), stigmasterol (95%), β-sitosterol (95%), each from MilliporeSigma, USA and by comparing the generated chromatograms against the sample chromatograms provided in the IOC official method and their relative retention times while the quantification was performed using the peak area and concentration of the internal standard.

TAGs were separated and analyzed using the method described in Green et al. (2020). In brief, each oil was diluted to a final concentrate of 1% with chloroform and then analyzed with the Vanquish™ Flex UHPLC-CAD system (Thermo Fisher Scientific, Waltham, MA, USA). Analytes were separated on a Thermo Scientific™ Accucore™ C18 column (100 mm × 2.1 mm; 2.6 μm). The injection volume was 1 μL and the flow rate was 0.5 mL min$^{-1}$. Mobile phase A was acetonitrile and mobile phase B was isopropanol using the solvent gradient conditions: start, 10% B; 2 min, 10% B; 25 min, 40% B; 30 min, 60% B; 35 min, 90% B; 40 min, 50% B and 45 min 10% B. All solvents were HPLC grade from Fisher Scientific LLC, USA.

### 2.5. Statistical analysis

Statistical analysis was accomplished using Originlab Corporation software version "OriginPro 2016 Sr2." This program was used to run PCA on all samples analyzed with the UHPLC-CAD. Principal component scores were computed by Originlab.

## 3. Results and discussion

### 3.1. Quality parameters

Free fatty acids in the oil are caused by lipolysis where the fatty acids are separated from the TAG and are commonly used as a measurement for oil quality (CODEX, 2017; Woolf et al., 2009). The free fatty acid content of the oils is summarized in Fig. 1a. Overall, samples labeled as "extra virgin" had higher free fatty acidity than "refined" which is expected as the refining processes remove free fatty acids. The unspecified avocado oils had similar values to the refined, aside from U2 and U3, which had an FFA of 0.59% and 0.97%, respectively. Woolf et al. (2009) proposed the refined avocado oil should have values that are less than 0.1% FFA while Werman and Neman et al. (1987) saw about 0.55% FFA for refined oils (Werman & Neeman, 1987; Woolf



**Fig. 1.** (a) Free fatty acid content reported as % oleic fatty acid. (b) Peroxide value expressed in meq O2/kg. Each bar is an average of triplicate measurements and error bars are calculated using the standard error of the mean (SEM). EV stands for extra virgin, R for refined, and U for unspecified avocado oil.

et al., 2009). The refined oils in this study were all at or under 0.1%. Samples labeled as "extra virgin" had an FFA range of 0.03–2.69%, with an overall average of 1.31%. Commercial samples labeled as "virgin" analyzed in Flores et al. (2014) had FFA values ranging from 0.45 to 0.56%, while avocado oils made in-house in literature range from 0.12 to 2.84% (Bora, Narain, Rocha, & Queiroz Paulo, 2001; Krumreich et al., 2018; Manaf et al., 2018; Ortiz Moreno et al., 2003). The high values seen in this study could indicate use of poor-quality fruit and/or poor handling during processing, particularly for EV1, EV4 and EV5, which had values near 2.5%. Unhealthy fruits that are damaged, bruised, overripe, insect infested; prolonged time between harvest and processing; overheating during processing are all factors that can contribute to a rise in FFA (Woolf et al., 2009).

Peroxides are the primary oxidation products formed when an oil is exposed to oxygen and produce undesirable flavors and odors. The peroxide value results are shown in Fig. 1b. Although trends within the three sample groups are less obvious than with the FFA results, overall, the refined oils had the lowest PV values averaging at 3.42 meq O$_2$/kg. The unspecified samples had a slightly higher average (4.13 meq O$_2$/kg); extra virgin samples were the highest at 7.4 meq O$_2$/kg. As with FFA, the refining process removes peroxides, therefore, lower values are expected for refined oils than those labeled extra virgin. However, many of the refined oils in this study still have notably high PV values. Woolf et al. (2009) proposed 0.5 meq O$_2$/kg to be the upper limit for PV in refined avocado oils and standards proposed by Mexico for CODEX cap the acceptable PV at 2 meq O$_2$/kg. All of the oils except for R1, R3, and R5 were above these limits (CODEX, 2017; Woolf et al., 2009).

Table 1 contains sample information including purchasing method (in store or online), expiration date, product origin, cost and packaging type for each oil. Interestingly, the three refined oils with the highest PV values (R4, R8, and R9) were stored in clear instead of tinted packaging, which is not protective against photooxidation. Another factor that can contribute high PV values is storage time. The closer an oil is to the best by date on the bottle, the more likely it has had a long storage time. In this study, however, no correlation was found between

H.S. Green and S.C. Wang

Food Control 116 (2020) 107328



**Fig. 2.** (a) Values for the primary oxidation products (K232) and secondary oxidation products (K270) in each oil. (b) Values for ΔK. Bars are an average of triplicate measurements and error bars show SEM. EV stands for extra virgin, R for refined, and U for unspecified avocado oil.

the expiration date on the bottle and the PV values and all the samples were tested before reaching the expiration date. Literature values range from 1.4 to 12.74 meq $O_2$/kg for lab-made avocado oil samples (Bora et al., 2001; Elez-Martinez et al., 2005; Jorge, Polachini, Dias, Jorge, & Telis-Romero, 2015; Krumreich et al., 2018; Manaf et al., 2018; Ortiz Moreno et al., 2003). A study looking at two commercial virgin avocado samples in Chile, storage time unknown, saw higher PV values of 8 meq $O_2$/kg and 12.95 meq $O_2$/kg (Flores et al., 2014). All of the samples tested in this study were in those ranges, aside from EV7, at 17.9 meq $O_2$/kg. Coincidentally, EV7 was the most expensive sample ($2.35/fl oz) out of the 22 samples purchased for this study.

$K_{232}$ is another measure of the primary oxidation products present in an oil while $K_{270}$ measures secondary oxidation products. Fig. 2a shows the $K_{232}$ values range from a low of 1.4 for sample R6 and EV1 to a high of 3.5 for sample U6. These ranges are comparable to values observed in the limited studies that have measured the specific extinction in UV in avocado oils. Ramírez-Anaya et al. (2018) saw $K_{232}$ values of 1.8–2.8 for centrifuge extracted oil at different malaxation temperatures (Ramírez-Anaya et al., 2018). Another study looking at commercial oils in Chile saw $K_{232}$ values in the range of 3.16–4.19 (Flores et al., 2014). It is likely the increase of primary oxidation products seen in commercial samples from both this study and Flores et al. (2014) compared to the values seen in Ramirez-Anaya et al. (2018) are because long storage time results in an increase of autoxidation.

Refined oils have a higher $K_{270}$ because refining processes create conjugated trienes, which absorb at about 270 nm. Storage time can also increase $K_{270}$ in avocado oils; Elez-Martinez, Soliva-Fortuny, Gorinstein, & Martin-Belloso (2005) demonstrated that a fresh sample had a value of 0.4, which increased to 1.6 after 24 weeks (Elez-Martinez et al., 2005). In this study, the $K_{270}$ was higher for many of the refined (average 0.725) and the unspecified oils (average 0.865) compared to the 0.459 average of the extra virgin samples. No correlation was seen between the expiration dates and $K_{270}$ values. There was one unspecified oil, U4, with a particularly high $K_{270}$ value of 1.84, which could indicate poor quality or harsh refining processes. When looking at the extra virgin samples EV3 and EV6 had higher $K_{270}$ than the rest of the samples in this group. However, a $K_{270}$ range of approximately 0.1–0.8 was seen in fresh in-house made oils under varying malaxation conditions (Ramírez-Anaya et al., 2018). This range was also seen in a study that analyzed commercial oils labeled as virgin (best-by date unknown), and is similar to the extra virgin oils in this study (0.16–0.77) (Flores et al., 2014).

The ΔK value can help distinguish virgin or extra virgin oil from one that is refined. The difference between a poor-quality virgin or extra virgin oil and one adulterated with refined oil can often be seen using ΔK (Vossen, 2007). Fig. 2b summarizes the ΔK values for the oils in this study. To the best of our knowledge, this is the first report of ΔK values for avocado oil and we are therefore unable to compare values in this study with other literature. In the standards for olive oil from the International Olive Council, extra virgin olive oil must have a ΔK below 0.01 (Vossen, 2007). As anticipated, all of the refined oils are either at or above this limit as are all of the unspecified avocado oils with U1 having the lowest value of 0.01. U4 has gone under significant refining, with a value of nearly 0.2. For the extra virgin samples EV1, EV2, EV4,

*H.S. Green and S.C. Wang*                                                                 *Food Control 116 (2020) 107328*

EV5, and EV7 are all under the extra virgin olive oil limit of 0.01. These also are the same samples that had a low $K_{270}$. This indicates it is likely that these oils are not adulterated with refined oils; however, some are of poor quality as they had high FFA and PV values. Interestingly, EV3 and EV6 which had low FFA and PV values and seemed to be the highest quality of the extra virgin samples had higher $K_{270}$ and notably high ΔK values of 0.056 and 0.047, respectively compared to the other extra virgin samples. This indicates that it is possible that these two samples are refined or are blended with refined oils; the ΔK values for these two samples are still within the standard for refined olive oils, which must be below 0.16 (CODEX, 2017). In addition, the prices of these two samples were significantly lower than other extra virgin samples and more comparable with the refined oils.

### 3.2. Minor components

Chlorophyll pigments are what give extra virgin avocado oil its classic green color. In addition to the extra virgin labeled samples, three unspecified oils (U2, U3, and U6) were also tested as they appeared light green in color unlike the other refined oils and unspecified oils, which were light, pale yellow. The chlorophyll content ranged from 6.62 mg/kg to 98.8 mg/kg as shown in Fig. 3. EV1, EV2, EV4, EV5, and EV7 contained ~95 mg/kg chlorophyll; these oils were noticeably dark green in appearance. The chlorophyll content seen in literature ranges greatly from 1.0 mg/kg to 69.8 mg/kg (Ashton et al., 2006; Jorge et al., 2015; Krumreich et al., 2018; Werman & Neeman, 1987; Wong et al., 2011). The inclusion of skin during processing could be responsible for the high values seen in this study. However, the values seen in Wong et al. (2011) are lower than those seen in this study and in Ashton et al., 2006, which saw a chlorophyll content of to 214 mg/kg from the skin (Ashton et al., 2006; Wong et al., 2011). These variations are not unusual as the cultivar and ripeness of the fruit, extraction method, storage can all greatly impact the amount of chlorophyll in the oils. It's important to note that EV3 and EV6, which had the lowest chlorophyll content, were also the same oils that had low FFA and PV but high ΔK and $K_{270}$. This also supports the hypothesis that these oils are either refined or blended with oils that are refined.

There are eight compounds that make up vitamin E content, four

**Table 2**
Individual and total tocopherol content, expressed in mg/kg, for each avocado oil.

|      | α-Tocopherol | γ+β-Tocopherol | δ-Tocopherol | Total tocopherols |
|------|--------------|-----------------|---------------|-------------------|
| EV1  | 155.2 ± 11.8[def] | ND | ND | 155.2[efghi] |
| EV2  | 116.0 ± 4[fgh] | ND | ND | 116.0[ghi] |
| EV3  | 87.3 ± 3.2[hi] | 412.5 ± 55.4[b] | 145.6 ± 5.7[c] | 645.4[b] |
| EV4  | 120.7 ± 4[fgh] | ND | ND | 120.7[ghi] |
| EV5  | 143.3 ± 1.5[efg] | ND | ND | 143.3[fghi] |
| EV6  | 95.9 ± 0.5[ghi] | 581.3 ± 67.1[a] | 229 ± 9.7[a] | 906.2[a] |
| EV7  | 140.9 ± 11.9[efg] | ND | ND | 140.9[fghi] |
| R1   | 396.7 ± 8.7[a] | 108.8 ± 4.7[cd] | ND | 505.5[c] |
| R2   | 178.2 ± 2.9[cde] | ND | ND | 178.2[efgh] |
| R3   | 194.2 ± 7.6[cd] | 102.6 ± 21.3[cd] | ND | 296.8[de] |
| R4   | 34.0 ± 1.9[j] | ND | ND | 34.0[j] |
| R5   | 116.9 ± 2.6[fgh] | ND | ND | 116.9[ghi] |
| R6   | 194.7 ± 13.1[cd] | ND | ND | 194.7[efg] |
| R7   | 209.3 ± 12.2[c] | ND | ND | 209.3[efg] |
| R8   | 276.8 ± 15.3[b] | ND | ND | 276.8[ef] |
| R9   | 49.9 ± 6.7[ij] | ND | ND | 49.9[hi] |
| U1   | 156.8 ± 6.2[def] | ND | ND | 156.8[efghi] |
| U2   | 52.2 ± 0.2[ij] | 42.4 ± 1.4[cd] | ND | 94.6[ghi] |
| U3   | 60.1 ± 9.3[ij] | 41.5 ± 5.4[cd] | ND | 101.6[ghi] |
| U4   | 317.6 ± 20.9[b] | 106.8 ± 5.3[cd] | ND | 424.4[cd] |
| U5   | 388.0 ± 12.7[a] | 129 ± 5.2[c] | ND | 517.0[c] |
| U6   | 91.1 ± 0.2[hi] | 440 ± 48.1[b] | 161.8 ± 6.6[b] | 692.9[b] |

ND = not detected. Data shown as the average of triplicate measurements plus minus standard error of the mean (mean ± SEM, n = 3). Different letters (a, b, c, etc.) in each column indicate significant differences calculated using Tukey test.

tocopherols (α-tocopherol, β-tocopherol, γ-tocopherol, δ-tocopherol) and four tocotrienols. In this study, the four tocopherol compounds were quantified with beta and gamma values summed together (Table 2). Woolf et al. (2009) proposed that the tocopherol content in extra virgin avocado oil should be between 70 and 190 mg/kg (Woolf et al., 2009). Refined oils were not included in this range, as tocopherols are largely removed in the refining process. For all but three samples (EV3, EV6 and U6) in this study, alpha tocopherol was the highest concentration, followed by gamma, then delta which is consistent with literature (Fernandes et al., 2018; Madawalaa, Kochharb, &



**Fig. 3.** Total chlorophyll content determined by AOCS official method Cc 13d-55. Measurements are done in triplicate with error bars indicating SEM. EV stands for extra virgin, R for refined, and U for unspecified avocado oil.

H.S. Green and S.C. Wang

Food Control 116 (2020) 107328

Duttaa, 2012; Manaf et al., 2018). However, the varietal can significantly impact the tocopherol content, for the Bacon avocado variety gamma tocopherol is higher than alpha (Fernandes et al., 2018). The lowest total tocopherol content in this study were seen in R4 (34.0 mg/kg) and R9 (49.9 mg/kg). This study shows multiple samples (EV3, EV6, R1, U4, U5, U6) had total tocopherol contents over 400 mg/kg, which is interesting as the highest documented total tocopherol content in literature, to our knowledge, is 282 mg/kg (Corzzini et al., 2017). In particular, there are three samples with a notably high total tocopherol content, EV3, EV6 and U6 at 645.4 mg/kg, 906.2 mg/kg, and 692.9 mg/kg, respectively. These samples had significantly higher levels of gamma and delta tocopherols compared to the other samples in this study and to values seen in literature for avocado oils. A study that reported on the tocopherol content in fruits and vegetables (Chun, Lee, Ye, Exler, & Eitenmiller, 2006), showed soybean oil has similar tocopherol levels and distributions to those seen in EV3, EV6 and U6, therefore, it is possible these samples contain soybean or had soybean tocopherols added after processing for preservation.

### 3.3. Purity parameters

Fatty acid profile is commonly used as a part of purity parameters to determine if an oil is adulterated. Table 3 shows the fatty acid profiles of all the samples which are consistent with literature with the exception of EV3, EV6 and U6. These three oils had a linolenic acid (C18:3) values of 8.2–9.8%, while one of the highest values seen in literature was 3.19% in Hass variety (Tan et al., 2017). These oils also had a linoleic acid (C18:2) content of ~55%, substantially higher than seen in the other avocado oils in this study and from literature values, which were approximately 20% (Manaf et al., 2018; Tan et al., 2017). These oils also had high stearic acid (C18:0); low oleic (C18:1) and palmitic (C16:0) acids and their values for the fatty acid profile fit in the parameters for soybean oils from the CODEX standards for named vegetable oils (CODEX, 2017). The other oils in this study all had values comparable to literature with the exception of stearic acid (C18:0), which is higher in R1, R2, R3, R7, R8, U1, U4, and U5 than has been seen previously in literature (Berasategi, Barriuso, Ansorena, & Astiasarán, 2012; Bora et al., 2001; Fernandes et al., 2018; Forero-Doria, García, Vergara, & Guzman, 2017; Noorzyanna, Marikkar, Mustafa, & Mat Sahri, 2017; Ortiz Moreno et al., 2003; Woolf et al., 2009). Samples R1, U4 and U5 also had lower palmitoleic acid (C16:1) compared to what

has been reported in literature (Berasategi et al., 2012; Bora et al., 2001; Fernandes et al., 2018; Forero-Doria et al., 2017; Ortiz Moreno et al., 2003; Ozdemir & Topuz, 2004; Tan et al., 2017). These deviations seen in the fatty acid profile could be a result of economic adulteration, however, due to lack of standards, one cannot easily make such claims. To support the establishment of standards, we need to build a database that includes natural variances such as climate, varietal, and growing region can impact the fatty acid profile of avocado oil.

The sterols profile is another purity parameter often used in conjunction with the fatty acid profile. Table 4 shows the sterols in all the samples. Samples EV3, EV6, and U6 had lower value of β-sitosterol of ~55% and higher values of campesterol and stigmasterol of ~20% and ~15%, respectively, which matched the sterols profile of soybean oil according to the CODEX standards. All other oils had values comparable to what has typically been seen in literature (Fernandes et al., 2018; Jorge et al., 2015; Madawalaa et al., 2012) with the exception of R1, U4 and U5. These oils are characterized by slightly higher amounts of campesterol, stigmasterol, Δ-7 stigmasesterol and Δ-7 avensterol and lower β-sitosterol. However, it has been shown avocado oil can have a β-sitosterol content as low as 73.9 mg/kg (Berasategi et al., 2012) and changes in extraction conditions can increase campesterol to values comparable to those seen in R1, U4, and U5 (Dos Santos et al., 2014). Like with the fatty acid profile results, a standard that accommodates natural variables such as cultivar, fruit maturity, irrigation and extraction methods and discriminates pure avocado oil from adulterated one is needed in order to use sterols as a purity indicator for samples like R1, U4, and U5.

TAG profiles were determined for each oil and plotted using PCA as in Green et al. (2020) (Green et al., 2020). Fig. 4 shows samples EV3, EV6, and U6 are located around the soybean oil cluster indicating they are likely 100% soybean oil and corroborating the fatty acid and sterols profiles. All other avocado samples are in a separate group, close to the olive oils. This is expected as avocado, like olive oil, is high in TAGs containing oleic fatty acid and low in linoleic and linolenic. However, there are three samples R1, U4, and U5 that are slightly removed from the other avocado oils in the cluster. These samples also have multiple values for their fatty acids and sterols profiles that are outside the range of 2xSD from pure samples in this study. This could be due to natural variance of the avocado fruits, processing conditions, or economic adulteration with high oleic sunflower or safflower oils. Preliminary analysis using the CODEX standards for vegetable oils suggested that

**Table 3**
Fatty acid profile expressed as percent of total fatty acids for each avocado oil.

| | C14:0 | C16:0 | C16:1 | C18:0 | C18:1 | C18:2 | C18:3 | C20:0 | C20:1 | C22:0 | C24:0 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **EV1** | ND | 16.5 ± 0.1 | 6.9 ± 0 | 0.5 ± 0 | 55.6 ± 0.1 | 19.2 ± 0.1 | 1.2 ± 0 | ND | 0.1 ± 0.1 | ND | ND |
| **EV2** | 0.1 ± 0 | 15.6 ± 0 | 6.5 ± 0 | 0.5 ± 0 | 61.0 ± 0 | 15.2 ± 0 | 1.0 ± 0 | ND | 0.2 ± 0 | ND | ND |
| **EV3** | 0.1 ± 0 | 10.9 ± 0 | 0.1 ± 0 | 4.0 ± 0 | 21.4 ± 0.1 | 54.4 ± 0.1 | 8.2 ± 0 | 0.3 ± 0 | 0.2 ± 0 | 0.3 ± 0 | 0.1 ± 0 |
| **EV4** | 0.1 ± 0 | 15.5 ± 0 | 6.4 ± 0 | 0.5 ± 0 | 59.3 ± 0.1 | 17.0 ± 0.1 | 1.1 ± 0 | ND | 0.2 ± 0 | ND | ND |
| **EV5** | 0.1 ± 0 | 15.6 ± 0 | 6.4 ± 0 | 0.5 ± 0 | 58.6 ± 0 | 17.5 ± 0 | 1.1 ± 0 | ND | 0.2 ± 0 | ND | ND |
| **EV6** | 0.1 ± 0 | 10.4 ± 0 | 0.1 ± 0 | 3.8 ± 0 | 19.7 ± 0.5 | 55.4 ± 0.4 | 9.8 ± 0 | 0.4 ± 0 | 0.2 ± 0 | 0.3 ± 0 | 0.1 ± 0 |
| **EV7** | ND | 16.0 ± 0 | 6.6 ± 0 | 0.5 ± 0 | 62.4 ± 0 | 13.4 ± 0 | 0.9 ± 0 | ND | 0.2 ± 0 | ND | ND |
| **R1** | ND | 10.0 ± 0 | 1.7 ± 0 | 2.3 ± 0 | 69.1 ± 0 | 15.2 ± 0 | 0.5 ± 0 | 0.3 ± 0 | 0.3 ± 0 | 0.4 ± 0 | 0.2 ± 0 |
| **R2** | ND | 14.7 ± 0 | 5.8 ± 0 | 1.4 ± 0 | 64.4 ± 0.1 | 12.2 ± 0 | 0.7 ± 0 | 0.2 ± 0 | 0.3 ± 0 | 0.2 ± 0 | 0.1 ± 0 |
| **R3** | ND | 13.2 ± 0 | 4.2 ± 0 | 1.4 ± 0 | 63.8 ± 0.1 | 16.0 ± 0.1 | 0.7 ± 0 | 0.2 ± 0 | 0.3 ± 0 | 0.2 ± 0 | 0.1 ± 0 |
| **R4** | ND | 15.8 ± 0 | 6.8 ± 0 | 0.5 ± 0 | 63.8 ± 0 | 12.0 ± 0 | 0.8 ± 0 | ND | 0.2 ± 0 | ND | ND |
| **R5** | ND | 15.0 ± 0 | 6.5 ± 0 | 0.8 ± 0 | 63.6 ± 0 | 12.8 ± 0 | 0.8 ± 0 | 0.1 ± 0 | 0.2 ± 0 | 0.1 ± 0 | ND |
| **R6** | ND | 17.8 ± 0 | 8.6 ± 0 | 0.6 ± 0 | 61.0 ± 0.1 | 10.9 ± 0 | 0.8 ± 0 | 0.1 ± 0 | 0.2 ± 0 | ND | ND |
| **R7** | ND | 14.4 ± 0 | 5.2 ± 0 | 1.4 ± 0 | 64.8 ± 0 | 13.0 ± 0 | 0.7 ± 0 | 0.2 ± 0 | 0.2 ± 0 | 0.2 ± 0 | 0.1 ± 0 |
| **R8** | ND | 13.4 ± 0 | 5.1 ± 0 | 1.6 ± 0 | 67.5 ± 0 | 10.9 ± 0 | 0.6 ± 0 | 0.2 ± 0 | 0.2 ± 0 | 0.3 ± 0 | 0.1 ± 0 |
| **R9** | ND | 14.1 ± 0 | 5.2 ± 0 | 1.0 ± 0 | 63.2 ± 0 | 15.0 ± 0 | 0.8 ± 0 | 0.2 ± 0 | 0.2 ± 0 | 0.1 ± 0 | 0.1 ± 0 |
| **U1** | ND | 16.5 ± 0 | 7.4 ± 0 | 1.3 ± 0 | 63.9 ± 0 | 9.8 ± 0 | 0.7 ± 0 | 0.2 ± 0 | 0.2 ± 0 | ND | ND |
| **U2** | ND | 16.4 ± 0 | 7.2 ± 0 | 0.6 ± 0 | 60.0 ± 0 | 14.7 ± 0 | 0.9 ± 0 | ND | 0.2 ± 0 | ND | ND |
| **U3** | ND | 16.5 ± 0 | 7.4 ± 0 | 0.6 ± 0 | 60.4 ± 0 | 13.9 ± 0 | 0.8 ± 0 | 0.1 ± 0 | 0.2 ± 0 | ND | ND |
| **U4** | ND | 10.4 ± 0 | 2.0 ± 0 | 2.1 ± 0 | 66.5 ± 0 | 17.4 ± 0 | 0.5 ± 0 | 0.4 ± 0 | 0.3 ± 0 | 0.2 ± 0 | 0.1 ± 0 |
| **U5** | 0.1 ± 0 | 11.2 ± 0 | 0.6 ± 0 | 2.8 ± 0 | 68.3 ± 0 | 15.4 ± 0 | 0.5 ± 0 | 0.4 ± 0 | 0.3 ± 0 | 0.4 ± 0 | 0.2 ± 0 |
| **U6** | 0.1 ± 0 | 10.9 ± 0 | 0.1 ± 0 | 4.0 ± 0 | 21.0 ± 0 | 54.7 ± 0 | 8.2 ± 0 | 0.3 ± 0 | 0.2 ± 0 | 0.3 ± 0 | 0.1 ± 0 |

ND = not detected. Data shown as (mean ± SEM, n = 2).

H.S. Green and S.C. Wang

Food Control 116 (2020) 107328

**Table 4**
Sterols profile for each avocado oil expressed as percent total sterols. Total sterols in mg/kg.

| | Brassicasterol | Campesterol | Stigmasterol | Δ7-campesterol | Clerosterol (II) | β-sitosterol (III) | Δ5- Avenasterol | Δ7- Stigmasterol | Δ7-Avenasterol | Total Sterols |
|---|---|---|---|---|---|---|---|---|---|---|
| **EV1** | 0.4 ± 0.4 | 5.5 ± 0 | 0.8 ± 0.2 | ND | 1.9 ± 0.1 | 85.6 ± 0.5 | 5.7 ± 0.3 | ND | ND | 5955 ± 110 |
| **EV2** | ND | 5.4 ± 0.3 | ND | ND | 1.9 ± 0.1 | 86.8 ± 0.7 | 5.8 ± 0.3 | ND | ND | 4670 ± 200 |
| **EV3** | ND | 20.3 ± 0.1 | 15.8 ± 0.1 | ND | ND | 56.3 ± 0.1 | 2.7 ± 0 | 2.8 ± 0.2 | 2.1 ± 0.3 | 2601 ± 75 |
| **EV4** | ND | 5.6 ± 0.1 | 0.6 ± 0 | ND | 1.8 ± 0 | 86 ± 0.3 | 6.0 ± 0.3 | ND | ND | 5649 ± 200 |
| **EV5** | ND | 5.8 ± 0 | 0.6 ± 0 | ND | 1.9 ± 0 | 85.4 ± 0.3 | 6.3 ± 0.3 | ND | ND | 5245 ± 140 |
| **EV6** | ND | 23.3 ± 0.1 | 15 ± 0.2 | ND | ND | 55.2 ± 0.1 | 3.8 ± 0.2 | 1.5 ± 0.1 | 1.3 ± 0.1 | 3306 ± 0 |
| **EV7** | ND | 6.3 ± 0 | ND | ND | 1.9 ± 0 | 86.3 ± 0.1 | 5.6 ± 0.1 | ND | ND | 4263 ± 31 |
| **R1** | ND | 8.6 ± 0.2 | 4.6 ± 0.1 | ND | 0.9 ± 0 | 75.6 ± 0.2 | 4.5 ± 0.2 | 4.3 ± 0.1 | 1.4 ± 0.2 | 2906 ± 10 |
| **R2** | ND | 5.7 ± 0 | 1.4 ± 0 | ND | 1.2 ± 0 | 85.7 ± 0.1 | 4.6 ± 0.1 | 1.5 ± 0.1 | ND | 3356 ± 48 |
| **R3** | ND | 7.6 ± 0.3 | 2.2 ± 0.2 | ND | 1.3 ± 0.1 | 81.4 ± 1.9 | 5.2 ± 0 | 2.2 ± 2.2 | ND | 3362 ± 56 |
| **R4** | ND | 4.9 ± 0 | 0.4 ± 0 | ND | 1.4 ± 0 | 87.1 ± 0 | 5.6 ± 0.1 | ND | ND | 3850 ± 3.0 |
| **R5** | ND | 5.6 ± 0 | 0.9 ± 0 | ND | 1.3 ± 0 | 86.0 ± 0 | 5.2 ± 0 | 0.5 ± 0 | ND | 3926 ± 14 |
| **R6** | ND | 6.3 ± 0 | 0.6 ± 0 | ND | 1.5 ± 0 | 86.5 ± 0.1 | 5.1 ± 0.1 | ND | ND | 3553 ± 25 |
| **R7** | ND | 5.8 ± 0 | 1.3 ± 0 | ND | 1.2 ± 0 | 87 ± 0.1 | 4.8 ± 0.1 | ND | ND | 3344 ± 74 |
| **R8** | ND | 6.1 ± 0.1 | 2.5 ± 0 | ND | 1.3 ± 0.1 | 81.1 ± 0.3 | 4.6 ± 0.2 | 3.4 ± 0 | 1.2 ± 0.1 | 3168 ± 170 |
| **R9** | ND | 9.1 ± 0 | 2.1 ± 0 | ND | 1.4 ± 0 | 81.4 ± 0.1 | 5.9 ± 0.1 | ND | ND | 4125 ± 73 |
| **U1** | 0.4 ± 0.4 | 6.0 ± 0 | 0.6 ± 0.2 | ND | 1.2 ± 0 | 88.4 ± 0.4 | 3.5 ± 0.2 | ND | ND | 2859 ± 70 |
| **U2** | ND | 7.7 ± 0.6 | 1.1 ± 0 | ND | 1.6 ± 0 | 83.5 ± 1.1 | 6.0 ± 0.5 | ND | ND | 4066 ± 250 |
| **U3** | ND | 6.8 ± 0.2 | 1.1 ± 0 | ND | 1.6 ± 0 | 84.9 ± 0 | 5.6 ± 0.2 | ND | ND | 4340 ± 69 |
| **U4** | ND | 10.1 ± 0.1 | 3.8 ± 0.1 | 0.7 ± 0 | 0.9 ± 0.1 | 74.7 ± 0 | 4.6 ± 0.2 | 4.0 ± 0.2 | 1.2 ± 0.1 | 3341 ± 95 |
| **U5** | ND | 9.2 ± 0.1 | 4.8 ± 0.1 | ND | ND | 77 ± 0.2 | 3.6 ± 0.1 | 4.2 ± 0.2 | 1.2 ± 0.1 | 3465 ± 66 |
| **U6** | ND | 20.6 ± 0.2 | 16.2 ± 0.4 | ND | ND | 56 ± 0.4 | 2.5 ± 0.3 | 2.8 ± 0.3 | 1.8 ± 0.1 | 2678 ± 130 |

ND = not detected. Data shown as (mean ± SEM, n = 2).



**Fig. 4.** TAG profiles plotted using PCA. The six avocado oils that differed from other samples are labeled according to their sample codes. All other avocado oils from this study are labeled as avocado, shown in dark orange. (For interpretation of the references to color in this figure legend, the reader is referred to the Web version of this article.)

50:50 adulteration of avocado oil: high oleic sunflower could yield similar profiles as samples R1, U4, and U5.

## 4. Conclusions

This study demonstrates, for the first time, there are problems in both quality and purity in the store-bought extra virgin and refined avocado oil. The majority of the samples were of low quality with five of the seven labeled as "extra virgin" having high FFA values and six of the nine "refined" oils had high PV. FFA, PV, and specific extinction in UV data demonstrated that these oils have undergone lipolysis and oxidation, respectively. This likely resulted from improper or prolonged storage, using damaged or rotten fruits, or extreme and harsh processing conditions. Extra virgin oils often are more expensive and distinguished from lower grades such as virgin or crude oils using the above quality parameters.

Adulteration with soybean oil was found in two samples labeled as "extra virgin" avocado oil (EV3 and EV6) and one labeled as "pure" avocado oil (U6). Tocopherol, fatty acid, sterols, and TAGs data show this adulteration is occurring at or near 100% for all three samples. This not only is a potential health hazard for consumers but creates unfair competition in the market. EV3 and EV6 cost $0.65/fl oz and $0.49/fl oz, compared to the other extra virgin oils, which averaged at $1.73/fl oz. Authentic extra virgin avocado oils are clearly being outcompeted by this economically motivated adulteration. In the case of samples EV3, EV6, and U6 the adulteration was confirmed in addition to the adulteration percent and adulterant oil. However, the need for standards is also demonstrated by the samples R1, U4, and U5. The variance seen in their fatty acid, sterols, TAGs, and tocopherols profiles could be due to natural variance of the avocado fruits, processing conditions, or unnaturally, economic adulteration with high oleic sunflower or safflower oils. In order to establish fair standards, it is also imperative to know how these parameters change with varietal, harvest time, and processing conditions to determine the appropriate ranges for avocado oil, ensuring authentic products are not flagged incorrectly. This study gives a timely overview of the quality and authenticity of the avocado oils available on the US market and a call to action for the standards establishment.

### Author contributions

S.W. and H.G. prepared the study. H.G. performed the experiments and both contributed to the writing.

### CRediT authorship contribution statement

**Hilary S. Green:** Investigation, Data curation, Writing - original draft, Writing - review & editing. **Selina C. Wang:** Conceptualization, Supervision, Project administration, Funding acquisition, Writing - review & editing.

### Declaration of competing interest

The authors have no competing interests to declare.

*H.S. Green and S.C. Wang*  
*Food Control 116 (2020) 107328*

## Acknowledgments

The authors would like to thank Firmin Berta for supporting H.S.G.'s graduate studies at UC Davis and Dipasa USA for funding a part of this work. H.S.G is grateful to the ARCS Foundation for the scholarship.

## References

Altendorf, S. (2019). *Major tropical fruits market review 2018*. Rome: FAO.

American Oil Chemist's Society (1998). *Official methods and recommended practices of the American oil chemists' society* (5th ed.). Champaign: American Oil Chemists' Society.

Ashton, O. B. O., Wong, M., McGhie, T. K., Vather, R., Wang, Y., Requejo-Jackman, C., et al. (2006). Pigments in avocado tissue and oil. *Journal of Agricultural and Food Chemistry, 54*(26), 10151–10158. https://doi.org/10.1021/jf061809j.

Berasategi, I., Barriuso, B., Ansorena, D., & Astiasarán, I. (2012). Stability of avocado oil during heating: Comparative study to olive oil. *Food Chemistry, 132*(1), 439–446. https://doi.org/10.1016/j.foodchem.2011.11.018.

Bora, P. S., Narain, N., Rocha, R. V. M., & Queiroz Paulo, M. (2001). Characterization of the oils from the pulp and seeds of avocado (cultivar: Fuerte) fruits. *Grasas Y Aceites, 52*(3–4), 171–174. https://doi.org/10.3989/gya.2001.v52.i3-4.353.

Chun, J., Lee, J., Ye, L., Exler, J., & Eitenmiller, R. R. (2006). Tocopherol and tocotrienol contents of raw and processed fruits and vegetables in the United States diet. *Journal of Food Composition and Analysis, 19*(2–3), 196–204. https://doi.org/10.1016/j.jfca.2005.08.001.

Codex Alimentarius Commission (2017). *CODEX STAN 210-1999. Rev. 2017. Codex standard for named vegetable oils*.

Corzzini, S. C. S., Barros, H. D. F. Q., Grimaldi, R., & Cabral, F. A. (2017). Extraction of edible avocado oil using supercritical CO2 and a CO2/ethanol mixture as solvents. *Journal of Food Engineering, 194*, 40–45. https://doi.org/10.1016/j.jfoodeng.2016.09.004.

Donetti, M., & Terry, L. A. (2014). Biochemical markers defining growing area and ripening stage of imported avocado fruit cv. Hass. *Journal of Food Composition and Analysis, 34*(1), 90–98. https://doi.org/10.1016/j.jfca.2013.11.011.

Dos Santos, M. A. Z., Alicieo, T. V. R., Pereira, C. M. P., Ramis-Ramos, G., & Mendonça, C. R. B. (2014). Profile of bioactive compounds in avocado pulp oil: Influence of the drying processes and extraction methods. *JAOCS, Journal of the American Oil Chemists' Society, 91*(1), 19–27. https://doi.org/10.1007/s11746-013-2289-x.

Elez-Martinez, P., Soliva-Fortuny, R. C., Gorinstein, S., & Martín-Belloso, O. (2005). Natural antioxidants preserve the lipid oxidative stability of minimally processed avocado purée. *Journal of Food Science, 70*, S325–S329.

Fernandes, G. D., Gómez-Coca, R. B., Pérez-Camino, M. C., Moreda, W., & Barrera-Arellano, D. (2018). Chemical characterization of commercial and single-variety avocado oils. *Grasas Y Aceites, 69*(2), https://doi.org/10.3989/gya.0110181.

Flores, M. A., Perez-Camino, M. D. C., & Troca, J. (2014). Preliminary studies on composition, quality and oxidative stability of commercial avocado oil produced in Chile. *Journal of Food Science and Engineering, 4*, 21–26.

Forero-Doria, O., García, M. F., Vergara, C. E., & Guzman, L. (2017). Thermal analysis and antioxidant activity of oil extracted from pulp of ripe avocados. *Journal of Thermal Analysis and Calorimetry, 130*(2), 959–966. https://doi.org/10.1007/s10973-017-6488-9.

Gimeno, E., Castellote, A. I., Lamuela-Raventós, R. M., de la Torre, M. C., & López-Sabater, M. C. (2000). Rapid determination of vitamin E in vegetable oils by reversed-phase high-performance liquid chromatography. *Journal of Chromatography A, 881*, 251–254.

Green, H. S., Li, X., De Pra, M., Lovejoy, K. S., Steiner, F., Acworth, I. N., et al. (2020). A rapid method for the detection of extra virgin olive oil adulteration using UHPLC-CAD profiling of triacylglycerols and PCA. *Food Control, 107*(April 2019), 106773. https://doi.org/10.1016/j.foodcont.2019.106773.

International Olive Council (IOC) (2013). *T.20/Doc. No. 30/Rev. 1. Determination of the composition and content of sterols and triterpene dialcohols by capillary column gas chromatography*. (Madrid, Spain).

International Olive Council (IOC) (2017). *T.20/Doc. No 33/Rev.1. Determination of the fatty acid methyl esters by gas chromatography*. (Madrid, Spain).

Jorge, T. S., Polachini, T. C., Dias, L. S., Jorge, N., & Telis-Romero, J. (2015). Physiochemical and rheological characterization of avocado oils. *Ciência e Agrotecnologia, 39*, 390–400. https://doi.org/10.5772/32596.

Krumreich, F. D., Borges, C. D., Mendonça, C. R. B., Jansen-Alves, C., & Zambiazi, R. C. (2018). Bioactive compounds and quality parameters of avocado oil obtained by different processes. *Food Chemistry, 257*, 376–381. https://doi.org/10.1016/j.foodchem.2018.03.048 June 2017.

Madawalaa, S. R. P., Kochharb, S. P., & Duttaa, P. C. (2012). Lipid components and oxidative status of selected specialty oils. *Grasas Y Aceites, 63*(2), 143–151. https://doi.org/10.3989/gya.083811.

Manaf, Y. N., Rahardjo, A. P., Yusof, Y. A., Desa, M. N. M., & Nusantoro, B. P. (2018). Lipid characteristics and tocopherol content of the oils of native avocado cultivars grown in Indonesia. *International Journal of Food Properties, 21*(1), 2758–2771. https://doi.org/10.1080/10942912.2018.1564761.

Noorzyanna, Y., Marikkar, N., Mustafa, S., & Mat Sahri, M. (2017). Composition and thermal analysis of ternary mixtures of avocado fat:palm stearin:cocoa butter (Avo:PS:CB). *International Journal of Food Properties, 20*(2), 465–474. https://doi.org/10.1080/10942912.2016.1166130.

Ortiz Moreno, A., Dorantes, L., Galíndez, J., & Guzmán, R. I. (2003). Effect of different extraction methods on fatty acids, volatile compounds, and physical and chemical properties of avocado (Persea americana Mill.) oil. *Journal of Agricultural and Food Chemistry, 51*(8), 2216–2221. https://doi.org/10.1021/jf0207934.

Ozdemir, F., & Topuz, A. (2004). Changes in dry matter, oil content and fatty acids composition of avocado during harvesting time and post-harvesting ripening period. *Food Chemistry, 86*(1), 79–83. https://doi.org/10.1016/j.foodchem.2003.08.012.

Ramírez-Anaya, J. del P., Manzano-Hernández, A. J., Tapia-Campos, E., Alarcón-Domínguez, K., & Castañeda-Saucedo, M. C. (2018). Influence of temperature and time during malaxation on fatty acid profile and oxidation of centrifuged avocado oil. *Food Science and Technology, 38*(2), 223–230. https://doi.org/10.1590/1678-457X.33116.

Tan, C. X., & Ghazali, H. M. (2019). Avocado (persea americana mill.). Fruit oils. *Chemistry and Functionality*, 125–186e. https://doi.org/10.1533/9780857092762.125.

Tan, C. X., Tan, S. S., & Tan, S. T. (2017). Influence of geographical origins on the physicochemical properties of hass avocado oil. *JAOCS, Journal of the American Oil Chemists' Society, 94*(12), 1431–1437. https://doi.org/10.1007/s11746-017-3042-7.

Vossen, P. (2007). *International Olive Council (IOC) COI/T.15/NC No 3/Rev. 14. Trade standard applying to olive oils and olive pomace oils*. (Madrid, Spain).

Wang, L., Tao, L., Hao, L., Stanley, T. H., Huang, K.-H., Lambert, J. D., et al. (2019). A moderate-fat diet with one avocado per day increases plasma antioxidants and decreases the oxidation of small, dense LDL in adults with overweight and obesity: A randomized controlled trial. *Journal of Nutrition*, 1–9. https://doi.org/10.1093/jn/nxz231.

Werman, M. J., & Neeman, I. (1987). Avocado oil production and chemical characteristics. *Journal of the American Oil Chemists' Society, 64*(2), 229–232. https://doi.org/10.1007/BF02542007.

Wong, M., Ashton, O. B. O., McGhie, T. K., Requejo-Jackman, C., Wang, Y., & Woolf, A. B. (2011). Influence of proportion of skin present during malaxing on pigment composition of cold pressed avocado oil. *JAOCS, Journal of the American Oil Chemists' Society, 88*(9), 1373–1378. https://doi.org/10.1007/s11746-011-1790-3.

Wong, M., Requejo-Jackman, C., & Woolf, A. (2010). What is unrefined, extra virgin cold-pressed avocado oil? *INFORM - International News on Fats, Oils and Related Materials, 21*(4), 198–202.

Woolf, A., Wong, M., Eyres, L., McGhie, T., Lund, C., Olsson, S., et al. (2009). Avocado oil. Gourmet and health-promoting specialty oils. https://doi.org/10.1016/B978-1-893997-97-4.50008-5.

Yanty, N. A. M., Marikkar, J. M. N., & Long, K. (2011). Effect of varietal differences on composition and thermal characteristics of avocado oil. *JAOCS, Journal of the American Oil Chemists' Society, 88*(12), 1997–2003. https://doi.org/10.1007/s11746-011-1877-x.

EXHIBIT 3

Food Control 152 (2023) 109837

Contents lists available at ScienceDirect

# Food Control

journal homepage: www.elsevier.com/locate/foodcont



# Purity and quality of private labelled avocado oil

Hilary S. Green , Selina C. Wang [*]

*Department of Food Science and Technology, University of California Davis, Davis, CA, 95616, USA*

ARTICLE INFO

*Keywords:*
Avocado oil
Purity
Quality
Adulteration
Standards
Private label

ABSTRACT

Avocado oil continues to be a high demand product and there is a growing market for both name brands and private labels. Since our study on evaluating the purity and quality of name brand avocado oil in 2020, some producers have made efforts to assure quality and lend support for standard establishment. However, the purity and quality of private labeled avocado oil have not been evaluated and are of a concern for many consumers. This study evaluates thirty-six private label samples throughout the US and Canada. Out of 29 refined samples, three met both quality and purity standards, 11 met quality standards and eight met current proposed purity standards; out of 7 unrefined samples, three met current proposed purity standards for avocado oil. Key markers such as an elevated stearic fatty acid value with an elevated delta-7-stigmastenol value were identified to help professional buyers make educated decisions on what oils to purchase. Low cost can indicate a higher probability for adulteration; however, high cost does not guarantee a pure sample of appropriate quality. Both purity and quality parameters should be used to label the avocado oil appropriately to ease consumer confusion and increase their confidence in the avocado oil category. This work also highlighted the importance of continuing to research avocado oil, to understand natural variables that affect chemical compositions of avocado oil and to establish standards that accommodate these variances while minimizing adulterations.

## 1. Introduction

Avocado oil is in high demand by consumers because of its high content of monounsaturated fatty acids, much like olive oil, as well as having a neutral flavor profile (Woolf et al., 2009). Thus, the avocado oil industry has continued to expand over the last five years. Due to the continued rise in avocado oil popularity, it is now being sold as a product by many grocery stores under private label brands in addition to name brand products. Private label oils are products that are produced by a third-party processor (or brand) and sold under a certain grocery store label (or brand). This process may lead to more adulteration and fraud due to the increased number of steps and parties involved; if the fruit is processed into oil in one place, refined in another location, and labelled/bottled in a third place, adulteration has the potential to occur at any of those steps and some parties, like the professional buyer can be unaware when malpractices are taking place (Ehmke et al., 2019). It is not only necessary for these oils to be tested by third parties, but also for professional buyers to know what a pure avocado oil should look like in the Certificate of Analysis so that they can make the right choices in what oils to sell under their private label. Although product quality and traceability are important evaluation criteria of suppliers for private

label buyers, pricing is the decisive factor for most buyers. It costs more to make 100% authentic avocado oil than 100% soybean oil or a mix of 50% avocado oil and 50% high oleic sunflower oil so fraudulent suppliers could sell their products at a lower price than honest authentic avocado oil suppliers and still make more profit.

The formation of avocado oil standards by the international standard development organization, CODEX Alimentarius, formed by the World Health Organization (WHO) and Food and Agriculture Association (FAO), is well underway (Codex Alimentarius Commission, 2021a), however, this process takes time and the standards for refined avocado oil are still being finalized while a separate set of standards for virgin/extra virgin will likely need to be further developed. Due to avocado oil being a relatively new product, it is difficult with the current information available for professional buyers to make the right decisions on what to purchase. To address some of these issues, an evaluation of thirty-six private label oils currently on the market was done to determine their quality and purity and how they relate to proposed CODEX standards and pure samples in literature. This work also serves as a follow-up to our 2020 study on the evaluation of quality and purity of avocado oils in the US as we received many inquiries from consumers about private label oils, which were not the focus in the original study

---

* Corresponding author..
  *E-mail address:* scwang@ucdavis.edu (S.C. Wang).

https://doi.org/10.1016/j.foodcont.2023.109837
Received 21 March 2023; Received in revised form 27 April 2023; Accepted 1 May 2023
Available online 8 May 2023
0956-7135/© 2023 The Authors. Published by Elsevier Ltd. This is an open access article under the CC BY license (http://creativecommons.org/licenses/by/4.0/).

H.S. Green and S.C. Wang

Food Control 152 (2023) 109837

(Green & Wang, 2020). These private label oils were used to identify set of common markers of adulteration to help professional buyers to determine what oils to purchase. This includes a list of fatty acids and sterols and how increases or decreases in specific values can help buyers determine if there is adulteration occurring and if so, potentially with what oil. Techniques to assess oil quality were also discussed as well as issues with current labeling, which currently contains many contradictions. With this information, professional buyers can be more confident in choosing products that are pure and of good quality.

## 2. Materials and methods

### 2.1. Avocado oil samples

A total of 36 private label oils, which are oils bought from a third-party manufacturer but are sold under a retailer brand, were purchased from grocery stores across the US and Canada. Samples labeled as both refined (29) and virgin/extra virgin samples (7) were collected. If a sample did not have a specific label or had ambiguous labeling, like refined and cold-pressed or pure and cold-pressed, it was assumed to be refined. Each oil sample was stored in the dark at 20 °C and purged with nitrogen after each opening. Quality analyses were completed first upon opening to minimize changes in oil quality due to oxygen exposure. Table 1 contains information about each sample including their designated grade (refined vs. virgin/extra virgin), product origin, purchasing location, packaging, price and best by dates. Samples were numbered and data organized according to sample label, with one group for refined oils and another for virgin/extra virgin. Table S1 contains a list of the private label brands that were analyzed in this study, in alphabetical order.

### 2.2. Quality parameters

Free fatty acidity (FFA), peroxide value (PV), and specific extinction in ultraviolet (UV) at 232 nm, 270 nm, and $\Delta K$ were determined using AOCS methods Ca 5a-40 (09), Cd 8b-90 (09), and Ch 5–91 (09) ((American Oil Chemist's Society, 1998)), respectively.

### 2.3. Minor components

Tocopherols were determined according to Gimeno et al. (2000) with some modifications. Oil (40 μL) and hexane (160 μL) were briefly vortexed then the internal standard (α-tocopheryl acetate, 300 μg/mL in ethanol, purity 98%, Fisher Scientific Company LLC, USA) was added along with 600 μL of methanol. The mixture was vortexed for 1 min and centrifuged for 5 min (5000 rpm, Beckman GS-15 R). Samples were stored at $-20$ °C for 2 h to allow oil to fully separate from the organic phase, which was then filtered with 0.45 μm, nylon syringe filters. Analysis was performed on an Agilent 1290 Infinity II LC system with a diode-array detector using an Agilent ZORBAX Eclipse Plus C18 column (3.5 μm, 3 × 100 mm) with a methanol:water (96:4) isocratic mobile phase. A 20 μL injection volume and flow rate of 1.0 mL min$^{-1}$ was used giving a total run time was 12 min. Diode-array detector (DAD) signal was recorded at 292 nm. All solvents used above were HPLC grade, from Fisher Scientific LLC, USA. Standard α-tocopherol (>96%) was purchased from Fisher Scientific LLC, USA. Analytical grade standards δ-tocopherol and γ-tocopherol were purchased from MilliporeSigma, USA. Gamma and beta tocopherols were quantified together.

### 2.4. Purity parameters

The IOC official method for the determination of the fatty acid

## Table 1
Information for each sample used in this study.

| Code | Oil Label | Product origin | Place purchased | Packaging | Price/Oz ($) | Best by date |
|---|---|---|---|---|---|---|
| 1 | Refined | Mexico | RI | Colored plastic | 0.29 | 3/24/2022 |
| 2 | Refined | Mexico | IA | Colored plastic | 0.29 | 3/8/2022 |
| 3 | Refined | Spain | BC, Canada | Colored glass | 0.33 | 8/18/2022 |
| 4 | Refined | USA, Mexico | IL | Colored glass | 1.18 | 1/2/2022 |
| 5 | Refined | USA, Mexico | NC | Colored glass | 1.06 | 4/29/2022 |
| 6 | Refined | Mexico, South Africa, France | TX | Colored glass | 0.41 | 5/17/2022 |
| 7 | Refined | Mexico, South Africa, France | CO | Colored glass | 0.47 | 5/17/2022 |
| 8 | Refined & expeller pressed | France | IL | Colored glass | 0.53 | 3/1/2023 |
| 9 | Refined & expeller pressed | France | RI | Colored glass | 0.53 | 3/1/2023 |
| 10 | Refined & expeller pressed | Mexico | RI | Clear glass | 0.71 | 4/13/2023 |
| 11 | Refined & expeller pressed | South Africa | CO | Clear glass | 0.71 | 3/8/2023 |
| 12 | Refined & expeller pressed | South Africa | CA | Clear glass | 0.71 | 3/8/2023 |
| 13 | Refined & expeller pressed | Mexico | CA | Clear glass | 0.70 | 12/7/2022 |
| 14 | Refined & expeller pressed | Mexico | MA | Colored glass | 0.61 | 4/30/2022 |
| 15 | Cold pressed & Refined | Spain | IL | Colored glass | 0.42 | 10/1/2022 |
| 16 | Cold pressed & Refined | Spain | MN | Colored glass | 0.53 | Unclear |
| 17 | Cold pressed & Refined | Mexico, Spain, USA | IL | Colored glass | 0.50 | 9/25/2022 |
| 18 | Cold pressed & Refined | Mexico, Spain, USA | IL | Colored plastic | 0.50 | 9/1/2022 |
| 19 | Unspecified | Mexico | BC, Canada | Colored glass | 0.44 | 7/5/2022 |
| 20 | Unspecified | Mexico | KS | Colored glass | 0.59 | 2/25/2023 |
| 21 | Unspecified | Mexico | MN | Colored glass | 0.59 | 2/25/2023 |
| 22 | Unspecified | Mexico | NC | Colored glass | 0.55 | 12/31/2023 |
| 23 | Unspecified | Mexico | IL | Colored glass | 0.55 | 3/2/2023 |
| 24 | Unspecified | Mexico | CA | Colored glass | 0.47 | 3/25/2023 |
| 25 | Unspecified | Mexico | RI | Colored glass | 0.47 | 12/31/2021 |
| 26 | Cold pressed | Spain | DC | Colored plastic | 0.39 | 4/29/2023 |
| 27 | Cold pressed | Mexico, Spain, USA | NC | Colored glass | 0.24 | 2/28/2023 |
| 28 | Cold pressed | Mexico, Spain, USA | IL | Colored glass | 0.41 | 3/26/2023 |
| 29 | Cold pressed | Mexico, Spain, USA | NC | Colored glass | 0.29 | 10/23/2022 |
| 30 | Virgin/Extra virgin | Mexico | ON, Canada | Colored glass | 0.45 | 7/30/2022 |
| 31 | Extra Virgin | Mexico | BC, Canada | Colored glass | 0.54 | 8/31/2022 |
| 32 | Extra virgin | Spain | RI | Colored glass | 0.83 | 5/25/2023 |
| 33 | Extra virgin | Spain | NJ | Colored glass | 0.83 | 3/9/2023 |
| 34 | Virgin | Mexico | RI | Clear glass | 0.71 | 3/1/2023 |
| 35 | Virgin | Mexico | CA | Clear glass | 0.71 | 2/26/2023 |
| 36 | Extra virgin | Mexico | NJ | Colored glass | 0.83 | 4/30/2022 |

H.S. Green and S.C. Wang

Food Control 152 (2023) 109837

methyl esters by gas chromatography (COI/T.20/Doc. No 30/Rev.1, 2017) was used for fatty acid profile analysis with modifications. Approximately 20 μL of oil was mixed with 3 mL heptane. Methanolic KOH, 2 M was added (200 μL) and vortexed for 1 min. Once the organic phase was clear, it was filtered with 0.45 μm PTFE filter for analysis. The GC-FID analysis was performed on an Agilent 7890 A GC using a 90 m × 250 μm × 0.25 μm DB-FastFAME capillary column (Agilent Technologies) to achieve the separation of individual fatty acids. Helium was used as the carrier gas at a flow rate of 1.9 mL min$^{-1}$ with an injection volume of 1.0 μL and a split ratio of 30. The injector temperature was held at 260 °C. The GC oven program was held at 75 °C for 1 min; then ramped at 35 °C min$^{-1}$ to 200 °C and held for 14 min, followed by a ramp of at 2.5 °C min$^{-1}$ to 210 °C, which was held for 5 min. The last ramp was at 12 °C min$^{-1}$ to 230 °C and held for 20 min, giving a total run time of 49.2 min. The FID temperature was 260 °C. The detector gas consisted of hydrogen (flow rate: 40 mL min$^{-1}$), air (flow rate: 400 mL min$^{-1}$), and helium make up gas (flow rate: 25 mL min$^{-1}$). Peak identification was performed using a 37-component FAME reference standard mix (MilliporeSigma).

Sterols content was analyzed using a combination of both Mathison and Holstege (2013) and the Phenomenex determination of sterols in olive oil (TN-0114) with modifications, which is described in more detail in Green and Wang (2023a). First, 20 μL of internal standard 0.2% α-cholestanol ethyl acetate solution was dried before adding 200 mg of oil and 1.5 mL of 2 M KOH in 95% ethanol. The mixture was capped and heated at 80 °C in two, 25 min increments. Once removed from the heat, 13.5 mL DI water was added and gently mixed before loading onto a Phenomenex Strata DE SLE cartridge, 60 cc tube, followed by two 1 mL rinses with DI water. A syringe packed with glass wool and 6–7 g sodium sulfate was attached to the bottom of the cartridge and after 15 min, five 15 mL portions of diethyl ether were passed through the cartridge. Eluents were dried using a rotary evaporator and then placed in an oven at 100 °C to remove water before reconstituting with 5 mL hexane. Next, the silica SPE columns (6 mL, 1 g sorbent, Agilent brand) were conditioned using two, 6 mL hexane rinses followed by 1 mL of 0.2 M KOH in 98% ethanol, followed by an additional 5 mL hexane rinse. Samples were loaded onto the columns and washed with 85 mL of hexane: diethyl ether (98:2) at 2 mL min$^{-1}$. The sterols fraction was eluted using 5 mL of hexane: diethyl ether (80:20) followed by 5 mL of hexane: diethyl ether (60:40). Extracts were dried in a rotary evaporator and if needed placed in an oven at 100 °C to remove remaining water. Finally, 250 μL of the silylation reagent (pyridine/hexamethyl disilazane/trimethylchlorosilane, 9:3:1, v/v/v) was added to prepare the trimethylsilyl ethers for GC injection. The GC-FID analysis was conducted on an Agilent 7890 A GC with a 30 m × 0.25 mm × 0.25 μm DB-5 capillary column (Agilent Technologies). An injection volume of 1.0 μL and helium as the carrier gas at a flow rate of 1.2 mL min$^{-1}$ was used. The injector temperature was held at 280 °C at a split ratio of 5. The GC oven program was held isothermally at 150 °C for 8 min; then ramped at 20 °C min$^{-1}$ to 290 °C and held for 20 min to obtain a total run time of 37.33 min. The FID temperature was 300 °C. The detector gas consisted of hydrogen (flow rate: 30 mL min$^{-1}$), air (flow rate: 400 mL min$^{-1}$), and helium make up gas (flow rate: 25 mL min$^{-1}$). Peak identification was carried out with standards and sample chromatograms provided in the IOC official method for relative retention times. Quantification was performed using the peak area and concentration of the internal standard.

Triacylglycerols (TAGs) were separated and analyzed using the method described in Green et al. (2020). In brief, each oil was diluted to a final concentrate of 1% with 50/50 chloroform/MeOH and then analyzed with the Vanquish™ Flex UHPLC-CAD system (Thermo Fisher Scientific, Waltham, MA, USA). Analytes were separated on a Thermo Scientific™ Accucore™ C18 column (100 mm × 2.1 mm; 2.6 μm). The injection volume was 1 μL with a 0.5 mL min$^{-1}$ flow rate. Mobile phase A (acetonitrile) and mobile phase B (isopropanol) were used according to the following gradient conditions: start, 10% B; 2 min, 10% B; 25 min,

40% B; 30 min, 60% B; 35 min, 90% B; 40 min, 50% B and 45 min 10% B. All solvents were HPLC grade from Fisher Scientific LLC, USA.

### 2.5. Statistical analysis

In all figures and tables the error bars represent the standard deviation. Principal component analysis was completed using Originlab Corporation software version "OriginPro 2016 Sr2" using TAGs as variables and 95% confidence ellipses around each PCA cluster.

## 3. Results and discussion

### 3.1. Purity parameters

#### 3.1.1. Fatty acid profile

Fatty acid profile is currently the most widely used purity determination method for edible oils. Table 2 shows the results of the fatty acid profile for the samples in this study. There were nine refined oils and three extra virgin oils that passed the current proposed CODEX purity standards, giving a total of 33% of the total samples to pass the fatty acid profile results. For most of the samples that failed, they failed on multiple different fatty acids, increasing the possibility that economically motivated adulteration (EMA) is the reason the profiles did not match the proposed avocado oil standards. Some trends within these failures can be seen, an elevated stearic fatty acid (C18:0) content is accompanied by a low palmitoleic fatty acid (C16:1) content. Most common adulterant oils, including high oleic sunflower oil, high oleic safflower oil, canola oil, and soybean oil have lower palmitoleic and higher stearic fatty acid content compared to avocado, so these can be used as potential adulteration markers. It is also more common for the palmitic (C16:0) fatty acid to be too low rather than too high if adulteration is occurring. These same trends were seen in the original 2020 study on avocado oils available in the US; a sample was most likely to fail stearic fatty acid (too high), which was often accompanied with a palmitoleic fatty acid that was too low (Green & Wang, 2020). Although avocado oil is characterized as having a high oleic fatty acid content, the range for oleic fatty acid is so wide (42–75) that this fatty acid alone cannot be reliably used as an indicator of adulteration.

Significant progress has been made by CODEX with input from academics and industry members to develop appropriate standards for the avocado oil fatty acid profile, but how much natural variables such as cultivars, harvest time, and geographic origins may affect fatty acids in pure avocado oil is still not completely understood. In addition, Green and Wang (2023a), highlighted that it is still unknown why some industry-made oils, typically refined oils, have higher stearic fatty acid than what has been seen in lab-made oils and in literature (Green & Wang, 2023a, Ozdemir & Topuz, 2004; Tan et al., 2017, Berasategui et al., 2012, Madawala et al., 2012). It is possible this is caused solely by economically motivated adulteration; however, it has not been investigated if the refining process could be causing this phenomenon.

While continued research is needed on stearic acid in avocado oil, Green and Wang (2022b) demonstrated that changing how oleic fatty acid is reported could aid in the detection of adulteration. Currently, oleic acid is calculated as the sum of 18:1 (n-7) and 18:1 (n-9). However, cis-vaccenic acid, which is C18:1 (n-7) was shown to be significantly higher in avocado oil than other seed oils, particularly high oleic safflower and high oleic sunflower oils. All the samples that had more than 5.5% cis-vaccenic acid met the fatty acids and sterols standards for avocado oil (data not shown). By reporting the content of these two isomers separately, as well as their sum, it would allow professional buyers to see if the cis-vaccenic acid content is low, and thus provide further evidence that an avocado oil may be adulterated with a seed oil.

#### 3.1.2. Sterols profile

The sterols profile is another purity determination method, which is used less often due to its high cost and analysis time. This method is

H.S. Green and S.C. Wang

Food Control 152 (2023) 109837

**Table 2**
Detailed fatty acid results reported as percent of total fatty acids. The proposed CODEX standards as of 2021 are listed above the samples. Any value in red does not fit within these current CODEX ranges.

| Code | C16:0 | C16:1 | C18:0 | C18:1 | C18:2 | C18:3 | C20:0 | C20:1 | C22:0 |
|---|---|---|---|---|---|---|---|---|---|
| CODEX 2021 Stds | 11.0–26.0 | 4.0–17.1 | 0.1–1.3 | 42.0–75.0 | 7.8–19.0 | 0.5–2.1 | ND–0.7 | ND–0.3 | ND–0.5 |
| 1 | 13.09 ± 0.01 | 3.6 ± 0.0 | 2.24 ± 0 | 66.82 ± 0.02 | 12.66 ± 0.0 | 0.56 ± 0.0 | 0.36 ± 0.01 | 0.25 ± 0.0 | 0.26 ± 0.01 |
| 2 | 11.28 ± 0.05 | 2.67 ± 0.0 | 2.31 ± 0.05 | 69.71 ± 0.1 | 12.53 ± 0.02 | 0.42 ± 0.0 | 0.38 ± 0.0 | 0.27 ± 0.0 | 0.28 ± 0.02 |
| 3 | 12.33 ± 0.02 | 3.06 ± 0.0 | 2.11 ± 0.0 | 66.94 ± 0.05 | 13.94 ± 0.01 | 0.5 ± 0.0 | 0.36 ± 0.02 | 0.24 ± 0.01 | 0.37 ± 0.01 |
| 4 | 14.54 ± 0.03 | 4.81 ± 0.0 | 1.3 ± 0.02 | 59.66 ± 0.02 | 18.14 ± 0.01 | 0.86 ± 0.01 | 0.22 ± 0.01 | 0.22 ± 0.0 | 0.12 ± 0.0 |
| 5 | 14.5 ± 0.03 | 4.8 ± 0.0 | 1.28 ± 0.01 | 59.77 ± 0.13 | 18.12 ± 0.05 | 0.84 ± 0.03 | 0.22 ± 0.01 | 0.22 ± 0.0 | 0.11 ± 0.0 |
| 6 | 13.9 ± 0.01 | 5.12 ± 0.0 | 1.41 ± 0.01 | 59.48 ± 0.02 | 16.91 ± 0.0 | 2.16 ± 0.0 | 0.28 ± 0.0 | 0.39 ± 0.0 | 0.22 ± 0.0 |
| 7 | 13.77 ± 0.0 | 5.06 ± 0.0 | 1.43 ± 0.0 | 59.23 ± 0.04 | 17.25 ± 0.03 | 2.2 ± 0.0 | 0.28 ± 0.0 | 0.40 ± 0.0 | 0.22 ± 0.0 |
| 8 | 16.53 ± 0.16 | 7.48 ± 0.02 | 0.92 ± 0.17 | 62.85 ± 0.23 | 11.08 ± 0.07 | 0.76 ± 0.01 | 0.07 ± 0.01 | 0.15 ± 0.0 | ND |
| 9 | 16.38 ± 0.04 | 7.49 ± 0.01 | 0.79 ± 0.01 | 62.98 ± 0.03 | 11.16 ± 0.02 | 0.78 ± 0.02 | 0.08 ± 0.0 | 0.16 ± 0.0 | 0.03 ± 0.04 |
| 10 | 14.87 ± 0.1 | 5.69 ± 0.0 | 1.17 ± 0.07 | 58.85 ± 0.02 | 18.04 ± 0.08 | 0.66 ± 0.01 | 0.2 ± 0.03 | 0.21 ± 0.02 | 0.16 ± 0.01 |
| 11 | 18.58 ± 0.02 | 8.2 ± 0.02 | 0.73 ± 0.0 | 59.58 ± 0.03 | 11.61 ± 0.01 | 0.75 ± 0.0 | 0.15 ± 0 | 0.19 ± 0.0 | 0.06 ± 0.0 |
| 12 | 18.57 ± 0.01 | 8.19 ± 0.01 | 0.74 ± 0.0 | 59.6 ± 0 | 11.61 ± 0.01 | 0.75 ± 0.0 | 0.16 ± 0.01 | 0.19 ± 0.0 | 0.04 ± 0.0 |
| 13 | 13.8 ± 0.01 | 4.99 ± 0.0 | 1.51 ± 0.01 | 58.83 ± 0.06 | 17.43 ± 0.02 | 2.21 ± 0.0 | 0.35 ± 0.0 | 0.42 ± 0.0 | 0.31 ± 0.08 |
| 14 | 14.19 ± 0.01 | 4.5 ± 0.0 | 1.21 ± 0.01 | 55.27 ± 0.02 | 23.31 ± 0 | 0.88 ± 0.0 | 0.2 ± 0.0 | 0.22 ± 0.0 | 0.10 ± 0.0 |
| 15 | 11.43 ± 0.0 | 1.79 ± 0.0 | 2.56 ± 0.02 | 70.9 ± 0.01 | 11.71 ± 0.0 | 0.57 ± 0.0 | 0.43 ± 0.0 | 0.27 ± 0.02 | 0.20 ± 0.01 |
| 16 | 11.32 ± 0.03 | 1.77 ± 0.0 | 2.56 ± 0.01 | 71.14 ± 0.04 | 11.58 ± 0.0 | 0.57 ± 0.0 | 0.44 ± 0.01 | 0.27 ± 0.02 | 0.22 ± 0.01 |
| 17 | 11.07 ± 0.07 | 1.58 ± 0.0 | 2.67 ± 0.05 | 71.08 ± 0.09 | 11.82 ± 0.01 | 0.67 ± 0.0 | 0.39 ± 0.02 | 0.29 ± 0.0 | 0.31 ± 0 |
| 18 | 11.23 ± 0.02 | 1.9 ± 0.01 | 2.71 ± 0.01 | 71.43 ± 0.05 | 11.01 ± 0.01 | 0.57 ± 0.0 | 0.4 ± 0.01 | 0.27 ± 0.0 | 0.36 ± 0.03 |
| 19 | 17.02 ± 0.01 | 6.87 ± 0.01 | 1.32 ± 0.02 | 57.3 ± 0.04 | 15.93 ± 0.01 | 0.79 ± 0.0 | 0.27 ± 0.0 | 0.22 ± 0.0 | 0.12 ± 0.03 |
| 20 | 15.51 ± 0.26 | 4.99 ± 0.08 | 1.48 ± 0.01 | 65.15 ± 0.61 | 11.35 ± 0.21 | 0.76 ± 0.01 | 0.26 ± 0.01 | 0.23 ± 0.01 | 0.12 ± 0.02 |
| 21 | 15.28 ± 0.02 | 4.93 ± 0.0 | 1.43 ± 0.0 | 65.66 ± 0.02 | 11.21 ± 0.0 | 0.75 ± 0.0 | 0.26 ± 0.0 | 0.23 ± 0 | 0.09 ± 0.02 |
| 22 | 14.71 ± 0.02 | 6.27 ± 0.0 | 0.9 ± 0.03 | 63.55 ± 0.02 | 13.09 ± 0.0 | 0.78 ± 0.02 | 0.19 ± 0.0 | 0.2 ± 0.0 | 0.18 ± 0.0 |
| 23 | 11.01 ± 0.0 | 1.59 ± 0.0 | 2.74 ± 0.01 | 73.41 ± 0.03 | 9.74 ± 0.0 | 0.45 ± 0.0 | 0.36 ± 0.01 | 0.26 ± 0.0 | 0.31 ± 0.02 |
| 24 | 9.79 ± 0.01 | 1.39 ± 0.0 | 2.66 ± 0.01 | 73.85 ± 0.03 | 10.59 ± 0.0 | 0.55 ± 0.0 | 0.37 ± 0.0 | 0.29 ± 0.0 | 0.39 ± 0.01 |
| 25 | 13.41 ± 0.02 | 2.91 ± 0.0 | 1.96 ± 0.0 | 64.61 ± 0 | 15.63 ± 0.0 | 0.61 ± 0.0 | 0.32 ± 0.0 | 0.23 ± 0.0 | 0.2 ± 0.03 |
| 26 | 10.88 ± 0.03 | 1.62 ± 0.0 | 2.79 ± 0.03 | 69.88 ± 0.07 | 12.98 ± 0.0 | 0.65 ± 0.0 | 0.42 ± 0.02 | 0.28 ± 0.01 | 0.33 ± 0.04 |
| 27 | 10.82 ± 0.01 | 1.51 ± 0.02 | 2.67 ± 0.0 | 72.7 ± 0.01 | 10.6 ± 0.01 | 0.5 ± 0.0 | 0.42 ± 0.0 | 0.28 ± 0.0 | 0.36 ± 0.0 |
| 28 | 10.55 ± 0.02 | 1.46 ± 0.0 | 2.77 ± 0.04 | 71.86 ± 0.01 | 11.68 ± 0.01 | 0.56 ± 0.01 | 0.38 ± 0.0 | 0.27 ± 0.0 | 0.34 ± 0.02 |
| 29 | 9.41 ± 0.03 | 2.08 ± 0.0 | 2.57 ± 0.01 | 73.21 ± 0.02 | 11.01 ± 0.01 | 0.38 ± 0.0 | 0.32 ± 0.0 | 0.26 ± 0.0 | 0.62 ± 0.01 |
| 30 | 13.57 ± 0.01 | 4.41 ± 0.0 | 1.42 ± 0.01 | 68.46 ± 0.02 | 10.58 ± 0 | 0.7 ± 0.0 | 0.29 ± 0.01 | 0.23 ± 0.0 | 0.18 ± 0.0 |
| 31 | 17.55 ± 0.03 | 8.08 ± 0.01 | 0.6 ± 0.0 | 60.95 ± 0.04 | 11.52 ± 0.01 | 0.86 ± 0.0 | 0.12 ± 0.0 | 0.18 ± 0.0 | ND |
| 32 | 10.79 ± 0.04 | 0.7 ± 0.0 | 3.12 ± 0.03 | 74.32 ± 0.06 | 9.28 ± 0.01 | 0.66 ± 0.0 | 0.48 ± 0.0 | 0.3 ± 0.0 | 0.22 ± 0.0 |
| 33 | 11.7 ± 0.01 | 0.9 ± 0.0 | 2.93 ± 0.0 | 72.11 ± 0.01 | 10.58 ± 0 | 0.65 ± 0.0 | 0.48 ± 0.0 | 0.3 ± 0.0 | 0.23 ± 0.01 |
| 34 | 16.92 ± 0.04 | 5.68 ± 0.0 | 1.36 ± 0.03 | 61.79 ± 0.05 | 12.78 ± 0.01 | 0.82 ± 0.0 | 0.24 ± 0.0 | 0.2 ± 0.0 | 0.09 ± 0.01 |
| 35 | 16.87 ± 0.02 | 5.77 ± 0.0 | 1.32 ± 0.03 | 61.7 ± 0.05 | 12.89 ± 0.01 | 0.82 ± 0.02 | 0.23 ± 0.0 | 0.19 ± 0.0 | 0.08 ± 0.0 |
| 36 | 20.95 ± 0.01 | 10.21 ± 0.01 | 0.75 ± 0.01 | 52.31 ± 0.01 | 14.28 ± 0.0 | 0.95 ± 0.0 | 0.13 ± 0.0 | 0.19 ± 0.0 | 0.12 ± 0.02 |

often only used if fatty acid profile data comes up inconclusive and another method is needed to determine purity. However, the most effective way to determine purity is to use both sterols and fatty acid profile. Table 3 shows the sterols for the oils in this study Table 4 summarizes all the data from this study as well as listing which samples passed/failed the purity standards. There were ten refined oils that passed the new sterols parameters (including sample 12). The CODEX standards were recently amended for the stigmasterol lower limit to be 0.3 instead of ND, however, Green and Wang (2023a) demonstrated that many pure oils can have ND levels of stigmasterol. Sample 12 passed all fatty acid purity parameters as well as all sterols except it has an ND level of stigmasterol. Considering the previous research on pure avocado oil, this sample was listed as passing. All of the virgin/extra virgin oils passed the sterols parameters except for 32 and 33, which had low campesterol. These two samples also had several fatty acids out of range, indicating EMA is occurring and a high adulteration percentage is likely. Three samples (6, 7 and 13) had an elevated level of brassicasterol, which is a known canola oil indicator. Given the similarity of the sterols and fatty acid profiles in these three samples it is possible that they originated from the same supplier who committed to EMA. It is worth noting that these three samples had fatty acids that were either within the acceptable range or only slightly outside the proposed limits so if only fatty acids, without sterols, was used to check purity, these adulterated samples may have passed as pure avocado oil.

Known adulterants of avocado oil are high oleic safflower and high oleic sunflower oil, and although their chemical compositions can vary, adulteration with these oils is often characterized by an elevated stearic fatty acid level and an elevated delta-7-stigmasterol value and possible delta-7-avenasterol value (Codex Alimentarius Commission, 2021b).

These sterols trends were also seen in the confirmed adulterated samples from the first market analysis study in 2020 (Green & Wang, 2020). Although many samples passed the proposed sterols parameters, there is still a debate on the appropriate limit for the delta-7 sterols. Based on the results from Green and Wang (2023a), it is possible the 3.5 limit is too high, and CODEX should consider adopting the lower 1.5 limit that was also proposed. In this study all of the samples (1, 15, 17, 25, and 28) that had a delta-7-stigmasterol over 2.5%, also did not pass the stearic fatty acid content (high) and had a palmitoleic content that was too low, indicating there is a high probability these samples are adulterated.

There are other samples (20, 21, 30, and 34) that had an elevated stearic fatty acid value without also having high delta-7-content and passed all the remaining fatty acid profile parameters, as well as the sterols parameters. All four of these samples had palmitoleic content on the lower end, with 20, 21 and 30 at or below 5.0%. Cases like these are still difficult to determine as adulteration with high oleic safflower or high oleic sunflower oils can lead to this type of fatty acid and sterols profile. Adulteration is often accompanied with higher levels of the delta-7 sterols, and if this were the case, it would be more likely. However, according to the CODEX parameters pure high oleic safflower and sunflower oils can have non-detectable amounts of both delta-7 sterols (Codex Alimentarius Commission, 2021b). Therefore, it is still possible that adulteration is going on albeit, much more difficult to confirm. It is imperative that further studies are done to understand if refining can contribute to elevated delta-7 sterols and stearic fatty acid, and if so, investigate other ways to detect adulteration in avocado oil, as differentiating it between high oleic safflower and high oleic sunflower oils is difficult.

H.S. Green and S.C. Wang

Food Control 152 (2023) 109837

**Table 3**

Detailed sterols results reported as percent of total sterols. The proposed CODEX standards as of 2021 are listed above the samples Sterols are abbreviated and end in -sterol, with the exception of delta-7-stigmastenol. Any value in red does not fit within these current CODEX ranges.

| Code | Brassica | Campe | Stigma | Clero | B-sito | Delta-5-avena | Delta-7-stigma | Delta-7-avena |
|---|---|---|---|---|---|---|---|---|
| *CODEX 2021 Stds* | *ND-0.5* | *4.0-8.3* | *0.3-2.0* | *1.0-2.0* | *79.0-93.4* | *2.0-8.0* | *ND-3.5* | *ND-1.5* |
| 1 | ND | 7.57 ± 0.00 | 2.64 ± 0.30 | 1.4 ± 0.0 | 78.92 ± 0.01 | 4.94 ± 0.1.0 | 3.38 ± 0.12 | 1.15 ± 0.09 |
| 2 | ND | 8.74 ± 0.16 | 2.61 ± 0.15 | 0.95 ± 0.02 | 75.1 ± 1.81 | 5.49 ± 0.38 | 5.79 ± 1.64 | 1.33 ± 0.10 |
| 3 | ND | 8.34 ± 0.01 | 3.74 ± 0.13 | 0.87 ± 0.03 | 75.96 ± 0.06 | 4.53 ± 0.1.0 | 4.85 ± 0.00 | 1.71 ± 0.14 |
| 4 | ND | 8.31 ± 0.05 | 1.73 ± 0.22 | 1.27 ± 0.14 | 81.42 ± 0.69 | 6.55 ± 0.18 | 0.37 ± 0.18 | 0.36 ± 0.03 |
| 5 | ND | 8.26 ± 0.29 | 1.74 ± 0.06 | 1.34 ± 0.16 | 80.81 ± 1.23 | 6.82 ± 0.34 | 0.58 ± 0.29 | 0.45 ± 0.09 |
| 6 | 2.10 ± 0.04 | 15.68 ± 0.14 | 2.05 ± 0.21 | 1.06 ± 0.08 | 72.77 ± 0.55 | 5.38 ± 0.41 | 0.65 ± 0.12 | 0.3 ± 0.06 |
| 7 | 2.33 ± 0.14 | 16.32 ± 0.48 | 2.09 ± 0.28 | 1.02 ± 0.33 | 69.39 ± 1.39 | 6.31 ± 0.38 | 1.7 ± 0.42 | 0.83 ± 0.32 |
| 8 | ND | 5.85 ± 0.04 | 0.56 ± 0.03 | 1.86 ± 0.25 | 89.62 ± 0.4 | 2.11 ± 0.08 | ND | ND |
| 9 | ND | 5.96 ± 0.14 | 0.61 ± 0.09 | 1.73 ± 0.09 | 89.6 ± 0.36 | 2.10 ± 0.04 | ND | ND |
| 10 | ND | 10.64 ± 0.18 | 3.0 ± 0.01 | 1.13 ± 0.16 | 77.41 ± 0.25 | 5.57 ± 0.31 | 1.56 ± 0.05 | 0.69 ± 0.01 |
| 11 | ND | 6.95 ± 0.05 | 0.47 ± 0.20 | 1.45 ± 0.13 | 85.73 ± 1.14 | 5.40 ± 1.12 | ND | ND |
| 12 | ND | 6.58 ± 0.01 | ND | 1.42 ± 0.04 | 87.07 ± 0.14 | 4.92 ± 0.09 | ND | ND |
| 13 | 2.07 ± 0.19 | 16.1 ± 0.26 | 1.94 ± 0.25 | 1.16 ± 0.06 | 70.52 ± 0.81 | 5.85 ± 0.03 | 1.63 ± 0.27 | 0.72 ± 0.28 |
| 14 | ND | 9.86 ± 0.07 | 2.49 ± 0.09 | 1.15 ± 0.04 | 79.48 ± 0.15 | 6.41 ± 0.02 | 0.33 ± 0.07 | 0.29 ± 0.00 |
| 15 | ND | 4.62 ± 0.04 | 1.73 ± 0.03 | 0.87 ± 0.04 | 83.72 ± 0.21 | 5.05 ± 0.14 | 2.63 ± 0.15 | 1.39 ± 0.20 |
| 16 | ND | 4.81 ± 0.05 | 1.81 ± 0.13 | 0.94 ± 0.06 | 82.49 ± 0.62 | 4.82 ± 0.13 | 3.96 ± 0.19 | 1.16 ± 0.32 |
| 17 | ND | 6.44 ± 0.01 | 3.46 ± 0.27 | 1.57 ± 0.51 | 79.61 ± 0.72 | 4.41 ± 0.08 | 3.36 ± 0.18 | 1.15 ± 0.14 |
| 18 | ND | 4.92 ± 0.04 | 2.57 ± 0.37 | 0.88 ± 0.20 | 82.42 ± 0.63 | 3.84 ± 0.15 | 4.28 ± 0.08 | 1.09 ± 0.34 |
| 19 | ND | 8.06 ± 0.08 | 1.67 ± 0.16 | 1.23 ± 0.08 | 83.05 ± 0.49 | 5.32 ± 0.30 | 0.38 ± 0.17 | 0.29 ± 0.03 |
| 20 | ND | 6.92 ± 0.05 | 0.68 ± 0.02 | 1.57 ± 0.12 | 84.12 ± 0.28 | 6.06 ± 0.25 | 0.33 ± 0.13 | 0.33 ± 0.06 |
| 21 | ND | 6.89 ± 0.10 | 0.69 ± 0.03 | 1.38 ± 0.04 | 84.52 ± 0.24 | 6.01 ± 0.31 | 0.21 ± 0.07 | 0.29 ± 0.02 |
| 22 | ND | 5.73 ± 0.02 | 1.28 ± 0.16 | 1.26 ± 0.24 | 83.46 ± 0.97 | 5.54 ± 0.51 | 1.98 ± 0.18 | 0.75 ± 0.26 |
| 23 | ND | 8.06 ± 0.09 | 3.83 ± 0.40 | 1.20 ± 0.35 | 75.05 ± 1.21 | 4.03 ± 0.20 | 5.99 ± 0.44 | 1.83 ± 0.43 |
| 24 | ND | 5.51 ± 0.01 | 3.56 ± 0.46 | 0.76 ± 0.14 | 78.99 ± 0.46 | 3.36 ± 0.24 | 6.34 ± 0.06 | 1.48 ± 0.17 |
| 25 | ND | 6.39 ± 0.04 | 2.09 ± 0.15 | 1.23 ± 0.22 | 80.62 ± 0.80 | 5.84 ± 0.35 | 2.87 ± 0.30 | 0.96 ± 0.18 |
| 26 | ND | 7.19 ± 0.04 | 3.41 ± 0.38 | 0.85 ± 0.04 | 75.55 ± 0.71 | 5.45 ± 1.36 | 5.62 ± 0.17 | 1.94 ± 0.52 |
| 27 | ND | 7.21 ± 0.40 | 3.12 ± 0.54 | 0.80 ± 0.08 | 76.52 ± 2.97 | 5.28 ± 0.89 | 5.34 ± 1.29 | 1.72 ± 0.56 |
| 28 | ND | 5.29 ± 0.03 | 2.93 ± 0.21 | 0.72 ± 0.13 | 81.98 ± 1.54 | 4.6 ± 0.24 | 3.27 ± 0.61 | 1.21 ± 0.32 |
| 29 | ND | 8.66 ± 0.05 | 6.33 ± 0.32 | 0.99 ± 0.31 | 66.58 ± 2.82 | 4.11 ± 0.27 | 9.69 ± 2.16 | 3.65 ± 0.96 |
| 30 | ND | 5.9 ± 0.03 | 1.70 ± 0.42 | 1.45 ± 0.13 | 82.29 ± 1.41 | 5.93 ± 0.38 | 1.94 ± 0.18 | 0.79 ± 0.33 |
| 31 | ND | 6.11 ± 0.05 | 0.46 ± 0.27 | 1.82 ± 0.13 | 85.39 ± 0.78 | 6.21 ± 0.33 | ND | ND |
| 32 | ND | 3.48 ± 0.05 | 1.74 ± 0.31 | 0.96 ± 0.12 | 87.44 ± 0.06 | 5.51 ± 0.27 | 0.58 ± 0.15 | 0.29 ± 0.03 |
| 33 | ND | 3.27 ± 0.07 | 1.40 ± 0.24 | 1.49 ± 0.20 | 87.11 ± 0.21 | 6.10 ± 0.22 | 0.37 ± 0.05 | 0.24 ± 0.08 |
| 34 | ND | 6.08 ± 0.02 | 0.33 ± 0.18 | 1.76 ± 0.01 | 83.89 ± 0.07 | 7.94 ± 0.07 | ND | ND |
| 35 | ND | 6.05 ± 0.01 | 0.60 ± 0.42 | 1.65 ± 0.04 | 84.29 ± 0.68 | 7.41 ± 0.22 | ND | ND |
| 36 | ND | 7.84 ± 0.07 | 0.76 ± 0.14 | 2.09 ± 0.25 | 83.89 ± 0.27 | 5.42 ± 0.06 | ND | ND |

### 3.1.3. Triacylglycerol analysis

Triacylglycerols, TAGs, can also be used to determine avocado oil purity. Fig. 1 shows two of the sample sets discussed in section 3.1.2 on the TAG/PCA plot that was previously developed in the Green and Wang (2023b). The first group of samples (1, 15, 17, 25, and 28) had an elevated C18:0, low C16:1, but a delta-7 stigmastenol content under the current 3.5% standard, but still was over our proposed upper limit of 2.5%. All of these samples are outside of the avocado oil cluster and are located in the bottom left quadrant along with the pure high oleic safflower and high oleic sunflower clusters, indicating that they are adulterated with high amounts of either of these two oils. This also further confirms that samples with high amounts of delta-7 stigmastenol are more likely to be adulterated with high oleic safflower and sunflower oils. The TAGs can also be useful when the purity of samples is unclear from fatty acids and sterols analysis, like in the cases of 20, 21, 30 and 34, these four ambiguous samples, which passed all purity parameters except a slightly elevated stearic fatty acid value show different results. Sample 34 is right on the edge of the 95% confidence ellipse in the avocado cluster, indicating that this sample is likely pure. Compared to the other three oils in this group, it had a higher palmitoleic content, which is more consistent with a pure avocado oil. Samples 20, 21, and 30 are further away and there is a higher chance they could be adulterated with a smaller amount high oleic sunflower or high oleic safflower oil. The avocado oil cluster used in this plot does have some limitations, it was created using samples from California and Mexico and does not include refined oils, however, samples 20, 21, and 30 were stated to originate from Mexico (Table 1). Other factors, such as oil quality and cost, that professional buyers can consider when choosing an oil are discussed below in sections 3.2 and 3.3, respectively.

### 3.2. Quality parameters

Although there has been significant progress in adopting a set of avocado oil standards, the primary focus of these efforts has been on oil purity to combat EMA, as this is the biggest risk to both consumer health and genuine producers in the industry. Oil quality has not been a priority for the industry or standard development agencies and work still needs to be done to differentiate what limits should be for refined avocado oil and extra virgin avocado oil. Therefore, this study used the extra virgin limits proposed in the Green and Wang (2022a) oil quality study, which were built off the work done by Woolf et al. (2009). Because that study did not analyze refined oils, those limits will be based off Woolf et al. (2009) and standards proposed by CODEX in 2019.

### 3.2.1. Free fatty acid analysis

Free fatty acids in the oil are an indicator of using poor quality fruit to make oil, which can happen on or off the tree for example, using overripe fruits (Green & Wang, 2022a), fruits with insect bites or improper handling/excessive heat in processing (Woolf et al., 2009). This can result in the fatty acids separating from the triacylglycerol, compound that makes up oil, and becoming "free" in the oil. The free fatty acid content is displayed in Fig. 2a. With Tables 4 and 5 summarizing the number of samples that passed purity and quality data. Proposed CODEX standards from 2019, as well as Woolf et al. (2009), suggested that refined avocado oil should have values that are less than 0.1%. Most refined oils in this study met this proposed standard, with only four of the 29 refined samples not passing and, only one of those four samples (number 22) was likely to be pure avocado oil. The extra virgin oils have a higher FFA than refined oils, which is expected since

H.S. Green and S.C. Wang

Food Control 152 (2023) 109837

**Table 4**

Summary of quality and purity parameters. Values highlighted in blue do not pass *extra virgin* avocado oil standards and those highlighted in red do not pass the *refined* oil standards. Refined oil standards are from the CODEX proposal; extra virgin oil standards FFA and PV are from Green et al. (2020) and delta K from the IOC (CODEX does not currently have EV proposed standards).

| Sample Code | Label descriptors | Product origin | FFA (% oleic acid) | PV (meq $O_2$/kg) | UV: Delta K ($\Delta K$) | Fatty acid profile | Sterols profiles |
|---|---|---|---|---|---|---|---|
| Refined Standards[a] | | | ≤0.1 | ≤2.0 | N/A | | |
| EV Standards[a] | | | ≤0.8 | ≤10.0 | ≤0.01 | | |
| 1 | Refined | Mexico | 0.19 ± 0.01 | 2.09 ± 0.14 | 0.04 ± 0.00 | Fail | Fail |
| 2 | Refined | Mexico | 0.25 ± 0.01 | 2.18 ± 0.28 | 0.05 ± 0.00 | Fail | Fail |
| 3 | Refined | Spain | 0.13 ± 0.00 | 3.97 ± 0.01 | 0.04 ± 0.00 | Fail | Fail |
| 4 | Refined | USA, Mexico | 0.07 ± 0.00 | 3.08 ± 0.15 | 0.07 ± 0.00 | Pass | Pass |
| 5 | Refined | USA, Mexico | 0.08 ± 0.00 | 3.47 ± 0.15 | 0.06 ± 0.00 | Pass | Pass |
| 6 | Refined | Mexico, South Africa, France | 0.09 ± 0.00 | 1.79 ± 0.00 | 0.06 ± 0.00 | Fail | Fail |
| 7 | Refined | Mexico, South Africa, France | 0.10 ± 0.01 | 1.09 ± 0.14 | 0.06 ± 0.00 | Fail | Fail |
| 8 | Refined & expeller pressed | France | 0.04 ± 0.00 | 1.00 ± 0.00 | 0.01 ± 0.01 | Pass | Pass |
| 9 | Refined & expeller pressed | France | 0.03 ± 0.00 | 1.09 ± 0.14 | 0.00 ± 0.00 | Pass | Pass |
| 10 | Refined & expeller pressed | Mexico | 0.09 ± 0.01 | 2.18 ± 0.02 | 0.05 ± 0.00 | Pass | Fail |
| 11 | Refined & expeller pressed | South Africa | 0.08 ± 0.00 | 6.05 ± 0.13 | 0.01 ± 0.00 | Pass | Pass |
| 12 | Refined & expeller pressed | South Africa | 0.09 ± 0.00 | 6.67 ± 0.17 | 0.01 ± 0.00 | Pass | Pass[b] |
| 13 | Refined & expeller pressed | Mexico | 0.10 ± 0.01 | 3.08 ± 0.16 | 0.05 ± 0.00 | Fail | Fail |
| 14 | Refined & expeller pressed | Mexico | 0.06 ± 0.00 | 3.17 ± 0.00 | 0.08 ± 0.00 | Fail | Fail |
| 15 | Refined & cold pressed | Spain | 0.13 ± 0.00 | 3.08 ± 0.43 | 0.05 ± 0.00 | Fail | Fail |
| 16 | Refined & cold pressed | Spain | 0.13 ± 0.00 | 4.28 ± 0.43 | 0.07 ± 0.02 | Fail | Fail |
| 17 | Refined & cold pressed | Mexico, Spain, USA | 0.11 ± 0.00 | 0.7 ± 0.14 | 0.05 ± 0.00 | Fail | Fail |
| 18 | Refined & cold pressed | Mexico, Spain, USA | 0.13 ± 0.01 | 1.79 ± 0.00 | 0.06 ± 0.00 | Fail | Fail |
| 19 | Unspecified | Mexico | 0.11 ± 0.01 | 1.78 ± 0.28 | 0.03 ± 0.00 | Pass | Pass |
| 20 | Unspecified | Mexico | 0.10 ± 0.01 | 4.58 ± 0.01 | 0.05 ± 0.00 | Fail | Pass |
| 21 | Unspecified | Mexico | 0.09 ± 0.01 | 4.27 ± 0.14 | 0.05 ± 0.00 | Fail | Pass |
| 22 | Unspecified | Mexico | 0.17 ± 0.01 | 2.08 ± 0.14 | 0.02 ± 0.00 | Pass | Pass |
| 23 | Unspecified | Mexico | 0.15 ± 0.01 | 2.29 ± 0.14 | 0.04 ± 0.00 | Fail | Fail |
| 24 | Unspecified | Mexico | 0.10 ± 0.00 | 0.79 ± 0.00 | 0.09 ± 0.00 | Fail | Fail |
| 25 | Unspecified | Mexico | 0.14 ± 0.00 | 4.28 ± 0.42 | 0.08 ± 0.00 | Fail | Pass |
| 26 | Cold pressed | Spain | 0.13 ± 0.00 | 1.49 ± 0.15 | 0.04 ± 0.00 | Fail | Fail |
| 27 | Cold pressed | Mexico, Spain, USA | 0.13 ± 0.00 | 1.19 ± 0.00 | 0.04 ± 0.00 | Fail | Fail |
| 28 | Cold pressed | Mexico, Spain, USA | 0.12 ± 0.00 | 2.78 ± 0.00 | 0.05 ± 0.00 | Fail | Fail |
| 29 | Cold pressed | Mexico, Spain, USA | 0.09 ± 0.00 | 0.8 ± 0.00 | 0.07 ± 0.00 | Fail | Fail |
| 30 | Virgin/Extra virgin | Mexico | 0.76 ± 0.01 | 5.28 ± 0.15 | 0.03 ± 0.00 | Fail | Pass |
| 31 | Extra Virgin | Mexico | 1.71 ± 0.00 | 3.28 ± 0.43 | 0.00 ± 0.00 | Pass | Pass |
| 32 | Extra virgin | Spain | 0.12 ± 0.00 | 3.57 ± 0.27 | 0.05 ± 0.00 | Fail | Fail |
| 33 | Extra virgin | Spain | 0.12 ± 0.00 | 3.98 ± 0.01 | 0.06 ± 0.00 | Fail | Fail |
| 34 | Virgin | Mexico | 0.73 ± 0.01 | 8.77 ± 0.01 | 0.01 ± 0.00 | Fail | Pass |
| 35 | Virgin | Mexico | 0.73 ± 0.01 | 8.66 ± 0.72 | 0.01 ± 0.00 | Pass | Pass |
| 36 | Extra virgin | Mexico | 1.39 ± 0.00 | 4.67 ± 0.70 | 0.01 ± 0.00 | Pass | Pass |

[a] Samples were considered passing if, when accounting for their standard deviation, they would fit into the proposed standards.

[b] This sample would fail if the current CODEX standards were accepted due to ND levels of stigmasterol, however, research has shown that pure oils often have ND levels of this sterol. Due to this being the only value out of range we believe it is pure, and thus was considered passing.

the refining process removes free fatty acids from the oil. Based on results from Green and Wang (2022a), it was recommended that the avocado oil extra virgin limit be raised to 0.8% from Woolf's original 0.5% limit. Using 0.8%, two extra virgin oils were outside the range, 31 and 36; however, these two oils were confidently confirmed as pure. The two extra virgin oils with the lowest FFA, 32 and 33, may look to be the best quality, however, they are not 100% avocado oil and failed both fatty acid and sterols profile purity analyses (Table 4). The low FFA indicates they are also possibly refined, which is discussed in the UV absorbance section 3.2.3.

*3.2.2. Peroxide value*

Peroxide value measures the oxidation in oil in the form of peroxides, which can be created via photooxidation, autooxidation, and thermal oxidation, and oxygen exposure over time, such as opening the bottle. Woolf et al. (2009) proposed 0.5 meq $O_2$/kg to be the upper limit for PV

for refined avocado oils and standards proposed by Mexico for CODEX in 2019 suggested a limit 2.0 meq $O_2$/kg for refined oils. The peroxide values are shown in Fig. 2b. Taking the more lenient limit of 2.0 meq $O_2$/kg, there were 15 refined oils that did not pass. Table 1 shows there was not a correlation with PV and the type of storage container used, as clear bottles can increase the chance of photooxidation. In addition, all these oils were analyzed well before their best by dates, however, excessive heat or light exposure during sample transportation and storage may have increased the rate of peroxide production. The refining process removes peroxides; therefore, virgin/extra virgin oils have higher PV limits. Our study from 2022 (Green & Wang, 2022a) demonstrated that a PV limit of 10.0 meq $O_2$/kg is appropriate and attainable for virgin/extra virgin avocado oils. Table 4 shows that all of the virgin/extra virgin samples met our proposed PV limit of less than or equal to 10.0 meq $O_2$/kg.

H.S. Green and S.C. Wang

Food Control 152 (2023) 109837



**Fig. 1.** PCA plot using triacylglycerols as variables, where each three-letter code represents a triacylglycerol and each letter represents a fatty acid (O for oleic, P for palmitic, L for linoleic, Ln for linolenic, and S for stearic). A select set of samples (1, 15, 17, 20, 21, 25, 28, 30, and 34) were overlayed on the PCA plot developed in Green et al. (2020) and Green and Wang (2023b) to determine their purity, which is assessed by their location on the PCA.



**Fig. 2.** (a) Free fatty acid (FFA) content reported as % oleic fatty acid. (b) Peroxide value (PV) expressed in meq $O_2$/kg. Samples were measured in duplicate and error bars show the standard deviation. Each sample is coded as a number and organized according to their label, either refined, unspecified, or virgin/extra virgin.

*H.S. Green and S.C. Wang*

*Food Control 152 (2023) 109837*

**Table 5**
Summary of total samples passing or failing standards. This table does not account for tocopherol data, as it is a minor component that is not an official quality or purity parameter.

|  | Number of samples | Samples met quality (FFA and PV) proposed standards[a] | Samples met purity (fatty acid and sterol profiles) proposed standards | Samples met both quality and purity proposed standards |
|---|---|---|---|---|
| Refined/Unspecified/ Ambiguous | 29 | 11 | 8 | 3 |
| Virgin/Extra Virgin | 7 | 2[b] | 3 | 1 |
| Total | 36 | 13 | 11 | 4 |

[a] It was assumed that any sample not explicitly labeled EV/V was refined.
[b] Samples 30, 32 and 33 were excluded as the UV data showed they contained refined oil and therefore not virgin/extra virgin.

### 3.2.3. UV absorbance

Another way to measure oil oxidation is through measuring the UV absorbances, measuring at a wavelength of 232 nm ($K_{232}$) detects peroxides, like the peroxide value, however, it can also detect a wider variety of primary oxidation products. Secondary oxidation products are measured at a wavelength 270 nm ($K_{270}$), which are often formed in high heat and thus tend to be higher for refined oils. The delta K value is a unitless number calculated through the comparison of other UV absorbances, which was developed to detect the presence of refined oil if the value is over 0.01 (Vossen, 2007). The specific extinction in UV data is shown in Fig. 3. All of the $K_{232}$ values are comparable across refined and virgin/virgin samples. However, there is a visible trend where samples with a low $K_{270}$, often also have a low delta K value. From this data, as expected from the FFA results, samples 32 and 33 are not virgin/extra virgin as they contained refined oil. However, these samples also had the highest price of the virgin/extra virgin oils at 0.83 cents/oz, which shows that a high price cannot be used as an indicator for good quality or purity. Interestingly, sample 36 was also 0.83 cents/oz however this sample is pure and unrefined (although its elevated FFA brings it below extra virgin quality). Sample 30 has values in between many of the refined and virgin/extra virgin samples and it is possible that it is a blend between the two and mislabeled as virgin/extra virgin. This sample also looked to be adulterated with a portion of high oleic safflower of high oleic sunflower oil (Fig. 1) the adulterant oil was likely refined and the source of the quality results.

These results also demonstrate the ambiguity and discrepancies in the current labeling of avocado oils. A cold pressed oil is one that is inherently unrefined, it is obtained mechanically without the use of excessive heat or solvent (Codex Alimentarius Commission, 2021b). These oils are expected to be of virgin/extra virgin quality. Table 1 shows there are two sets of samples labeled either refined & cold pressed (15–18), a contradictory label, or only cold pressed (26–29) but without a virgin/extra virgin quality label. Both sets of samples have a delta K values significantly over 0.01 and thus have likely undergone refining.

They were also light in color and had low FFA values compared to the virgin/extra virgin oils, which supports our interpretation of these oils being refined as the refining process removes free fatty acids and the natural green color of avocado oil.

There are currently no proposed avocado oil standards for the specific extinction values or delta K, however, they were included in this study due to their utility to detect presence of refined oil. All values can be determined at once with minimal sample preparation, oil dilution. It also eliminates the inherent user bias associated with performing the titration for peroxide value.

### 3.3. Minor components

Tocopherols are not currently used as a purity parameter; however, they help makeup the vitamin E content in oils, along with tocotrienols. The CODEX standards for tocopherols are in the newer stages of development and were analyzed here to help gain an understanding of what the tocopherol content looks like in market avocado oils. Tocopherols are often removed in the refining process and then added back in, so the profiles of the refined oils do not necessarily represent the tocopherols naturally present in avocado oil and these differences need to be specified in standards. The tocopherol content is shown graphically in Fig. 4 and listed in Table S2. All of the extra virgin oils except the two that were known to be refined oils had tocopherol profiles within the new proposed standards. Interestingly, the majority of the refined oils also had tocopherols that were within the limits, except for the samples that had "refined and cold-pressed" or "cold-pressed" on the label, all of which had higher amounts of alpha tocopherols than expected. The refining process still removes tocopherols even if the oil was cold pressed before refining. Thus, it is most likely that tocopherols were added in at higher concentrations after refining for these samples, rather than the processing impacting the tocopherol content. Although CODEX is considering to add tocopherol profiles to standards, it should be noted that although tocopherols can be used to gain more information about



**Fig. 3.** Values for the primary oxidation products ($K_{232}$) and secondary oxidation products ($K_{270}$) shown on the left axis and the refining indicator, ΔK on the right. Samples were measured in duplicate and error bars show the standard deviation. Each sample is coded as a number and organized according to their label, either refined, unspecified, or virgin/extra virgin.

H.S. Green and S.C. Wang

Food Control 152 (2023) 109837



**Fig. 4.** Samples were measured in triplicate and error bars show the standard deviation. Each sample is coded as a number and organized according to their label, either refined, unspecified, or virgin/extra virgin.

an oil, they are not reliable compounds to use to determine oil authenticity. Because they can be removed in refining and then added back in afterwards, this could allow for tocopherols to be spiked into the oil to make it appear as if it fits within the avocado oil standards, even if the oil is not authentic.

### 3.4. Information for professional buyers

Table 5 summarizes the results from this study, including the number of samples that passed purity and quality parameters. Although these numbers seem discouraging, as only three refined samples and one virgin/extra virgin sample passed both purity and quality standards, this study identified trends in adulterated samples so that professional buyers can use this information to make more educated choices on their suppliers, which are listed in Table 6. If there is a slightly elevated stearic acid value accompanied by a slightly elevated delta-7-stigmastenol and delta-7-avenasterol then adulteration with a seed oil, primarily sunflower or safflower oil is likely. Furthermore, most adulterant oils have low palmitoleic fatty acid content so if the previously

#### Table 6
Indicative fatty acids and sterols of common adulterants detected in avocado oil, HO = high oleic.

| | | Change in concentration | Potential adulterant (oil) |
|---|---|---|---|
| Key fatty acid | Palmitic acid (16:0) | Increase | HO safflower, HO sunflower, canola |
| | Palmitoleic acid (16:1) | Decrease | HO safflower, HO sunflower, soybean, canola |
| | Stearic acid (18:0) | Increase | HO safflower, HO sunflower, soybean |
| | Oleic acid (18:1) | Decrease | Soybean |
| | Linoleic acid (18:2) | Increase | Soybean, canola |
| | Linolenic acid (18:3) | Increase | Soybean, canola |
| Key sterols | Brassicasterol | Increase | Canola |
| | Campesterol | Increase | HO safflower, soybean, canola |
| | Stigmasterol | Increase | HO safflower, HO sunflower, soybean |
| | Beta-sitosterol | Decrease | HO safflower, HO sunflower, soybean, canola |
| | Delta-7-stigmastenol | Increase | HO safflower, HO sunflower, soybean |
| | Delta-7-avenasterol | Increase | HO safflower, HO sunflower, soybean |

mentioned trends are seen in addition to a palmitoleic content that is on the bottom end of the range, or just outside of standard range this can also be used as an adulteration indicator. If oleic acid content is high while the previous trends are seen then the adulteration is likely to be specifically with high oleic safflower or high oleic sunflower oil, rather than with canola or soybean oil. If there is an elevated brassicasterol value, then adulteration with canola oil is likely, especially when it is accompanied by a low palmitic acid. Also, generally, the greater the number of fatty acids and sterols that do not pass and the more significantly that each is out of range, the more likely that EMA is occurring.

In terms of ensuring oil quality, virgin/extra virgin oils should be green in color and have some mild flavors. Refined oils range from yellow to clear in color and are free of flavors. In addition, they should ensure that the label of the oil being advertised to them does not contain discrepancies and matches the product; an oil cannot be both refined (or expeller pressed) and cold pressed. A virgin/extra virgin oil should not have undergone refining and thus the color would be expected to be green instead of yellow to clear. Professional buyers should avoid products that have common sensory defects such as rancidity which are markers for oxidation and shorten shelf life. To ensure the oil is free of rancidity, it is advisable to test oil quality not only at the point of production but throughout the time before best-by date. An oil with high FFA tested after production will have shorter shelf life than an oil with low FFA as free fatty acids can accelerate oxidation.

Prices are a top concern for professional buyers, as it is for consumers, in addition to the product quality and safety. The average cost for the refined samples from this study was 0.53 cents/oz and of the samples that failed both fatty acids, sterols and were clearly adulterated according to the TAGs/PCA, the price averaged 0.40 cents/oz. The six cheapest refined samples, which were all under 0.40 cents/oz, were all in the set of samples that failed both fatty acids, sterols and TAGs/PCA. Thus, always trying to buy the lowest-cost oil increases risk of purchasing an adulterated product. However, even though low cost can indicate a higher probability for adulteration, high cost does not guarantee a pure sample of appropriate quality. Not only were samples 32 and 33 not virgin/extra virgin, as labeled, but they were also highly adulterated with refined oil that is cheaper than avocado oil. However, they were two of the most expensive samples in this study and of the virgin/extra virgin oils at 0.83 cents/oz compared to the 0.74 cents/oz average for the other virgin/extra virgin oils. This is a crucial finding, and it demonstrates to professional buyers that high cost does not ensure an unadulterated, high-quality product. The two most expensive refined samples (4 and 5) were determined to be pure, however they were oxidized. It is possible that, because the higher prices, these two samples have been in the warehouse or store shelf for some time and oxidation

H.S. Green and S.C. Wang

Food Control 152 (2023) 109837

started to take place. On the other hand, samples 8, 9, and 19 were all pure and of good quality while being fairly average in price at 0.53 cents/oz for samples 8 and 9 and 0.44 cents/oz for sample 19. This shows that good quality, pure avocado oils do exist and can be purchased by professional buyers at a reasonable cost while also having confidence in the product.

We use the word "cold press" in this article to be consistent with the labels on the bottles of the oil we analyzed, however, "cold press" is an obsolete term that the industry should stay away from. In modern avocado oil processing facilities, virgin/extra virgin oil is made through centrifugation instead of the traditional press, thus the word "cold press" misinforms consumers about the avocado oil extraction process. In addition, avocado oil is a perishable item, and it should be treated as such with a disclosed best-before date and harvest date (for virgin/extra virgin). Declaration of product grade (virgin/extra virgin, refined, or a mixture of both) and the product origin should be accurate and clear. Professional buyers can request these product details such as product origin, harvest and post-harvest protocols, extraction/refining methods from a potential supplier as well as a Certificate of Analysis, ideally performed by an independent, third-party laboratory that includes purity and quality parameters outlined in this study. They can then compare the values to current standards (or proposed standards) and use the guide in Table 6 to make an educated decision on sample purity.

## 4. Conclusions

This study demonstrates that although progress is being made in standard development since our first market study in 2020, there are still issues with purity in avocado oil and these issues extend significantly into private label oils. Out of 29 refined samples, three met both quality and purity standards and eight met current proposed purity standards (Table 5). Out of seven virgin/extra virgin samples, one met both quality and purity standards and three met current proposed purity standards. Although improvements need to be made, there are samples available that are pure, good quality, and available at a reasonable price. The best way to determine if an avocado oil is pure and of good quality is not with one specific method, but a combination of testing approaches including fatty acid profile, sterols profile, and the possible addition of TAGs for oil purity and using FFA and PV, with the potential of PV being replaced by UV, for oil quality. More research and coordinated efforts between industry, government agencies, and researchers are needed to establish enforceable standard so consumers can have confidence in the avocado oil products they purchase, and honest producers can make a living by competing in a fair market. With the popularity of avocado oil and the increasing number of private label brands, this work provides practical information to help professional buyers make educated decisions on what products to purchase to ensure that they are selling pure oils of appropriate quality.

## CRediT authorship contribution statement

**Hilary S. Green:** Methodology, Software, Validation, Formal analysis, Data curation, Investigation, Writing – original draft, Writing – review & editing, Visualization, Funding acquisition. **Selina C. Wang:** Conceptualization, Methodology, Investigation, Resources, Supervision, Writing – review & editing, Project administration, Funding acquisition.

## Declaration of competing interest

The authors declare the following financial interests/personal relationships which may be considered as potential competing interests:

## Data availability

Data will be made available on request.

## Acknowledgments

H.G. is thankful for the ARCS Fellowship and Berta Fellowship to support her work on this by providing graduate student researcher stipend. H.G. and S.C.W. thanked Lauren Crawford, Carolyn Green, Bob Green, Jordan Beaver, Michelle Cuervorst, Barbra Nelson, Mike Twarog, Sophie Jacobs, Eli Green and Janet Tantillo who helped with the sample collection.

## Appendix A. Supplementary data

Supplementary data to this article can be found online at https://doi.org/10.1016/j.foodcont.2023.109837.

## References

Official methods and recommended practices of the American oil chemists' society (5th ed). (1998). Champaign: American Oil Chemists' Society.

Berasategi, I., Barriuso, B., Ansorena, D., & Astiasarán, I. (2012). Stability of avocado oil during heating: Comparative study to olive oil. *Food Chemistry, 132*(1), 439–446. https://doi.org/10.1016/j.foodchem.2011.11.018

Codex Alimentarius Commission. (2021a). *Report of the 27th Session of the Codex committee on fats and oils. Proposed draft revision to the Standard for Named Vegetable Oils (CXS 210-1999) –Inclusion of avocado oil, for adoption at Step 5 by CAC45.* REP22/FO, October 2021 (pp. 46–82).

Codex Alimentarius Commission. (2021b). *Standard for named vegetable oils (CXS 210-1999).*

Ehmke, M. D., Bonanno, A., Boys, K., & Smith, T. G. (2019). Food fraud: Economic insights into the dark side of incentives. *The Australian Journal of Agricultural and Resource Economics, 63*(4), 685–700. https://doi.org/10.1111/1467-8489.12346

Gimeno, E., Castellote, A. I., Lamuela-Raventós, R. M., de la Torre, M. C., & López-Sabater, M. C. (2000). Rapid determination of vitamin E in vegetable oils by reversed-phase high-performance liquid chromatography. *Journal of Chromatography A, 881*, 251–254.

Green, H. S., Li, X., De Pra, M., Lovejoy, K., Steiner, F., Acworth, I. N., & Wang, S. C. (2020). A rapid detection approach for extra virgin olive oil adulteration using UHPLC-CAD profiling of triacylglycerols and PCA. *Food Control, 107*, Article 106773. https://doi.org/10.1016/j.foodcont.2019.106773

Green, H. G., & Wang, S. C. (2020). First report on quality and purity evaluations of avocado oil sold in the US. *Food Control, 116.* https://doi.org/10.1016/j.foodcont.2020.107328

Green, H. S., & Wang, S. C. (2022a). Extra virgin grade avocado oil can be achieved using whole fruits or only mesocarp. *Applied Food Research, 2*(2). https://doi.org/10.1016/j.afres.2022.100190

Green, H. S., & Wang, S. C. (2022b). Cis-vaccenic acid: New marker to detect seed oil adulteration in Avocado Oil. *Food Chemistry Advances, 1.* https://doi.org/10.1016/j.focha.2022.100107

Green, H. S., & Wang, S. C. (2023a). Evaluation of proposed Codex purity standards for avocado oil. *Food Control, 143.* https://doi.org/10.1016/j.foodcont.2022.109277

Green, H. S., & Wang, S. C. (2023b). Tandem triacylglycerol (TAG) and PCA adulteration detection approach for avocado oil. *Food Analytical Methods.* https://doi.org/10.1007/s12161-023-02468-7Some of the samples from the manuscript presented above were also used as unknowns to test the TAG method in Green. 2023; (the sample numbers do not correlate between the two studies).

Madawala, S. R. P., Kochhatri, S. P., & Duttaa, P. C. (2012). Lipid components and oxidative status of selected specialty oils. *Grasas Y Aceites, 63*(2), 143–151. https://doi.org/10.3989/gya.083811

Mathison, B., & Holstege, D. (2013). A rapid method to determine sterol, erythrodiol, and Uvaol concentrations in olive oil. *Journal of Agricultural and Food Chemistry, 61*(19), 4506–4513. https://doi.org/10.1021/jf400254k

Ozdemir, F., & Topuz, A. (2004). Changes in dry matter, oil content and fatty acids composition of avocado during harvesting time and post-harvesting ripening period. *Food Chemistry, 86*(1), 79–83. https://doi.org/10.1016/j.foodchem.2003.08.012

Tan, C. X., Tan, S. S., & Tan, S. T. (2017). Influence of geographical origins on the physicochemical properties of avocado oil. *JAOCS. Journal of the American Oil Chemists' Society, 94*(12), 1431–1437. https://doi.org/10.1007/s11746-017-3042-7

Vossen, P. (2007). *International Olive Council (IOC) COI/T.15/NC No 3/Rev. 14. Trade standard applying to olive oils and olive pomace oils* (Madrid, Spain).

Woolf, A., Wong, M., Eyres, L., McGhie, T., Lund, C., Olsson, S., … Requejo-Jackman, C. (2009). *Avocado oil. Gourmet and health-promoting specialty oils.* https://doi.org/10.1016/B978-1-893997-97-4.50008-5

# EXHIBIT 4

**SMITH KRIVOSHEY, PC**
Yeremey O. Krivoshey (State Bar No. 295032)
Brittany S. Scott (State Bar No. 327132)
~~166~~28 Geary Street, Ste. ~~1500-1507~~650 No. 1507
Telephone: (415) 839-7000
Facsimile: (888) 410-0415
Email: yeremey@skclassactions.com
       brittany@skclassactions.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAIR AWAD and KEVIN SMITH, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TRADER JOE'S COMPANY, <br><br> Defendant. | CASE NO.: 3:24-cv-06834-JD <br><br> ~~FIRST~~**SECOND** **AMENDED CLASS ACTION COMPLAINT** <br><br> 1. Violation of California False Advertising Law <br> 2. Violation of California Unfair Competition Law <br> 3. Violation of California Consumers Legal Remedies Act <br> 4. Breach of Express Warranty (Cal. Com. Code § 2313) <br> 5. Breach of Implied Warranty (Cal. Com. Code § 2314) <br> 6. Intentional Misrepresentation <br> 7. Violation of New York General Business Law § 349 <br> 8. Violation of New York General Business Law § 350 <br><br> **DEMAND FOR JURY TRIAL** |

Plaintiffs Clair Awad and Plaintiff Kevin Smith ("Plaintiffs"), on behalf of themselves and all others similarly situated, bring this class action against Defendant Trader Joe's Company ("Trader Joe's" or "Defendant"), based on Trader Joe's' false and deceptive advertising and labeling of its Avocado Oil Products. Plaintiffs make the following allegations based on the investigation of their counsel, and on information and belief, except as to allegations pertaining to Plaintiffs individually, which are based on personal knowledge.

## INTRODUCTION

1.      During the statute of limitations period, Trader Joe's has marketed, labeled, advertised, and sold its Avocado Oil (the "Class Products") to consumers with packaging that has prominently represented that it is avocado oil.

2.      The packaging of the Class Products unequivocally states that the oil is "Avocado Oil" (the "*Avocado Oil Representation*").

3.      Reasonable consumers believe, based on the *Avocado Oil Representation*, that the Class Products are only avocado oil and do not contain any other oils. However, unbeknownst to consumers, the Class Products are adulterated with other oils.

4.      Laboratory testing commissioned by Plaintiffs' counsel, which was further analyzed by Dr. John W. Finley, confirmed that the Class Products are not only avocado oil and are adulterated with other oils.

5.      4.  Plaintiffs seek relief in this action individually, and on behalf of all other similarly situated individuals who purchased the falsely and deceptively labeled Class Products during the statute of limitations period, for violations of California's False Advertising Law, Cal. Bus. & Prof. Code § 17500, *et seq.*, California's Unfair Competition Law, Cal. Bus. & Prof. Code § 17200, *et seq.*, California's Consumers Legal Remedies Act, Cal. Civ. Code § 1750, *et seq.*, New York's Consumer Protection Act (N.Y. Gen. Bus. Law §3490, and New York's False Advertising Law (N.Y. Gen. Bus. Law § 350), breach of express and implied warranty (Cal. Com. Code §§ 2313-2314), and intentional misrepresentation (*i.e.*, common law fraud).

## JURISDICTION AND VENUE

6.    5. This Court has jurisdiction over this action pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1332(d)(2). The matter in controversy, exclusive of interest and costs, exceeds the sum or value of $5,000,000, and there is diversity of citizenship between some members of the proposed Classes and Trader Joe's.

7.    6. This Court has personal jurisdiction over Trader Joe's because its principal place of business is in Monrovia, California, and it conducts substantial business within California, including the promotion, marketing, and sale of the Class Products in this State (including in this District) to render the exercise of jurisdiction by this Court permissible under traditional notions of fair play and substantial justice.

8.    7. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claim occurred in this District. Specifically, Plaintiff Smith purchased the Class Product in this District.

## PLAINTIFFS

9.    8. Plaintiff Kevin Smith is a citizen and resident of the United States and the State of California. He currently resides in Oakland, California.

10.    9. In September 2024, Plaintiff Smith purchased a bottle of Trader Joe's' Avocado Oil at Trader Joe's in Oakland, California. Plaintiff Smith saw and relied on the *Avocado Oil Representation* in making his purchase. Plaintiff Smith reasonably believed, based on the *Avocado Oil Representation*, that he was purchasing a product containing only avocado oil, and this belief was a fundamental part of his decision to purchase the Class Product. Had Plaintiff Smith known that the Class Product was adulterated avocado oil, he would not have purchased it, or he would have paid less for it. Thus, Plaintiff Smith has suffered injury in fact and lost money as a result of Trader Joe's' misleading, false, unfair, and deceptive practices, as alleged herein.

11.    10. Plaintiff Smith will be unable to rely on the Class Products' *Avocado Oil Representation* in the future as he will be unable to determine the true contents absent scientific testing, and so will be unable to purchase the Class Products in the future, although he would like

to. However, Plaintiff Smith remains interested in purchasing avocado oil products that contain only avocado oil, intends on purchasing them in the future, and would consider purchasing Defendant's Class Products in the future if Defendant ensured that the *Avocado Oil Representation* was accurate and truthful.

12.    ~~11.~~ Plaintiff Clair Awad is a citizen and resident of the United States and the State of New York. She currently resides in Bellmore, New York.

13.    ~~12.~~ In late summer of 2024, Plaintiff Awad purchased a bottle of Trader Joe's Avocado Oil at Trader Joe's near her home in New York. Plaintiff Awad saw and relied on the *Avocado Oil Representation* in making her purchase. Plaintiff Awad reasonably believed, based on the *Avocado Oil Representation*, that she was purchasing a product containing only avocado oil, and this belief was a fundamental part of her decision to purchase the Class Product. Had Plaintiff Awad known that the Class Product was adulterated avocado oil, she would not have purchased it, or she would have paid less for it. Thus, Plaintiff Awad has suffered injury in fact and lost money as a result of Trader Joe's' misleading, false, unfair, and deceptive practices, as alleged herein.

14.    ~~13.~~ Plaintiff Awad will be unable to rely on the Class Products' *Avocado Oil Representation* in the future as she will be unable to determine the true contents absent scientific testing, and so will be unable to purchase the Class Products in the future, although she would like to. However, Plaintiff Awad remains interested in purchasing avocado oil products that contain only avocado oil, intends on purchasing them in the future, and would consider purchasing Defendant's Class Products in the future if Defendant ensured that the *Avocado Oil Representation* was accurate and truthful.

15.    ~~14.~~ As a result of Trader Joe's' unlawful business practices, and the harm caused to Plaintiffs and Class members, Trader Joe's should be required to pay for all damages and/or restitution. Monetary compensation alone is insufficient to remedy the ongoing harm that is being caused to Plaintiffs, and Class members, who are unaware of Trader Joe's' deceptive conduct and will continue purchasing the Class Products, reasonably but incorrectly believing that they are

purchasing only avocado oil. As such, injunctive relief requiring Trader Joe's to cease its false and deceptive labeling practices with respect to the Class Products is necessary and appropriate.

## **DEFENDANT**

16. ~~15.~~ Trader Joe's is a California corporation with its headquarters and principal place of business in Monrovia, California. Trader Joe's is a privately held "national chain of neighborhood grocery stores" in the United States.[1] Trader Joe's is well-known for selling products under its own private labels, prioritizing "buy[ing] direct from suppliers" and selling the products "in the Trader Joe's label."[2] Indeed, Trader Joe's maintains that they "buy products [they] think are winners[,]" and that "[e]ach product passes certain criteria in order to earn its way onto our shelves – including a rigorous tasting panel."[3] Trader Joe's knows that consumers care about, and rely on, the claims that it makes about the ingredients in its products. Specifically, Trader Joe's has addressed customer concerns about adulteration of olive oils in its online FAQ:

> "**How do you know your olive oil is really olive oil (and not adulterated with other vegetable oils)?** Our olive oils are just that: olive oils. In addition to the various tests and certificates our suppliers provide, we also have our olive oils tested by independent third-party labs. Please be assured, what it says on the label is what's in the bottle."[4]

17. ~~16.~~ As of August ~~2019~~, ~~2024~~2025, Trader Joe's operates ~~202~~205 stores in California.[5]

18. ~~17.~~ Trader Joe's has labeled, advertised, distributed, and sold the Class Products for sale at its locations in California during the statute of limitations period under its private label brand.

---

[1] https://www.traderjoes.com/home/about-us

[2] *Id*.

[3] https://www.traderjoes.com/home/FAQ/general-faqs

[4] https://www.traderjoes.com/home/FAQ/product-faqs

[5] https://www.scrapehero.com/location-reports/Trader%20Joes-USA/

19.    ~~18.~~ On information and belief, Trader Joe's maintains no corporate offices outside of California. Thus, all of the unlawful conduct alleged herein—including, *inter alia*, the marketing, packaging, and advertising of the Class Products, and the decision making as to sourcing for the Class Products—emanated from California.

20.    ~~19.~~ Based on these facts, extraterritorial application of California laws to the Class is appropriate. *See*, *e.g.*, *Wershba v. Apple Computer, Inc.*, 110 Cal. Rptr. 2d 145, 159 (2001) (certifying nationwide class based on violation of Cal. Bus. & Prof. Code § 17500 because the defendant was a "California corporation" and the brochures containing the purported misrepresentations "were prepared in and distributed from California."); *In re iPhone 4S Consumer Litig.*, No. 12-cv-1127-CW, 2013 WL 3829653, *7 (N.D. Cal. July 23, 2013) (holding California consumer protection law applied to non-residents where wrongful conduct originated from California); *Wang v. OCZ Tech. Grp., Inc.*, 276 F.R.D. 618, 630 (N.D. Cal. 2011) (holding that California law could apply to a nationwide class because "[t]he facts alleged are that the misleading marketing, advertising, and product information are 'conceived, reviewed, approved, or otherwise controlled from [the defendant's] headquarters in California.'").

21.    ~~20.~~ Alternatively, the Court can and should address choice-of-law issues at the class certification stage. *See*, *e.g.*, *Donohue v. Apple, Inc.*, 871 F.Supp.2d 913, 922 (N.D. Cal. 2012) (issues regarding the assertion of nationwide class claims "boil down to questions of whether common issues predominate and whether plaintiff can adequately represent absent class members, issues that are better resolved at the class certification stage.").

## FACTUAL ALLEGATIONS

A.    **The *Avocado Oil Representation* is False and Deceptive**

22.    ~~21.~~ The Class Products consist of Trader Joe's brand Avocado Oil. The Class Products are generally sold in 16.9 fluid ounce bottles. The *Avocado Oil Representation* is prominently displayed on the front label in the same manner on all Class Products, as depicted in the following representative images:

23. ~~22.~~ As can be seen from the above images, the *Avocado Oil Representation* conveys the unequivocal message that the Class Products are "Avocado Oil," meaning that the bottle contains only avocado oil.

24. ~~23.~~ Moreover, the front label depicts an avocado cut open, adding to the effect of the representation.

25. ~~24.~~ This message is further reinforced by the ingredient list on the Class Products' back label, which lists "avocado oil" as the only ingredient.

26. ~~25.~~ Trader Joe's does not disclose anywhere that the Class Products are adulterated with other oils. Thus, consumers reasonably believe the Class Products, as represented in the *Avocado Oil Representation*, contain only avocado oil.

**B.    The Avocado Oil Representation is Material**

27. ~~26.~~ The *Avocado Oil Representation* is material—i.e., it is important to consumers with respect to their decision to purchase the Class Products.

28. ~~27.~~ Avocado oil is well-known to be one of the healthiest ~~cooking~~food oils. For example, studies have indicated that compounds in avocado oil may help protect the liver, lower blood pressure, LDL cholesterol, as well as reduce osteoarthritis-related joint pain, post-meal blood sugar, and total cholesterol levels.[6] It is also high in monounsaturated fat, which is considered more heart healthy than saturated fat while being slightly more stable than the polyunsaturated fats typically found in vegetable oils.[7] Avocado oil is also a high demand ~~cooking~~food oil because it has the highest smoke point of all plant-based ~~cooking~~food oils, and is thus more desirable for high-heat applications.[8] Each of these qualities, among others, motivate

---

[6] ~~https://www.healthline.com/nutrition/9-avocado-oil-benefits#TOC_TITLE_HDR_4~~https://www.healthline.com/nutrition/9-avocado-oil-benefits (last visited on February 20, 2024).

[7] https://www.masterclass.com/articles/what-is-avocado-oil-a-guide-to-cooking-with-avocado-oil (last visited on February 20, 2024).

[8] *Id.*

consumers to pay a premium price for avocado oil as compared to other ~~cooking~~food oils like canola, peanut, safflower, soybean, sunflower, and others.

29.    ~~28.~~ Regardless of whether consumers believe avocado oil is superior to other oils or possesses the aforementioned qualities, the issue of whether the Avocado oil is adulterated with other oils is material to reasonable consumers. Consumers of the Class Products reasonably expect to know what type of oil they are consuming.

30.    ~~29.~~ Consumers purchased, and continue to purchase, the Class Products in part because the *Avocado Oil Representation* conveys the unequivocal message that it contains only avocado oil. Plaintiffs and Class members would have paid less for the Class Products, or would not have purchased them at all, if not for the *Avocado Oil Representation*. Therefore, Plaintiffs and Class members have suffered a financial injury in the form of paying a price premium that the Class Products command in the market as a result of Trader Joe's' representations that the Class Products are only avocado oil.

**C.    Background on Fatty Acids and Standards of Identity**

~~30. Fatty acids are lipids that are present in oils and fats, including cooking oils like avocado, canola, safflower, and sunflower oils.~~

31.    Food oils such as avocado, canola, safflower, and sunflower oils are composed of molecules of fatty acids bound to a glycerin molecule. Food lipids have 3 fatty acids per glycerin molecule with an ester linkage ("triglyceride").

32.    Fatty acids are molecules that contain a carboxylic acid group (CO2H) bound to a chain of hydrocarbons (CH2). Fatty acids are classified by the number of carbon atoms in these chains.[9]

33.    Most naturally occurring fatty acids contain a straight (unbranched) chain of hydrocarbons and contain an even number of carbon atoms, between 4 and 28.[10] Each fatty acid

[9] A.H. Lichtenstein, *Encyclopedia of Human Nutrition (Fourth Edition)*, 291-300 (2023) (available at www.sciencedirect.com/science/article/abs/pii/B9780128218488000135).
[10] *Id.*; Goldberg & Rokem, *Encyclopedia of Microbiology (Third Edition)*, 421-442 (2009) (available at www.sciencedirect.com/science/article/abs/pii/B9780123739445001565).

can be described using a lipid number, which notes the number of hydrocarbons in the chain, as well as the number of carbon-carbon double bonds.[11] For example, a fatty acid may be described as 18:0, indicating that the fatty acid contains 18 hydrocarbon molecules in its chain, and zero carbon-carbon double bonds.[12]

34.    Each of these fatty acids has a specific chemical name. For example, the fatty acid described above, C18:0, is also called Stearic acid.

35.    ~~31.~~ Fatty acids are the chemical building blocks of fats. Each type of ~~cooking~~food oil contains certain proportions of the various fatty acids. These proportions are expressed in the form of ranges, effectively creating a "fingerprint" identity of reference ranges unique to the oil.

36.    ~~32.~~ While samples of the same type of oil may have different precise proportions of a given fatty acid, and samples of different types of oils may have the same proportion of a given fatty acid, the "fingerprint" contains reference ranges for all fatty acids and provides a standard within which **all authentic samples of a specific oil** will fit.

37.    ~~33.~~ This unique "fingerprint" is codified by the Food and Agriculture Organization of the United Nations ("FAO") in the Codex Alimentarius[~~9~~13] ("Codex"), which is a collection of internationally recognized standards, codes, and guidelines related to food production, labeling, and safety. In addition to providing standards and guidelines for industry, Codex codifies the "fingerprints" of various fatty acid profiles which is used as the standard of identity for the corresponding oil.

38.    ~~34.~~ From the FAO webpage: "The Codex Alimentarius is a collection of internationally adopted food standards and related texts presented in a uniform manner. These food standards and related texts aim at protecting consumers' health and ensuring fair practices in the food trade. The publication of the Codex Alimentarius is intended to guide and promote the

---

[11] Nurhan Turgut Dunford, *Lipid Glossary*, Oklahoma State University Extension (2015) (available at extension.okstate.edu/fact-sheets/lipid-glossary.html).

[12] *Id*

[~~9~~13] Literally, "Food Code" in Latin.

elaboration and establishment of definitions and requirements for foods to assist in their harmonization and in doing so to facilitate international trade."[~~10~~14]

39. ~~35.~~ Standards for foods are proposed, evaluated, and adopted at meetings of the Codex Alimentarius Commission ("CAC"). The CAC is made up of 189 members representing 188 countries and the European Union. The working committee of the CAC tasked with developing the standards for Avocado Oil was chaired by Mexico and co-chaired by the United States of America.[~~11~~15]

40. ~~36.~~ The working committee's purpose was to "define a 100% authentic and or pure avocado oil, while promoting an inclusive proposal that considers the characteristics of avocado oil produced in the various regions of the world." The working group aimed to address "the problem of adulteration that is intended to be avoided as much as possible."[~~12~~16]

41. ~~37.~~ The standards developed by the CAC are used to ensure that consumers receive "a safe, wholesome food product free from adulteration, correctly labelled and presented."[~~13~~17]

42. ~~38.~~ The 47th Session of the Codex Alimentarius Commission ("CAC47") was held in Geneva, Switzerland from November 25 through November 30, 2024. During CAC47, the CAC evaluated and voted to adopt a standard of identity for avocado oil. This standard was unanimously adopted at the close of CAC47, on November 30, 2024, and incorporated into Codex.

43. ~~39.~~ CAC47 specifically undertook the task of establishing and adopting a standard for avocado oil because "recent growth in demand for healthier food products globally has seen a high value market develop for avocado oil. International agreement on the criteria included in the

---

[~~10~~14] Codex Alimentarius, *About Codex Alimentarius*, FAO/WHO, https://www.fao.org/fao-who-codexalimentarius/about-codex/en/ (last visited on Feb. 26, 2025).

[~~11~~15] https://www.fao.org/fao-who-codexalimentarius/sh-proxy/en/?lnk=1&url=https%253A%252F%252Fworkspace.fao.org%252Fsites%252Fcodex%252FMeetings%252FCX-709-28%252FWorking%2BDocuments%252Ffo28_04e.pdf

[~~12~~16] *Id.*

[~~13~~17] *Id.*

standard will help protect consumer health, facilitate trade, and provide a basis for determining the authenticity of the product."[1418]

**D.    The Class Products are Not Only Avocado Oil**

44.    Quantification and analysis of fatty acid composition has been used to identify oils and fats for at least a century.[19]

45.    The gold standard methodology, since at least the 1960s, is gas-liquid chromatography, which is used to separate the fatty acid components so that they can be quantified and analyzed.[20] Analysis of food lipids is typically conducted by converting the fatty acid portion of the molecules to volatile esters which are analyzed by gas chromatography.

46.    40. In August 2024, Plaintiff's counsel commissioned independent laboratory testing of multiple samples of the Class Products. The testing was conducted by Twin Arbor Analytical in San Luis Obispo, California. True and correct copies of the test results are attached to the Declaration of Dr. John W. Finley ("Finley Decl.") as **Exhibits A** and **B**.

47.    41. The third-party laboratory analyzed the fatty acid profiles of multiple samples of the Class Products using gas-liquid chromatography. The fatty acid profiles were then compared to fatty acid "fingerprints" of avocado oil.

48.    The third-party laboratory concluded, based on these results, that the fatty acid profile for the Class Products does not conform to the Codex standard for avocado oil.[21]

---

[1418] FAO, *FAO-WHO Codex Alimentarius Commission adopts new standards*, FAO Newsroom, https://www.fao.org/newsroom/detail/fao-who-codex-alimentarius-commission-adopts-new-standards-47session/en (last visited on Feb. 26, 2025).

[19] George S. Jamison & Walter F. Baughman, *The Chemical Composition of California Olive Oil*, 2 J. Oil and Fat Indus. 2 (Apr. 1925).

[20] N.W.R. Daniels & J. Wendy Richmond, *Gas Liquid Chromatography of Conjugated Fatty Acids*, 187 Nature 55 (July 1960); Katharine J. Hivon, et. al., *Preparation and analysis of some food fats and oils for fatty acid content by gas-liquid chromatography*, 41 J. Am. Oil Chemists' Society 362 (June 1964).

[21] The "CODEX '21 std." relied upon by Plaintiffs' third-party laboratory is identical to the standard adopted by CAC47 and incorporated into the latest Codex.

49.     Plaintiff's counsel retained the services of Dr. John W. Finley, an experienced food scientist who has worked in the field of food oils and fatty acid analysis for decades.[22]

50.     Dr. Finley is a member of the American Chemical Society and previously was a member of the American Oil Chemists Society, American Institute of Nutrition, Association of Official Analytical Chemists, and the Institute of Food Technologists. He also served as an associate editor of the Journal of Agricultural and Food Chemistry from 1999 to 2017.[23]

51.     Dr. Finley served as the head of the Department of Food Science at Louisiana State University ("LSU"), where his laboratory worked on food oils, among other things.[24]

52.     Dr. Finley has substantial experience working in the food oils industry, and accordingly, he is familiar with Codex and able to interpret fatty acid "fingerprints" in the context of the Codex standards. He describes Codex as "a global reference used by governments, the food industry, trade operators, and consumers."[25]

53.     Dr. Finley compared the Codex "fingerprint" for avocado oil with the fatty acid profiles of the samples tested by Plaintiff's counsel's independent laboratory.[26]

54.     42.  ThisDr. Finley interpreted the laboratory testing revealedresults, and determined that the fatty acid profile of the Class Products does not match the "fingerprint" corresponding to avocado oil.[27]

55.     Specifically, Dr. Finley noted that both samples tested contained levels of Palmitic (C16:0) acid, Stearic (C18:0) acid, and Behenic (C22:0) acid that fell outside of the Codex ranges for avocado oil.[28]

[22] Finley Decl., Ex. C.

[23] Finley Decl. ¶ 5.

[24] *Id*. ¶ 6.

[25] *Id* ¶ 11.

[26] *Id*. ¶ 15.

[27] *Id*. ¶¶ 18-19, Conclusion.

[28] *Id*.

56.     Accordingly, Dr. Finley concluded that the laboratory testing revealed that the Class Products are not only avocado oil, contrary to the *Avocado Oil Representation*.[29]

**E.      Recent Reporting Further Confirms that the Class Products are Adulterated**

57.     43. A group of scientists at the University of California at Davis ("UC Davis") recently conducted a study testing the content of a variety of avocado oils sold in retail stores.

58.     44. On August 27, 2024, The Washington Post, relying on the UC Davis study, reported that "adulteration is rampant in the avocado oil industry, and many people are being misled by some of the nation's largest retail chains."[15][30]

59.     45. The article discussed, in detail, the findings of the UC Davis study. The UC Davis study was published in *Food Control*, an official peer reviewed scientific journal of the European Federation of Food Science and Technology and the Internation Union of Food Science and Technology.[16][31],[17][32]

60.     46. The UC Davis researchers found that nearly two-thirds of the 36 bottles they tested were adulterated.[18][33]

61.     47. The UC Davis testing reported in the *Washington Post* article revealed that many oils labeled and sold as avocado oil actually contained low value oils such as sunflower, safflower, canola, and soybean oils, among "other oils that could not be identified[,]" since "[t]hese oils look similar to refined avocado oil but are cheaper to make."[19][34]

---

[29] *Id*., Conclusion.

[15][30] Anahad O'Connor and Aaron Steckleberg, *Why your avocado oil may be fake and contain other cheap oils*, The Washington Post, https://www.washingtonpost.com/wellness/2024/08/27/avocado-oil-adulteration-tests/ (last visited Aug. 30, 2024).

[16][31] Hilary S. Green and Selina C. Wang, *First report on quality and purity evaluations of avocado oil sold in the US*, 116 Food Control 107328 (Oct. 2020).

[17][32] Hilary S. Green and Selina C. Wang, *Purity and quality of private labelled avocado oil*, 152 Food Control 109837 (Oct. 2023).

[18][33] *Id*.

[19][34] *Id*.

62. 48. The authors of the article requested comment from the U.S. Food and Drug Administration ("FDA") in response to their findings. The FDA responded that "high value oils" such as avocado oil "are potential targets for economically motivated adulteration." "Economically motivated adulteration" (also known as "food fraud") occurs when someone "adds a substance to a food to make it appear better or of greater value," like "when manufacturers add a cheaper [oil] to an expensive [oil]" but sell the product as only the expensive oil.[2035]

63. 49. While the UC Davis study (as originally published) did not reveal the brands and companies associated with the problematic oils, the researchers *did* provide this information to The Washington Post for inclusion in the August 27, 2024 article discussing the study. Among other tainted products from various brands, the study found that the Trader Joe's Class Products are adulterated with "high oleic sunflower or safflower oil[.]"[2136]

## CLASS ACTION ALLEGATIONS

64. 50. Plaintiffs bring this class action pursuant to Fed. R. Civ. P. 23, and all other applicable laws and rules, individually, and on behalf of all members of the following Classes:

**Nationwide Class**

All natural persons who purchased at least one of the Class Products in the United States within the applicable statute of limitations period.

**California Subclass**

All natural persons who purchased at least one of the Class Products in the State of California within the applicable statute of limitations period.

**New York Subclass**

All natural persons who purchased at least one of the Class Products in the State of New York within the applicable statute of limitations period.

---

[2035] https://www.fda.gov/food/compliance-enforcement-food/economically-motivated-adulteration-food-fraud

[2136] O'Connor and Steckleberg, *Why your avocado oil may be fake, supra.*

65. 51. Excluded from the Classes are the following individuals and/or entities: Trader Joe's and its parents, subsidiaries, affiliates, officers and directors, current or former employees, and any entity in which Trader Joe's has a controlling interest; all individuals who make a timely election to be excluded from this proceeding using the correct protocol for opting out; and all judges assigned to hear any aspect of this litigation, as well as their immediate family members.

66. 52. Plaintiffs reserve the right to modify or amend the definition of the proposed Classes and/or add subclasses before the Court determines whether class certification is appropriate.

67. 53. Plaintiffs are members of the nationwide class. Plaintiff Smith is a member of the California Subclass and Plaintiff Award is a member of the New York Subclass

68. 54. Numerosity: The proposed Classes are so numerous that joinder of all members would be impractical. The Class Products are sold throughout the United States and the State of California. The number of individuals who purchased Class Product during the relevant time period is at least in the hundreds. Accordingly, Class members are so numerous that their individual joinder herein is impractical. While the precise number of Class members and their identities are unknown to Plaintiffs at this time, these Class members are identifiable and ascertainable.

69. 55. Common Questions Predominate: There are questions of law and fact common to the proposed Classes that will drive the resolution of this action and will predominate over questions affecting only individual Class members. These questions include, but are not limited to, the following:

    a.    Whether Trader Joe's misrepresented material facts and/or failed to disclose material facts in connection with the packaging, marketing, distribution, and sale of the Class Products;

    b.    Whether Trader Joe's use of the challenged packaging, i.e., the *Avocado Oil Representation*, constituted false or deceptive advertising;

c.    Whether Trader Joe's engaged in unfair, unlawful and/or fraudulent business practices;

d.    Whether Trader Joe's' unlawful conduct, as alleged herein, was intentional and knowing;

e.    Whether Plaintiffs and the Classes are entitled to damages and/or restitution, and if so, in what amount;

f.    Whether Plaintiffs and the Classes are entitled to an injunctive relief;

g.    Whether Plaintiffs and the Classes are entitled to punitive damages, and if so, in what amount; and

h.    Whether Plaintiffs and the Classes are entitled to an award of reasonable attorneys' fees, interest, and costs of suit.

70.    ~~56.~~ Trader Joe's has engaged in a common course of conduct giving rise to violations of the legal rights sought to be enforced uniformly by Plaintiffs on behalf of the proposed Classes. Similar or identical statutory and common law violations, business practices, and injuries are involved. The injuries sustained by members of the proposed Classes flow, in each instance, from a common nucleus of operative fact, namely, Trader Joe's' deceptive packaging and advertising of the Class Products. Each instance of harm suffered by Plaintiffs and Class members has directly resulted from a single course of unlawful conduct. Each Class member has been exposed to the same deceptive practice, as the packaging of Class Products: (a) bears the same material *Avocado Oil Representation*, and (b) the Class Products do not meet this representation of fact. Therefore, individual questions, if any, pale in comparison to the numerous common questions presented in this action.

71.    ~~57.~~ Superiority: Because of the relatively small damages at issue for each individual Class member, no Class member could afford to seek legal redress on an individual basis. Furthermore, individualized litigation increases the delay and expense to all parties and multiplies the burden on the judicial system presented by the complex legal and factual issues of

this case. Individualized litigation also presents a potential for inconsistent or contradictory judgments. A class action is superior to any alternative means of prosecution.

72.    58.  Typicality: The representative Plaintiffs' claims are typical of those of the proposed Classes, as all members of the proposed Classes are similarly affected by Trader Joe's' uniform unlawful conduct as alleged herein.

73.    59.  Adequacy: Plaintiffs will fairly and adequately protect the interests of the proposed Classes as their interests do not conflict with the interests of the members of the proposed Classes they seek to represent, and they have retained counsel competent and experienced in similar class action litigation. The interests of the members of the Classes will be fairly and adequately protected by the Plaintiffs and their counsel.

74.    60.  Trader Joe's has also acted, or failed to act, on grounds generally applicable to Plaintiffs and the proposed Classes, supporting the imposition of uniform relief to ensure compatible standards of conduct toward the members of the Classes.

**FIRST CLAIM FOR RELIEF**
**Violation of California's False Advertising Law**
**California Business & Professions Code § 17500, *et seq***
**(*For the Nationwide Class and California Subclass*)**

75.    61.  Plaintiff Smith hereby incorporates by reference and re-alleges herein the allegations contained in all preceding paragraphs of this complaint.

76.    62.  Plaintiff Smith brings this claim individually and on behalf of the members of the Nationwide Class and California Subclass against Trader Joe's pursuant to California's False Adverting Law ("FAL"), Cal. Bus. & Prof. Code § 17500, *et seq.*

77.    63.  The FAL makes it "unlawful for any person to make or disseminate or cause to be made or disseminated before the public . . . in any advertising device . . . or in any other manner or means whatever, including over the Internet, any statement, concerning . . . personal property or services professional or otherwise, or performance or disposition thereof, which is untrue or misleading and which is known, or which by the exercise of reasonable care should be known, to be untrue or misleading." Cal. Bus. & Prof. Code § 17500.

78. 64. Trader Joe's has represented and continues to represent to the public, including Plaintiff Smith and members of the Nationwide Class and California Subclass, through its deceptive packaging, that the Class Products are only avocado oil. Because Trader Joe's has disseminated misleading information regarding the Class Products, and Trader Joe's knows, knew, or should have known, through the exercise of reasonable care, that the *Avocado Oil Representation* is false and misleading, Trader Joe's has violated the FAL.

79. 65. As a result of Trader Joe's' false advertising, Trader Joe's has and continues to unlawfully obtain money from Plaintiff Smith and members of the Nationwide Class and California Subclass. Plaintiff Smith therefore requests that the Court cause Trader Joe's to restore this fraudulently obtained money to him and members of the Nationwide Class and California Subclass, to disgorge the profits Trader Joe's made on these transactions, and to enjoin Trader Joe's from violating the FAL or violating it in the same fashion in the future as discussed herein. Otherwise, Plaintiff Smith and members of the Nationwide Class and California Subclass may be irreparably harmed and/or denied an effective and complete remedy.

80. 66. Plaintiff Smith and members of the Nationwide Class and California Subclass have no adequate remedy at law and are therefore entitled to restitution, disgorgement, and/or the imposition of a constructive trust to recover the amount of Defendant's ill-gotten gains, and/or other sums as may be just and equitable.

**SECOND CLAIM FOR RELIEF**
**Violation of California's Unfair Competition Law ("UCL"),**
**California Business & Professions Code § 17200, *et seq.***
**(*For the Nationwide Class and California Subclass*)**

81. 67. Plaintiff Smith hereby incorporates by reference and re-alleges herein the allegations contained in all preceding paragraphs of this complaint.

82. 68. Plaintiff Smith brings this claim individually and on behalf of the members of the Nationwide Class and California Subclass against Trader Joe's.

83. ~~69.~~ The UCL, Cal. Bus. & Prof Code § 17200, provides, in pertinent part, that "unfair competition shall mean and include unlawful, unfair or fraudulent business practices and unfair, deceptive, untrue or misleading advertising . . . ".

84. ~~70.~~ Under the UCL, a business act or practice is "unlawful" if it violates any established state or federal law. Trader Joe's' false and misleading advertising of Class Products was and continues to be "unlawful" because it violates, *inter alia*, the CLRA and the FAL, as alleged herein. As a result of Trader Joe's' unlawful business acts and practices, Trader Joe's has unlawfully obtained money from Plaintiff Smith and members of the Nationwide Class and California Subclass.

85. ~~71.~~ Under the UCL, a business act or practice is "unfair" if the Trader Joe's' conduct offends an established public policy, or is immoral, unethical, oppressive, unscrupulous, or substantially injurious to consumers, as the benefits for committing such acts or practices are outweighed by the gravity of the harm to the alleged victims. Trader Joe's' conduct was and continues to be of no benefit to purchasers of the Class Products, as it is misleading, unfair, unlawful, and is injurious to consumers who rely on the packaging. Deceiving consumers into believing the Class Products are only avocado oil, when they are not, is of no benefit to consumers. Therefore, Trader Joe's' conduct was and continues to be "unfair." As a result of Trader Joe's' unfair business acts and practices, Trader Joe's has and continues to unfairly obtain money from Plaintiff Smith and members of the Nationwide Class and California Subclass.

86. ~~72.~~ Under the UCL, a business act or practice is "fraudulent" if it actually deceives or is likely to deceive members of the consuming public. Trader Joe's' conduct was and continues to be fraudulent because it has the effect of deceiving consumers into believing Class Products are only avocado oil. Because Trader Joe's misled Plaintiff Smith and members of the Nationwide Class and California Subclass, Trader Joe's' conduct was "fraudulent." As a result of Trader Joe's' fraudulent business acts and practices, Trader Joe's has and continues to fraudulently obtain money from Plaintiff Smith and members of the Nationwide Class and California Subclass.

87. ~~73.~~ Plaintiff Smith requests that the Court cause Trader Joe's to restore this unlawfully,

unfairly, and fraudulently obtained money to him, and members of the Nationwide Class and California Subclass, to disgorge the profits Trader Joe's made on these transactions, and to enjoin Trader Joe's from violating the UCL or violating it in the same fashion in the future as discussed herein. Otherwise, Plaintiff Smith and members of the Nationwide Class and California Subclass may be irreparably harmed and/or denied an effective and complete remedy.

88. ~~74.~~ Plaintiff Smith and members of the Nationwide Class and California Subclass have no adequate remedy at law and are therefore entitled to restitution, disgorgement, and/or the imposition of a constructive trust to recover the amount of Defendant's ill-gotten gains, and/or other sums as may be just and equitable.

### THIRD CLAIM FOR RELIEF
### Violation of California's Consumers Legal Remedies Act
### California Civil Code § 1750, *et seq.*
### (*For the Nationwide Class and California Subclass*)

89. ~~75.~~ Plaintiff Smith hereby incorporates by reference and re-alleges herein the allegations contained in all preceding paragraphs of this complaint.

90. ~~76.~~ Plaintiff Smith brings this claim individually and on behalf of the members of the Nationwide Class and California Subclass against Trader Joe's pursuant to California's Consumers Legal Remedies Act ("CLRA"), Cal. Civ. Code § 1750, *et seq.*

91. ~~77.~~ The Class Products are a "good" within the meaning of Cal. Civ. Code § 1761(a), and the purchases of the Class Product by Plaintiff Smith and members of the Nationwide Class and California Subclass constitute "transactions" within the meaning of Cal. Civ. Code § 1761(e).

92. ~~78.~~ Cal. Civ. Code § 1770(a)(5) prohibits "[r]epresenting that goods or services have sponsorship, approval, characteristics, ingredients, uses, benefits, or quantities which they do not have..." By marketing the Class Products with its current packaging, Trader Joe's has represented and continues to represent that the Class Products have characteristics (i.e., they are

only avocado oil) that they do not have. Therefore, Trader Joe's has violated section 1770(a)(5) of the CLRA.

93.    ~~79.~~Cal. Civ. Code § 1770(a)(7) prohibits "[r]espresenting that goods or services are of a particular standard, quality, or grade, or that goods are of a particular style or model, if they are of another." By marketing the Class Products with their current packaging, Trader Joe's has represented and continues to represent that the Class Products are of a particular standard, quality, or grade (i.e., they are only avocado oil) which they do not possess. Therefore, Trader Joe's has violated section 1770(a)(7) of the CLRA.

94.    ~~80.~~Cal. Civ. Code § 1770(a)(9) prohibits "[a]dvertising goods or services with intent not to sell them as advertised." By marketing the Class Products as only avocado oil, but not intending to sell Class Products as such (i.e., selling them with the knowledge that they are adulterated), Trader Joe's has violated section 1770(a)(9) of the CLRA.

95.    ~~81.~~At all relevant times, Trader Joe's has known or reasonably should have known that its *Avocado Oil Representation* on the Class Product's packaging is false and deceptive, and that Plaintiff Smith and other members of the Nationwide Class and California Subclass would reasonably and justifiably rely on it when purchasing the Class Products. Nonetheless, Trader Joe's persisted in making the *Avocado Oil Representation* on the Class Products' labels to deceive consumers into believing they are buying and consuming only avocado oil.

96.    ~~82.~~Plaintiff Smith and members of the Nationwide Class and California Subclass have justifiably relied on Trader Joe's' misleading *Avocado Oil Representation* when purchasing the Class Products. Moreover, based on the materiality of Trader Joe's' misleading and deceptive conduct, reliance may be presumed or inferred for Plaintiff Smith and members of the Nationwide Class and California Subclass.

97.    ~~83.~~Plaintiff Smith and members of the Nationwide Class and California Subclass have suffered and continue to suffer injuries caused by Trader Joe's because they would have paid less for the Class Products, or would not have purchased them at all, had they known that the *Avocado Oil Representation* was false.

98. ~~84.~~ Accordingly, Plaintiff Smith, on behalf of himself and all other members of the Classes, seeks damages and to enjoin the unlawful acts and practices described herein.

99. ~~85.~~ On September 16, 2024, a CLRA demand letter was sent to Trader Joe's' headquarters and registered agent. This letter provided notice of Trader Joe's' violation of the CLRA, for Plaintiff Smith and the Classes, and demanded that Defendant correct the unlawful, unfair, false and/or deceptive practices alleged here.

### FOURTH CLAIM FOR RELIEF
**Breach of Express Warranty**
**California Commercial Code § 2313**
(***For all Classes***)

100. ~~86.~~ Plaintiffs hereby incorporate by reference and re-allege herein the allegations contained in all preceding paragraphs of this complaint.

101. ~~87.~~ Plaintiffs bring this claim individually and on behalf of the members of the proposed Classes against Trader Joe's.

102. ~~88.~~ Trader Joe's has expressly warranted on the Class Products' packaging that they are only avocado oil through the *Avocado Oil Representation*.

103. ~~89.~~ This representation about the Class Products is: (a) an affirmation of fact or promise made by Trader Joe's to consumers that Class Products are only avocado oil; (b) became part of the basis of the bargain to purchase the Class Products when Plaintiffs and other consumers relied on the representation; and (c) created an express warranty that the Class Products would conform to the affirmation of fact or promise. In the alternative, the representation about the Class Products is a description of goods which were made as part of the basis of the bargain to purchase the Class Products, and which created an express warranty that the Class Products would conform to the Class Products' description.

104. ~~90.~~ Plaintiffs and members of the Classes reasonably and justifiably relied on the foregoing express warranties, believing that the Class Products did in fact conform to those warranties.

105. ~~91.~~ Trader Joe's has breached the express warranties made to Plaintiffs and members of the proposed Classes by failing to produce the Class Products in accordance with the *Avocado Oil Representation*, as expressly warranted on the packaging.

106. ~~92.~~ Plaintiffs and members of the proposed Classes paid a premium price for the Class Products but did not obtain the full value of the Class Products as represented. If Plaintiffs and members of the proposed Classes had known of the true nature of the Class Products, they would not have been willing to pay the premium price charged in the market or would not have purchased them at all. As a result, Plaintiffs and members of the Classes suffered injury and deserve to recover all damages afforded under the law.

107. ~~93.~~ On October 3, 2024, after Plaintiffs discovered that Trader Joe's did in fact breach the express warranty, Plaintiffs notified Trader Joe's of the breach.

**FIFTH CLAIM FOR RELIEF**
**Breach of Implied Warranty**
**California Commercial Code § 2314 (2)(f)**
(***For all Classes***)

108. ~~94.~~ Plaintiffs hereby incorporate by reference and re-allege herein the allegations contained in all preceding paragraphs of this complaint.

109. ~~95.~~ Plaintiff Smith brings this claim individually and on behalf of the members of the proposed Classes against Trader Joe's.

110. ~~96.~~ California's implied warranty of merchantability statute provides that "a warranty that the goods shall be merchantable is implied in a contract for their sale if the seller is a merchant with respect to goods of that kind." Cal. Com. Code § 2314(1).

111. ~~97.~~ California's implied warranty of merchantability statute also provides that "[g]oods to be merchantable must be at least such as . . . (f) [c]onform to the promises or affirmations of fact made on the container or label if any." Cal. Com. Code § 2314(2)(f).

112. ~~98.~~ Trader Joe's is a merchant with respect to the sale of the Class Products. Therefore, a warranty of merchantability is implied in every contract for sale of the Class Products to California consumers.

113. ~~99.~~ By advertising the Class Products with its current packaging, Trader Joe's made an implied promise that the Class Products are only avocado oil. The Class Products do not, however, "conform to the promises…made on the container or label" because they are not only avocado oil. Plaintiffs, as well as consumers, did not receive the goods as impliedly warranted by Trader Joe's to be merchantable.

114. ~~100.~~ Therefore, the Class Products are not merchantable under California law and Trader Joe's has breached its implied warranty of merchantability with respect to the Class Products.

115. ~~101.~~ If Plaintiff Smith and members of the Classes had known that the Class Products were not only avocado oil, they would not have been willing to pay the premium price associated with them, or would not have purchased them at all. Therefore, as a direct and/or indirect result of Trader Joe's' breach, Plaintiff and members of the Classes have suffered injury and deserve to recover all damages afforded under the law.

116. ~~102.~~ On October 3, 2024, after Plaintiff Smith discovered that Trader Joe's did in fact breach the implied warranty, Plaintiff Smith notified Trader Joe's of the breach.

### SIXTH CLAIM FOR RELIEF
**Intentional Misrepresentation**
***(For all Classes)***

117. ~~103.~~ Plaintiffs hereby incorporate by reference and re-allege herein the allegations contained in all preceding paragraphs of this complaint.

118. ~~104.~~ Plaintiffs bring this claim individually and on behalf of the members of the proposed Classes against Trader Joe's.

119. ~~105.~~ Trader Joe's marketed the Class Products in a manner indicating that they are only avocado oil when they are not. Therefore, Trader Joe's has made misrepresentations about the Class Products.

120. ~~106.~~ The *Avocado Oil Representation* is material to a reasonable consumer because it relates to the quality, safety, utility, and healthfulness of the Class Products. A reasonable consumer attaches importance to such representations and is induced to act thereon in making

purchasing decisions with respect to oil that is consumed—i.e., oil that is used for cooking or consumed raw.

121. ~~107.~~ At all relevant times, Trader Joe's knew that the *Avocado Oil Representation* was misleading. Trader Joe's intends for Plaintiffs and other consumers to rely on the *Avocado Oil Representation*, as evidenced by Trader Joe's intentionally and conspicuously placing it on the packaging of the Class Products. In the alternative, Trader Joe's acted recklessly in making the *Avocado Oil Representation* without regard to the truth.

122. ~~108.~~ Plaintiffs and members of the proposed Classes have reasonably and justifiably relied on Trader Joe's' intentional misrepresentations (i.e., the *Avocado Oil Representation*) when purchasing the Class Products, and had the correct facts been known, would not have purchased them at the prices at which they were sold in the market, or would not have purchased them at all.

123. ~~109.~~ Therefore, as a direct and proximate result of Trader Joe's' intentional misrepresentations, Plaintiffs and members of the Classes have suffered economic losses and other general and specific damages, including but not limited to the amounts paid for the Class Products, and any interest that would have accrued on those monies, all in an amount to be proven at trial.

**SEVENTH CLAIM FOR RELIEF**
**Violation of New York's Consumer Protection Act**
**New York General Business Code § 349**
(***For the New York Subclass***)

124. ~~110.~~ Plaintiff Awad hereby incorporates by reference and re-alleges herein the allegations contained in all preceding paragraphs of this complaint.

125. ~~111.~~ This cause of action is brought pursuant to New York's Gen. Bus. Law § 349, *et seq.*, on behalf of Plaintiff Awad and the New York Subclass who purchased the Class Products within the applicable statute of limitations.

126. ~~112.~~ New York Gen. Bus. Law, § 349, *et seq.* prohibits the "[d]eceptive acts or practices in the conduct of any business, trade or commerce or in the furnishing of any service in th[e] state."

127. ~~113.~~ Trader Joe's, in its advertising and packaging of the Class Products, made false, misleading, and deceptive representations and/or omissions about the content of the Class Products to mislead consumers into believing the Class Products were only avocado oil, when they are not.

128. ~~114.~~ Trader Joe's' labeling and advertising of the Class Products led to, and continues to lead to, reasonable consumers, including Plaintiff Awad, believing that the Class Products contain only avocado oil.

129. ~~115.~~ Trader Joe's used the *Avocado Oil Representation* with the intent to sell the Class Products to consumers, including Plaintiff Awad and the New York Subclass. The *Avocado Oil Representation* is false, and Trader Joe's knew or should have known of its falsity. The *Avocado Oil Representation* is likely to deceive consumers into purchasing the Class Products because they are material to the average, ordinary, and reasonable consumer. Trader Joe's knew consumers would purchase the Class Products and/or pay more for them under the false – but reasonable – belief that the Class Products were only avocado oil, when they are not. By advertising so prominently that the Class Products were only avocado oil, Trader Joe's proves that information about the contents of the Class Products is material to consumers. As a result of its deceptive acts and practices, Trader Joe's has sold thousands, if not millions, of Class Products to unsuspecting consumers across New York. If Trader Joe's had advertised its Class Products truthfully and in a non-misleading fashion, Plaintiff Awad and other New York Subclass Members would not have purchased it or would not have paid as much as they did for them.

130. ~~116.~~ Plaintiff Awad and the New York Subclass reasonably and detrimentally relied on the material and false *Avocado Oil Representation* in that they purchased the Class Products.

131. ~~117.~~ Plaintiff Awad has standing to pursue this claim because she has suffered an injury-in-fact and has lost money or property as a result of Trader Joe's' deceptive acts and practices. Specifically, Plaintiff Awad purchased the Class Product for her own personal use. In doing so, Plaintiff Awad relied upon Trader Joe's' false, misleading, and deceptive representations that the Class Product was only avocado oil, when it was not. Plaintiff Awad spent money in the transaction that she otherwise would not have spent had she known the truth about Trader Joe's' advertising claims.

132. ~~118.~~ Plaintiff Awad and the New York Subclass have suffered injury in fact and have lost money or property as a result of and in reliance upon Trader Joe's' deceptive advertising—namely Plaintiff Awad and the New York Subclass lost the price premium associated with the Class Products they bought from Trader Joe's.

133. ~~119.~~ As a direct and proximate result of Trader Joe's' false, misleading, and deceptive representations, Plaintiff Awad and members of the New York Subclass were harmed in that they: (1) paid money for the Class Products that were not what Trader Joe's represented; (2) were deprived of the benefit of the bargain because the Class Products they purchased were different than Trader Joe's advertised; and (3) were deprived of the benefit of the bargain because the Class Products they purchased had less value than if the *Avocado Oil Representation* were truthful. Accordingly, Plaintiff Awad seeks to recover her actual damages or fifty (50) dollars, whichever is greater, three times actual damages, and reasonable attorneys' fees.

## EIGHT CLAIM FOR RELIEF
### Violation of New York's False Advertising Law
### New York General Business Code § 350
***(For the New York Subclass)***

134. ~~120.~~ Plaintiff Awad hereby incorporates by reference and re-alleges herein the allegations contained in all preceding paragraphs of this complaint.

135. ~~121.~~ Plaintiff Awad brings this claim individually and on behalf of the New York Subclass who purchased the Class Products within the applicable statute of limitations.

136. ~~122.~~ The New York False Advertising Law, codified at Gen. Bus. Law § 350, *et seq.*, prohibits advertising, including labeling, that "is misleading in a material respect."

137. ~~123.~~ Trader Joe's violated § 350 when it advertised and marketed the Class Products through the unfair, deceptive, untrue, and misleading *Avocado Oil Representation* disseminated to the public through the Class Products' labeling, packaging and advertising. These representations were false because the Class Products do not conform to them. The representations were material because they are likely to mislead a reasonable consumer into purchasing the Class Products.

138. ~~124.~~ In making and disseminating the representations alleged herein, Defendant knew or should have known that the representations were untrue or misleading.

139. ~~125.~~ Trader Joe's *Avocado Oil Representation* was specifically designed to induce reasonable consumers, like Plaintiff Awad and the New York Subclass, to purchase the Class Products.

140. ~~126.~~ Plaintiff Awad has standing to pursue this claim because she has suffered an ~~injury in fact~~ injury-in-fact and has lost money or property as a result of Trader Joe's deceptive acts and practices. Specifically, Plaintiff Awad purchased the Class Product for her own personal use. In doing so, Plaintiff Awad relied upon Trader Joe's false, misleading, and deceptive representations that her Class Product was only avocado oil, when it was not. Plaintiff Awad spent money in the transaction that she otherwise would not have spent had she known the truth about Trader Joe's advertising claims.

141. ~~127.~~ As a direct and proximate result of Trader Joe's misconduct, Plaintiff Awad and members of the New York Subclass were harmed in that they: (1) paid money for Class Products that were not what Trader Joe's represented; (2) were deprived of the benefit of the bargain because the Class Products they purchased were different than Trader Joe's advertised; and (3) were deprived of the benefit of the bargain because the Class Products they purchased had less value than if Trader Joe's *Avocado Oil Representation* were truthful. Accordingly, on behalf of herself and members of the New York Subclass, Plaintiff Awad seeks to recover her actual

damages or five hundred (500) dollars per violation, whichever is greater, three times actual damages, and reasonable attorneys' fees.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs, individually and on behalf of the proposed Classes, respectfully prays for following relief:

A.      Certification of this case as a class action on behalf of the Classes defined above, appointment of Plaintiffs as Class representatives, and appointment of their counsel as Class counsel;

B.      A declaration that Trader Joe's actions, as described herein, violate the laws described herein;

C.      An award to Plaintiffs and the proposed Classes of restitution and/or other equitable relief, including, without limitation, restitutionary disgorgement of all profits and unjust enrichment that Trader Joe's obtained from Plaintiffs and the proposed Classes as a result of its unlawful, unfair and fraudulent business practices described herein;

D.      An award of injunctive and other equitable relief as is necessary to protect the interests of Plaintiffs and the Class members, including, inter alia, an order prohibiting Trader Joe's from engaging in the unlawful acts described above;

E.      An award of all economic, monetary, actual, consequential, and compensatory damages caused by Trader Joe's conduct;

F.      An award of punitive damages;

G.      An award of nominal damages;

H.      An award to Plaintiffs and their counsel of reasonable expenses and attorneys' fees;

I.      An award to Plaintiffs and the proposed Classes of pre- and post-judgment interest, to the extent allowable; and

J.      For such further relief that the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiffs, on behalf of themselves and the proposed Classes, hereby demand a jury trial with respect to all issues triable of right by jury.

DATED: ~~March 13~~September 3, 2025            Respectfully submitted,

SMITH KRIVOSHEY, PC
By: */s/ Brittany S. Scott*
        Brittany S. Scott

Yeremey O. Krivoshey (State Bar No. 295032)
Brittany S. Scott (State Bar No. 327132)
~~166~~28 Geary Street, Ste. ~~1500 1507~~650 No. 1507
Telephone: (415) 839-7000
Facsimile: (888) 410-0415
Email: yeremey@skclassactions.com
        brittany@skclassactions.com

SMITH KRIVOSHEY, PLLC
Joel D. Smith (State Bar No. 244902)
867 Boylston Street, 5th Floor, Ste. 1520
Boston, MA 02116
Phone: 617-377-7404
E-Mail: joel@skclassactions.com

BURSOR & FISHER, P.A.
Neal J. Deckant
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ndeckant@bursor.com

FARUQI & FARUQI, LLP
Lisa T. Omoto (SBN: 303830)
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
Telephone: (424) 256-2884
E-Mail: lomoto@faruqilaw.com

*Attorneys for Plaintiffs and the Putative Classes*