**FARUQI & FARUQI, LLP**
Lisa T. Omoto (State Bar No. 303830)
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
Telephone: (424) 256-2884
E-Mail: lomoto@faruqilaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAIR AWAD and KEVIN SMITH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRADER JOE'S COMPANY,<br>      Defendant. | Case No. 3:24-cv-06834-JD<br><br>**PLAINTIFFS' NOTICE OF ERRATA CORRECTING EXHIBIT B TO DECLARATION OF JOHN W. FINLEY, PH.D.** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs Kevin Smith and Claire Awad hereby file this Notice of Errata to correct Exhibit B to the Declaration of John W. Finley, Ph.D. (ECF No. 38-3).

Plaintiffs hereby amend Exhibit B to the Declaration for the following reasons:

Following the completion of briefing on Defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint (ECF No. 41), Plaintiffs' counsel was informed by Twin Arbor Laboratories ("Twin Arbor") that one of the Certificates of Analysis that was attached as Exhibit B to the Second Amended Complaint would need to be revised to account for a minor data entry error. Plaintiffs' counsel promptly notified Defendant's counsel of this issue on November 24, 2025.[1]

On November 26, 2025, Twin Arbor issued an amended report, which is attached hereto as the corrected Exhibit B.[2] Defendant's counsel was provided with an advanced copy of this Notice of Errata and the corrected Exhibit B.

Dated: November 26, 2025                **FARUQI & FARUQI, LLP**

By: ___/s/ *Lisa T. Omoto*___
Lisa T. Omoto

Lisa T. Omoto (SBN: 303830)
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
Telephone: (424) 256-2884
E-mail: lomoto@faruqilaw.com

---

[1] Because Plaintiffs' counsel was not certain that the revised report would be ready before the Thanksgiving holiday, Plaintiffs' counsel offered to enter into a stipulation continuing the hearing on Defendant's Motion to Dismiss, which is currently scheduled for December 4, 2025.

[2] The Declaration of John W. Finley, Ph.D. (ECF No. 38-1) references Exhibit B. Dr. Finley will issue a revised declaration that relies on the corrected Exhibit B and confirms that his opinions do not change, but given the Thanksgiving holiday, the revised declaration will be filed under a separate Notice of Errata as soon as possible.

1
**PLAINTIFFS' NOTICE OF ERRATA
CASE NO. 3:24-cv-06834-JD**

**SMITH KRIVOSHEY, PC**.
Yeremey O. Krivoshey (State Bar No. 295032)
Brittany S. Scott (State Bar No. 327132)
28 Geary Street, Ste. 650, #1507
San Francisco, CA 94108
Telephone: (415) 839-7000
Facsimile: (888) 410-0415
Email: yeremey@skclassactions.com
   brittany@skclassactions.com

**SMITH KRIVOSHEY, PC**.
Joel D. Smith (State Bar No. 244902)
8667 Boylston Street, 5th Floor, Ste. 1520
Boston, MA 02116
Telephone: (415) 839-7000
Facsimile: (888) 410-0415
Email: joel@skclassactions.com

**BURSOR & FISHER, P.A.**
Neal J. Deckant
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ndeckant@bursor.com

*Attorneys for Plaintiffs*