# EXHIBIT B



**Twin Arbor Analytical**
Your Quality Control Lab

3474 Empresa Drive Suite 140, San Luis Obispo, CA 93401 · 805-369-2123 · www.twinarborlabs.com



## Certificate of Analysis

| | | | | | | |
|---|---|---|---|---|---|---|
| **Accession:** | 11143 | **STAT** | **Client:** | Faruqi & Faruqi, LLP | **Collection Date:** 8/29/2024 9:31 AM | NA |
| **External No:** | 10573-LN | | | 1901 Avenue of the Stars, Suite 1060 | **Received Date:** 9/3/2024 2:49 PM | TA |
| **Product:** | Avocado Oil - Sample 8 | | | | **Reported Date:** 9/10/2024 11:46 AM | |
| | | | | Los Angeles, CA 90067 | | |
| **Product Code:** | AO - S8 | | | | **Report Status:** REVISED | |
| **Invoice:** | 1907 | | **Batch or Lot ID:** | L-A24064-185-7  10:47 | **Sample Description:** "Sample 87" Trader Joe's Avocado Oil | |

## Attachments

**Attachment (Additional Report)**     Run by CMG on 11/26/2025 1:00:38 PM at Location: TAL

There is an additional report attached at the end of this report.

## Analytical

**Fatty Acid Panel (FAMEs)**     Run by JH on 9/5/2024 3:00:14 PM at Location: TAL

SOP/Methodology: TM0029 (FAMEs) / GCMS

| Test | Result | Units | Specification | Status |
|---|---|---|---|---|
| Butyric acid [C4:0] | ND | % | Unspecified | N/A |
| Caproic acid [C6:0] | ND | % | Unspecified | N/A |
| Octanoic acid [C8:0] | ND | % | Unspecified | N/A |
| Capric acid [C10:0] | ND | % | Unspecified | N/A |
| Undecanoic acid [C11:0] | ND | % | Unspecified | N/A |
| Lauric Acid [C12:0] | ND | % | Unspecified | N/A |
| Tridecanoic acid [C13:0] | ND | % | Unspecified | N/A |
| Myristic Acid [C14:0] | ND | % | Unspecified | N/A |
| Myristoleic acid [C14:1 (cis-9)] | ND | % | Unspecified | N/A |
| Pentadecanoic acid [C15:0] | ND | % | Unspecified | N/A |
| 10Z-pentadecenoic acid [C15:1 (cis-10)] | ND | % | Unspecified | N/A |
| Palmitic acid [C16:0] | 6.26 | % | Unspecified | N/A |
| Palmitoleic acid [C16:1 (cis-9)] | 2.09 | % | Unspecified | N/A |
| Heptadecanoic acid [C17:0] | ND | % | Unspecified | N/A |
| 10Z-Heptadecenoic acid [C17:1 (cis-10)] | ND | % | Unspecified | N/A |
| Stearic acid [C18:0] | 1.46 | % | Unspecified | N/A |
| Oleic acid [C18:1 (cis-9)] | 66.5 | % | Unspecified | N/A |
| Elaidic acid [C18:1 (trans-9)] | ND | % | Unspecified | N/A |
| Linoleic Acid (LA) [C18:2 (all-cis-9,12)] | 14.6 | % | Unspecified | N/A |
| Linoelaidic acid [C18:2 (all-trans-9,12)] | ND | % | Unspecified | N/A |
| gamma-Linolenic acid (GLA) [C18:3 (all-cis-6,9,12)] | ND | % | Unspecified | N/A |
| Linolenic acid (ALA) [C18:3 (all-cis-9,12,15)] | 0.829 | % | Unspecified | N/A |
| Arachidic Acid [C20:0] | 0.949 | % | Unspecified | N/A |

**Twin Arbor Analytical**
Your Quality Control Lab

3474 Empresa Drive Suite 140, San Luis Obispo, CA 93401 · 805-369-2123 · www.twinarborlabs.com



### Certificate of Analysis

| | | | | | | |
|---|---|---|---|---|---|---|
| **Accession:** | 11143 | **STAT** | **Client:** | Faruqi & Faruqi, LLP | **Collection Date:** | 8/29/2024 9:31 AM   NA |
| **External No:** | 10573-LN | | | 1901 Avenue of the Stars, Suite 1060 | **Received Date:** | 9/3/2024 2:49 PM   TA |
| **Product:** | Avocado Oil - Sample 8 | | | | **Reported Date:** | 9/10/2024 11:46 AM |
| | | | | Los Angeles, CA 90067 | | |
| **Product Code:** | AO - S8 | | | | **Report Status:** | REVISED |
| **Invoice:** | 1907 | | **Batch or Lot ID:** | L-A24064-185-7  10:47 | **Sample Description:** | "Sample 87" Trader Joe's Avocado Oil |

## Analytical

| Test | Result | Units | Specification | Status |
|---|---|---|---|---|
| Gondoic Acid [C20:1 (cis-11)] | ND | % | Unspecified | N/A |
| Eicosadienoic acid [C20:2 (all-cis-11,14)] | ND | % | Unspecified | N/A |
| Dihomo-gamma-linolenic acid (DGLA) [C20:3 (all-cis-8,11,14)] | ND | % | Unspecified | N/A |
| 11,14,17-Eicosatrienoic acid (ETE) [C20:3 (all-cis-11,14,17)] | ND | % | Unspecified | N/A |
| Arachidonic acid (AA) [C20:4 (all-cis-5,8,11,14)] | ND | % | Unspecified | N/A |
| Eicosapentaenoic acid (EPA) [C20:5 (all-cis-5,8,11,14,17)] | ND | % | Unspecified | N/A |
| Heneicosanoic acid [C21:0] | ND | % | Unspecified | N/A |
| Behenic Acid [C22:0] | 1.25 | % | Unspecified | N/A |
| Erucic acid [C22:1 (cis-13)] | ND | % | Unspecified | N/A |
| 13,16-Docosadienoic acid [C22:2 (all-cis-13,16)] | ND | % | Unspecified | N/A |
| Docosahexaenoic acid (DHA) [C22:6 (all-cis-4,7,10,13,16,19)] | ND | % | Unspecified | N/A |
| Tricosanoic acid [C23:0] | ND | % | Unspecified | N/A |
| Tetracosanoic acid [C24:0] | 1.17 | % | Unspecified | N/A |
| Nervonic acid [C24:1 (cis-15)] | ND | % | Unspecified | N/A |
| Total Omega-3 Fatty Acids | 0.829 | % | Unspecified | N/A |
| Total Omega-6 Fatty Acids | 14.6 | % | Unspecified | N/A |
| Total Omega-9 Fatty Acids | 66.5 | % | Unspecified | N/A |

*Run by TA on 9/10/2024 11:45:36 AM at Location: TAL*

**Reviewed By:** _____
Gray, Dr. Christopher  -  QC Director


**Twin Arbor Analytical**
Your Quality Control Lab



3474 Empresa Drive Suite 140, San Luis Obispo, CA 93401 · 805-369-2123 · www.twinarborlabs.com

## Certificate of Analysis

| | | | | | |
|---|---|---|---|---|---|
| **Accession:** | 11143 | **STAT** | **Client:** | Faruqi & Faruqi, LLP | **Collection Date:** 8/29/2024 9:31 AM NA |
| **External No:** | 10573-LN | | | 1901 Avenue of the Stars, Suite 1060 | **Received Date:** 9/3/2024 2:49 PM TA |
| **Product:** | Avocado Oil - Sample 8 | | | | **Reported Date:** 9/10/2024 11:46 AM |
| | | | | Los Angeles, CA 90067 | |
| **Product Code:** | AO - S8 | | | | **Report Status:** REVISED |
| **Invoice:** | 1907 | | **Batch or Lot ID:** | L-A24064-185-7  10:47 | **Sample Description:** "Sample 87" Trader Joe's Avocado Oil |
| **Panel Name:** | Fatty Acid Panel (FAMEs) | | | | **Approved:** 9/10/2024 10:10 AM |

ND = Not Detected   |   LOD = Limit of Detection   |   LOQ = Limit of Quantification

Product details are provided by the Client and are not verified by the laboratory.
Not all methods are ISO17025:2017 accredited.




**Twin Arbor Analytical**
Your Quality Control Lab

3474 Empresa Drive Suite 140, San Luis Obispo, CA 93401 · 805-369-2123 · www.twinarborlabs.com

## Certificate of Analysis

| | | | | | | |
|---|---|---|---|---|---|---|
| **Accession:** | 11143 | **Client:** | Faruqi & Faruqi, LLP | **Collection Date:** | 8/29/2024 9:31 AM | NA |
| **External No:** | 10573-LN | | 1901 Avenue of the Stars, Suite 1060 | **Received Date:** | 9/3/2024 2:49 PM | TA |
| **Product:** | Avocado Oil - Sample 8 | | | **Reported Date:** | 11/26/2025 1:00 PM | |
| | | | Los Angeles, CA 90067 | **Report Status:** | REVISED | |
| **Product Code:** | AO - S8 | | | | | |
| **Invoice:** | 1907 | **Batch or Lot ID:** | L-A24064-185-7   10:47 | **Sample** | "Sample 87" Trader Joe's Avocado Oil | |

## Report

**Analyst Detail Report** — Run by CG on 9/9/2024 5:00:00 PM at Location: TAL

The Fatty Acid Profile from the testing results of Sample 8 were compared to two published references (1)(2) and one proposed standard for Avocado Oil (3). This profile is often used to determine if adulteration has occured within edible oils. Sample 8 had several fatty acids that fell outside of the ranges set forth by the proposed CODEX Standard for Avocado Oil (3). The table below gives the relative composition for specific fatty acids that were set forth within the proposed standard.

| | CODEX '21 std (rel.%) | Sample 8 (rel.%) | Result |
|---|---|---|---|
| C14:0 | ND - 0.3 | ND | Meets Proposed Standard |
| C16:0 | 11.0 - 26.0 | 6.6 | Below Proposed Standard |
| C17:0 | ND - 0.3 | ND | Meets Proposed Standard |
| C17:1 | ND - 0.1 | ND | Meets Proposed Standard |
| C18:0 | 0.1 - 1.3 | 1.5 | Above Proposed Standard |
| C18:2 | 7.8 - 19.0 | 15.4 | Meets Proposed Standard |
| C18:3 | 0.5 - 2.1 | 0.9 | Meets Proposed Standard |
| C20:1 | ND - 0.3 | ND | Meets Proposed Standard |
| C22:0 | ND - 0.5 | 1.3 | Above Proposed Standard |
| C24:0 | ND - 0.2 | 1.2 | Above Proposed Standard |
| C24:1 | ND - 0.2 | ND | Meets Proposed Standard |

Due to the differences above, we conclude that Sample 8 results are inconsistent with the proposed standards set forth by CODEX.

**References**
1. Green, H. G., & Wang, S. C. (2020). First report on quality and purity evaluations of avocado oil sold in the US. *Food Control,* 116. https://doi.org/10.1016/j.foodcont.2020.107328
2. Green, H. G., & Wang, S. C. (2023). Purity and quality of private labelled avocado oil. *Food Control*, 152. https://doi.org/10.1016/j.foodcont.2023.109837
3. Codex Alimentarius Commission. (2021). *Report of the 27th Session of the Codex committee on fats and oils. Proposed draft revision to the Standard for Named Vegatable Oils (CXS 210-1999) - Inclusion of avocado oil, for adoption at Step 5 by CAC45.* REP22/FO, October 2021 (pp. 46-82). https://www.fao.org/fao-who-codexalimentarius/sh-proxy/en/?lnk=1&url=https%253A%252F%252Fworkspace.fao.org%252Fsites%252Fcodex%252FMeetings%252FCX-709-27%252FREPORT%252FFinal%2BReport%252FREP22_FOe.pdf

Reviewed By: _____

Gray, Dr. Christopher   -   QC Director

**Revision notes** - 11/26/2025 by Christopher Gray - The attached report was revised to correct a calculation error in fatty acid relative concentrations (rel.%). Relative concentrations are determined by dividing absolute concentrations from the Fatty Acid Panel (FAMEs) by the sum of all Fatty Acid absolute concentrations. Previously, an incorrect sum of fatty acids concentrations caused the relative concentrations to be overstated. In the incorrect sum calculation, the first detected absolute value was subtracted instead of being added to the total. Absolute concentrations on the Fatty Acid Panel (FAMEs) were correct and unaffected.

ND = Not Detected   |   LOD = Limit of Detection   |   LOQ = Limit of Quantification

Product details are provided by the Client and are not verified by the laboratory.
Not all methods are ISO17025:2017 accredited.

Accession: 11143    Product #: AO - S8
Page: 1/1