**FARUQI & FARUQI, LLP**
Lisa T. Omoto (State Bar No. 303830)
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
Telephone: (424) 256-2884
E-Mail:  lomoto@faruqilaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAIR AWAD and KEVIN SMITH, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>TRADER JOE'S COMPANY,<br>        Defendant. | Case No. 3:24-cv-06834-JD<br><br>**PLAINTIFFS' NOTICE OF ERRATA CORRECTING DECLARATION OF JOHN W. FINLEY, PH.D.** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs Kevin Smith and Claire Awad hereby file this Notice of Errata to correct the Declaration of John W. Finley, Ph.D. ("Declaration") in support of Plaintiffs' Second Amended Complaint (ECF No. 38-1).

Plaintiffs hereby amend the Declaration for the following reasons:

On November 26, 2025, Twin Arbor Laboratories issued an amended report that corrected a minor data entry error in Exhibit B to the Declaration of Dr. Finley. Plaintiffs filed a Notice of Errata correcting Exhibit B (ECF No. 44-1) that same day. The Declaration has been corrected to reflect the revised data in Exhibit B.

Dated:  December 2, 2025

**FARUQI & FARUQI, LLP**

By:  ___/s/ *Lisa T. Omoto*___
        Lisa T. Omoto

Lisa T. Omoto (SBN: 303830)
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
Telephone: (424) 256-2884
E-mail: lomoto@faruqilaw.com

**SMITH KRIVOSHEY, PC**.
Yeremey O. Krivoshey (State Bar No. 295032)
Brittany S. Scott (State Bar No. 327132)
28 Geary Street, Ste. 650, #1507
San Francisco, CA 94108
Telephone: (415) 839-7000
Facsimile: (888) 410-0415
Email: yeremey@skclassactions.com
        brittany@skclassactions.com

**SMITH KRIVOSHEY, PC**.
Joel D. Smith (State Bar No. 244902)
8667 Boylston Street, 5th Floor, Ste. 1520
Boston, MA 02116
Telephone: (415) 839-7000
Facsimile: (888) 410-0415
Email: joel@skclassactions.com

1

**BURSOR & FISHER, P.A.**
Neal J. Deckant
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ndeckant@bursor.com

*Attorneys for Plaintiffs*

**PLAINTIFFS' NOTICE OF ERRATA
CASE NO. 3:24-cv-06834-JD**