**SMITH KRIVOSHEY, PC**
Yeremey O. Krivoshey (State Bar No. 295032)
Brittany S. Scott (State Bar No. 327132)
28 Geary Street, Ste. 650 No. 1507
San Francisco, CA 94108
Telephone: (415) 839-7000
Facsimile: (888) 410-0415
Email: yeremey@skclassactions.com
        brittany@skclassactions.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAIR AWAD and KEVIN SMITH, on behalf of themselves and all others similarly situated, | Case No. 3:24-cv-06834-JD |
| Plaintiffs, | **DECLARATION OF** |
| v. | **JOHN W. FINLEY, PH.D.** |
| TRADER JOE'S COMPANY, Defendant. | |

**DECLARATION OF JOHN W. FINLEY, PH.D.**

I, John W. Finley, Ph.D., hereby state and declare the following:

1.    I provide this declaration in connection with *Smith et al. v. Trader Joe's Company*, Case No. 3:24-cv-06834-JD (N.D. Cal.). I make this declaration based upon my own personal knowledge, and if called as a witness in this action, I would be able to competently testify as to facts set forth herein.

2.    I have been asked to opine on the laboratory testing results of Trader Joe's brand avocado oil products (the "Products") sold by the Trader Joe's Company ("Trader Joe's). Based on my experience in the food science industry, and a thorough review of the laboratory testing conducted by Plaintiffs, which are attached hereto as **Exhibit A** and **Exhibit B**, the Products do not conform to the Codex Alimentarius' standard of identity for avocado oil.

## SUMMARY OF QUALIFICATIONS

3.    I have attached a true and correct copy of my curriculum vitae as **Exhibit C**. **Exhibit C** sets forth accurate statements concerning my background education, training, and experience concerning my expertise in the comestible oil industry. The following summarizes relevant or notable qualifications related to the opinions expressed in this Declaration.

4.    I have worked in the food science and nutrition industry for more than 50 years, authoring more than 182 publications, papers, or books.

5.    I was a long-time active member of the American Oil Chemists Society, American Institute of Nutrition, Association of Official Analytical Chemists, and the Institute of Food Technologists. I have continued active membership in the American Chemical Society since retirement. I have also served in advisory roles for the US Pharmacopia Expert Panel, Nerium Skin Care, Solozyme, and Indigo. I served as associate editor of the Journal of Agricultural and Food Chemistry from 1999 to 2017.

6.    My professional background includes serving as the head of the Department of Food Science at Louisiana State University ("LSU") where my laboratory studied low calorie ingredients, anti-inflammatory compounds in the diet, modified nutritional lipids, and edible fiber.

1
**DECLARATION OF JOHN W. FINLEY, PH.D.**

While at LSU, I developed and validated ingredients for health promoting foods, as well as developing several new products.

7. During my career, I also worked extensively on the development of designer food oils (Monsanto and Solazyme), the invention of several low-calorie fats from concept to synthesis, safety testing including chemical analysis, animal and human clinical trials, and authoring the FDA GRAS affirmation document (Nabisco). Among the designer oils I helped to develop is the SALATRIM family of low-calorie comestible oils.

## BACKGROUND

8. I understand this case involves, as alleged by Plaintiffs, Trader Joe's' widespread, deceptive representation that the Products are only avocado oil. The front label of the Products states the Products are "AVOCADO OIL" (the "Avocado Oil Representation"). The label also features a photo of an avocado cut open. Similarly, the ingredients list of the Products lists "avocado oil" as the sole ingredient.

9. Plaintiffs allege the Avocado Oil Representation is false because the Products are not only avocado oil. Put in other terms, Plaintiffs allege the Products are adulterated with other oils.

## INDUSTRY STANDARDS

10. The Codex Alimentarius Commission (the "Commission") was created in 1963 by the Food and Agriculture Organization of the United Nations ("FAO") and the World Health Organization ("WHO") to develop food standards and guidelines. The Commission is one of the world's preeminent international food-standard-setting bodies.

11. The Codex Alimentarius ("Codex") is a global reference used by governments, the food industry, trade operators, and consumers.

12. The Codex includes a Standard for Named Vegetable Oils, CXS 210-1999, which sets the standard of identity for vegetable oils intended for human consumption, including avocado oil. A true and correct copy of CXS 210-1999 is attached hereto as **Exhibit D**.

**DECLARATION OF JOHN W. FINLEY, PH.D.**

13. Under CXS 210-1999, Table 1 sets forth the fatty acid profile of various oils. For avocado oil, a sample must fall into the following range:

| Fatty Acid | Avocado Oil |
|---|---|
| C6:0 | ND[1] |
| C8:0 | ND |
| C10:0 | ND |
| C12:0 | ND |
| C14:0 | ND–0.3 |
| C16:0 | 11.0–26.0 |
| C16:1 | 4.0–17.1 |
| C17:0 | ND–0.3 |
| C17:1 | ND–0.1 |
| C18:0 | 0.1–1.3 |
| C18:1 | 42.0–75.0 |
| C18:2 | 7.8–19.0 |
| C18:3 | 0.5–2.1 |
| C20:0 | ND–0.7 |
| C20:1 | ND–0.3 |
| C20:2 | ND |
| C22:0 | ND–0.5 |
| C22:1 | ND |
| C22:2 | ND |
| C24:0 | ND–0.2 |
| C24:1 | ND–0.2 |

14. Fatty acid composition is tested through the application of gas-liquid chromatography which is the standard procedure applied in most laboratories. The analysis consists of conversion of the fatty acid side chains on the triacyl glycerides in the fat to methyl esters of the fatty acids which can then be separated and quantitated using gas-liquid chromatography.

## LABORATORY TESTING

15. I have reviewed the results of Plaintiffs' independent testing (*see* **Exs. A-B**), which was conducted by Twin Arbor Analytical in San Luis Obispo, CA.

---

[1] "ND" – non detectable.

**DECLARATION OF JOHN W. FINLEY, PH.D.**

16.    **Exhibit A** tested a bottle of Trader Joe's Avocado Oil labeled Lot L-A4180M-184-7. **Exhibit B** (revised report) tested a second bottle of Trader Joe's Avocado Oil labeled Lot L-A24064-185-7.

17.    Twin Arbor Analytical conducted Fatty Acid Panels ("FAMEs") on two samples of the Products. The results were compared to two published references for purity of avocado oil and the standard of identity for avocado oil (proposed at the time of testing) that was adopted into the Codex on November 30, 2024.

18.    The Product tested in **Exhibit A** contained levels of $C16:0$[2], $C18:0$[3], and $C22:0$[4] fatty acids that fell outside the ranges permitted by the Codex standard of identity as detailed below:

| Fatty Acid | Codex Range | Exhibit A Results |
|---|---|---|
| C16:0 | 11.0–26.0 | 7.7 |
| C18:0 | 0.1–1.3 | 1.5 |
| C22:0 | ND–0.5 | 1.3 |

For Exhibit B, the analyte concentrations continued to show subtle variations compared to the codex ranges, highlighting the importance of method consistency and sample origin.

19.    The Product tested in **Exhibit B** contained levels of C16:0, C18:0, C22:0, and $C24:0$[5] fatty acids that fell outside the ranges permitted by the Codex standard of identity as detailed below.

| Fatty Acid | Codex Range | Exhibit A Results |
|---|---|---|
| C16:0 | 11.0–26.0 | 6.6 |
| C18:0 | 0.1–1.3 | 1.5 |
| C22:0 | ND–0.5 | 1.3 |
| C24:0 | ND–0.2 | 1.2 |

[2] Palmitic acid.
[3] Stearic acid.
[4] Behenic acid.
[5] Lignoceric acid.

4

**DECLARATION OF JOHN W. FINLEY, PH.D.**

**<u>CONCLUSION</u>**

Based on my academic and industry experience, as well as my review of the laboratory testing conducted in this matter, it is my opinion that because the Products do not correspond to the standard of identity for avocado oil, the Products contain significant quantities of other oil or oils that render the Products adulterated.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 2, 2025 in Bradenton, Florida.

_JOHN FINLEY_____
John W. Finley, Ph.D.

5

**DECLARATION OF JOHN W. FINLEY, PH.D.**