Jacob M. Harper (SBN 259463)
Heather F. Canner (SBN 292837)
Joseph Elie-Meyers (SBN 325183)
DAVIS WRIGHT TREMAINE LLP
350 S. Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone:     (213) 633-6800
Facsimile:     (213) 633-6899
Email:         jacobharper@dwt.com
               heathercanner@dwt.com
               josepheliemeyers@dwt.com

Caleah N. Whitten (*pro hac vice pending*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone:     (206) 622-3150
Facsimile:     (206) 757-7700
Email:         caleahwhitten@dwt.com

Attorneys for Defendant
TRADER JOE'S COMPANY

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN SMITH and CLAIR AWAD, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRADER JOE'S COMPANY,<br><br>Defendant. | Case No. 3:24-cv-06834-JD<br><br>Assigned to the Honorable James Donato<br><br>**DEFENDANT TRADER JOE'S COMPANY'S OBJECTION TO PLAINTIFFS' NOTICES OF ERRATA (DKT. 44, 45) AMENDING DECLARATION OF JOHN W. FINLEY, PH.D. AND EXHIBIT B** |

1    Defendant Trader Joe's Company (Trader Joe's) objects to Plaintiffs' "Notice[s] of Errata"
2 (Dkt. 44, 45), through which they attempt to amend their complaint a third time without the
3 requisite leave of Court, as set forth below.  Further, Plaintiffs' "Notice[s] of Errata" reveal, for the
4 first time, that Plaintiffs' testing allegations—the August 2024 laboratory report for one of the two
5 samples Plaintiffs alleges they tested—are false, as every fatty acid level was "calculate[ed]"
6 "incorrect[ly]" and "overstated."  Dkt. 44-1 at p. 5.  This is not a mere typographical error that can
7 be addressed thorough an Notice of Errata; the proper remedy for the false allegations is striking
8 them.  Trader Joe's thus respectfully requests the Court (a) strike the Notices of Errata and
9 (b) strike the false testing allegations from the Second Amended Complaint (SAC), including
10 striking the allegations in the supporting declaration that repeat and purportedly opine on those
11 allegations.  The removal of these false allegations provides yet another ground for dismissal, in
12 addition to the several grounds Trader Joe's laid out in its pending Motion to Dismiss (Dkt. 41,
13 43)).

### A. The Court May Properly Strike the Notice.

15    First, the Court has ample grounds to strike the purported Notices of Errata.  Courts strike
16 notices of errata that, as here, improperly attempt to amend the factual allegations without the
17 defendant's or Court's consent, as it violates Federal Rule of Civil Procedure 15.  *E.g.*, *Rivera v. E.*
18 *Bay Mun. Dist.*, 2015 WL 14027603, at *1 (N.D. Cal. Aug. 5, 2015) (striking notices of errata that
19 attempted to modify complaint where plaintiff already amended as a matter of course).  The same
20 result is warranted here.
21    For relevant context, Plaintiffs claim Trader Joe's purportedly mislabeled and adulterated
22 its "Avocado Oil—All-Purpose High Heat Cooking Oil," because it allegedly contains other
23 unidentified oils.  The Court previously dismissed Plaintiffs' First Amended Complaint because it
24 "lack[ed] sufficient factual matter" to allege plausibly and with particularity that the Avocado Oil is
25 not avocado oil and contains some other oil.  Dkt. 35.  The Court "dismissed with leave to amend,"
26 but specifically advised this "will likely be the last time leave will be granted."  *Id.*  Plaintiffs filed
27 a SAC attaching a new Declaration of John W. Finley and their purported August 2024 fatty acid
28 testing results for two samples of Trader Joe's Avocado Oil.  Dkt. 38-1, 38-2, 38-3.  Trader Joe's

1  again moved to dismiss, explaining that the SAC, including the new declaration and testing, still
2  failed to state Plaintiffs' claims plausibly or with particularity on several grounds.  Dkt. 41.  The
3  motion to dismiss was fully briefed as of November 14, 2025.  Dkt. 42, 43.
4      On November 24, 2025, Plaintiffs advised Trader Joe's that their laboratory testing, which
5  was originally done in August 2024, had errors that required correction, and thus they would need
6  to file revised laboratory test results and a revised Declaration of John W. Finley with a Notice of
7  Errata.  Dkt. 44 at 1.  Trader Joe's responded that Plaintiffs' Notices of Errata appeared to be an
8  attempt to amend the SAC.
9      Plaintiffs, however, cannot amend their false factual allegations through Notices of Errata.
10 Plaintiffs' Notices purport to change the testing allegations they point to as the central factual basis
11 for their claims, along with the declaration purportedly opining on those results.  Plaintiffs explain
12 they recently discovered that the fatty acid testing results for one of the two Avocado Oil samples
13 are false as they were "calculate[ed]" "incorrect[ly]," causing all six fatty acid levels for that
14 sample to be "overstated" (*see* Dkt. 44-1 at p. 5 (revision notes))—in other words, every reported
15 fatty acid level for that sample is false.  Their Notices of Errata do not simply attempt to correct
16 mere clerical or typographical errors, but rather attempt to amend their August 2024 lab report with
17 entirely different fatty acid level results—results Trader Joe's never had the opportunity to review
18 or respond to in its motion.  *See* Appendix A (redline).  Further, they also amended the Declaration
19 of John W. Finley purportedly opining on these false testing results, as it is now also false.  Dkt. 45.
20 Trader Joe's had no opportunity to respond to those new allegations either.  Plaintiffs cannot so
21 amend through their Notices of Errata.
22     Rather, under Federal Rule of Civil Procedure 15(a)(2), to amend the SAC with their new
23 testing results and updated declaration, Plaintiffs were required to first obtain Trader Joe's consent
24 or the Court's leave.  They have neither.  They cannot bypass the federal rules and this Court's
25 authority by filing Notices of Errata.  The Court should therefore strike Plaintiffs' Notices of
26 Errata.
27     **B.     The Court May Strike the False Allegations.**
28     Second, the Court should strike Plaintiffs' false testing allegations, including Exhibit B

2

(Dkt. 38-3) and Paragraphs 2, 15, 19 of the Declaration of John W. Finley, as well as references to Exhibit B in Paragraphs 16 and 18 of the Declaration and its conclusion (Dkt. 38-1). As detailed *supra*, these allegations do not simply have a negligible typo; the fatty acid levels are completely wrong for one of Plaintiffs' two samples. Plaintiffs cannot rely on these false allegations to assert their claims, nor may they maintain such false allegations. Plaintiffs cannot make the showing required for leave to amend, nor have they moved for such relief, and as detailed above, they cannot amend their complaint through Notices of Errata. Trader Joe's thus requests the Court grant the appropriate remedy to rectify the false allegations: striking them.

\*   \*   \*

Trader Joe's thus respectfully request the Court: (1) strike the Notices of Errata, *see Rivera*, 2015 WL 14027603, at \*1 (striking notice of errata that effectively sought to amend complaint); and (2) strike Plaintiffs' false testing allegations in the SAC and supporting declaration and consider Plaintiffs' concession of falsity in ruling on Trader Joe's pending Motion to Dismiss, *see Minor v. FedEx Off. & Print Servs., Inc.*, 78 F. Supp. 3d 1021, 1031 (N.D. Cal. 2015) (holding plaintiff failed to plead exhaustion of administrative remedies where he conceded his supporting allegations were false).

DATED: December 2, 2025                              DAVIS WRIGHT TREMAINE LLP

                                                     By: */s/ Jacob M. Harper*
                                                         Jacob M. Harper

                                                     Attorneys for Defendant
                                                     TRADER JOE'S COMPANY

# APPENDIX A


**Twin Arbor Analytical**
Your Quality Control Lab
3474 Empresa Drive Suite 140, San Luis Obispo, CA 93401 · 805-369-2123 · www.twinarborlabs.com



## Certificate of Analysis

| | | | | | |
|---|---|---|---|---|---|
| **Accession:** | 11143 | **STAT** | **Client:** | Faruqi & Faruqi, LLP | **Collection Date:** 8/29/2024 9:31 AM    NA |
| **External No:** | 10573-LN | | | 1901 Avenue of the Stars, Suite 1060 | **Received Date:** 9/3/2024 2:49 PM    TA |
| **Product:** | Avocado Oil - Sample 8 | | | Los Angeles, CA 90067 | **Reported Date:** 9/10/2024 11:46 AM |
| **Product Code:** | AO - S8 | | | | **Report Status:** ~~FINAL~~ REVISED |
| **Invoice:** | 1907 | | **Batch or Lot ID:** | L-A24064-185-7  10:47 | **Sample Description:** "Sample 87" Trader Joe's Avocado Oil |

## Attachments

**Attachment (Additional Report)**    Run by CMG on ~~9/10/2024 10:08:32 AM~~ 11/26/2025
1:00:38 PM at Location: TAL
There is an additional report attached at the end of this report.

## Analytical

**Fatty Acid Panel (FAMEs)**    Run by JH on 9/5/2024 3:00:14 PM at Location: TAL
SOP/Methodology: TM0029 (FAMEs) / GCMS

| Test | Result | Units | Specification | Status |
|---|---|---|---|---|
| Butyric acid [C4:0] | ND | % | Unspecified | N/A |
| Caproic acid [C6:0] | ND | % | Unspecified | N/A |
| Octanoic acid [C8:0] | ND | % | Unspecified | N/A |
| Capric acid [C10:0] | ND | % | Unspecified | N/A |
| Undecanoic acid [C11:0] | ND | % | Unspecified | N/A |
| Lauric Acid [C12:0] | ND | % | Unspecified | N/A |
| Tridecanoic acid [C13:0] | ND | % | Unspecified | N/A |
| Myristic Acid [C14:0] | ND | % | Unspecified | N/A |
| Myristoleic acid [C14:1 (cis-9)] | ND | % | Unspecified | N/A |
| Pentadecanoic acid [C15:0] | ND | % | Unspecified | N/A |
| 10Z-pentadecenoic acid [C15:1 (cis-10)] | ND | % | Unspecified | N/A |
| Palmitic acid [C16:0] | 6.26 | % | Unspecified | N/A |
| Palmitoleic acid [C16:1 (cis-9)] | 2.09 | % | Unspecified | N/A |
| Heptadecanoic acid [C17:0] | ND | % | Unspecified | N/A |
| 10Z-Heptadecenoic acid [C17:1 (cis-10)] | ND | % | Unspecified | N/A |
| Stearic acid [C18:0] | 1.46 | % | Unspecified | N/A |
| Oleic acid [C18:1 (cis-9)] | 66.5 | % | Unspecified | N/A |
| Elaidic acid [C18:1 (trans-9)] | ND | % | Unspecified | N/A |
| Linoleic Acid (LA) [C18:2 (all-cis-9,12)] | 14.6 | % | Unspecified | N/A |
| Linoelaidic acid [C18:2 (all-trans-9,12)] | ND | % | Unspecified | N/A |
| gamma-Linolenic acid (GLA) [C18:3 (all-cis-6,9,12)] | ND | % | Unspecified | N/A |
| Linolenic acid (ALA) [C18:3 (all-cis-9,12,15)] | 0.829 | % | Unspecified | N/A |

| Arachidic Acid [C20:0] | 0.949 | % | Unspecified | N/A |




**Twin Arbor Analytical**
Your Quality Control Lab
3474 Empresa Drive Suite 140, San Luis Obispo, CA 93401 · 805-369-2123 · www.twinarborlabs.com

## Certificate of Analysis

| | | | | | |
|---|---|---|---|---|---|
| **Accession:** | 11143 | **STAT** | **Client:** Faruqi & Faruqi, LLP | **Collection Date:** 8/29/2024 9:31 AM | NA |
| **External No:** | 10573-LN | | 1901 Avenue of the Stars, Suite 1060 | **Received Date:** 9/3/2024 2:49 PM | TA |
| **Product:** | Avocado Oil - Sample 8 | | Los Angeles, CA 90067 | **Reported Date:** 9/10/2024 11:46 AM | |
| **Product Code:** | AO - S8 | | | **Report Status:** ~~FINAL~~ REVISED | |
| **Invoice:** | 1907 | | **Batch or Lot ID:** L-A24064-185-7  10:47 | **Sample Description:** "Sample 87" Trader Joe's Avocado Oil | |

## Analytical

| Test | Result | Units | Specification | Status |
|---|---|---|---|---|
| Gondoic Acid [C20:1 (cis-11)] | ND | % | Unspecified | N/A |
| Eicosadienoic acid [C20:2 (all-cis-11,14)] | ND | % | Unspecified | N/A |
| Dihomo-gamma-linolenic acid (DGLA) [C20:3 (all-cis-8,11,14)] | ND | % | Unspecified | N/A |
| 11,14,17-Eicosatrienoic acid (ETE) [C20:3 (all-cis-11,14,17)] | ND | % | Unspecified | N/A |
| Arachidonic acid (AA) [C20:4 (all-cis-5,8,11,14)] | ND | % | Unspecified | N/A |
| Eicosapentaenoic acid (EPA) [C20:5 (all-cis-5,8,11,14,17)] | ND | % | Unspecified | N/A |
| Heneicosanoic acid [C21:0] | ND | % | Unspecified | N/A |
| Behenic Acid [C22:0] | 1.25 | % | Unspecified | N/A |
| Erucic acid [C22:1 (cis-13)] | ND | % | Unspecified | N/A |
| 13,16-Docosadienoic acid [C22:2 (all-cis-13,16)] | ND | % | Unspecified | N/A |
| Docosahexaenoic acid (DHA) [C22:6 (all-cis-4,7,10,13,16,19)] | ND | % | Unspecified | N/A |
| Tricosanoic acid [C23:0] | ND | % | Unspecified | N/A |
| Tetracosanoic acid [C24:0] | 1.17 | % | Unspecified | N/A |
| Nervonic acid [C24:1 (cis-15)] | ND | % | Unspecified | N/A |
| Total Omega-3 Fatty Acids | 0.829 | % | Unspecified | N/A |
| Total Omega-6 Fatty Acids | 14.6 | % | Unspecified | N/A |
| Total Omega-9 Fatty Acids | 66.5 | % | Unspecified | N/A |

Run by TA on 9/10/2024 11:45:36 AM at Location: TAL

Reviewed By: _____

Gray, Dr. Christopher  -  QC Director


# Twin Arbor Analytical
### Your Quality Control Lab
3474 Empresa Drive Suite 140, San Luis Obispo, CA 93401 · 805-369-2123 · www.twinarborlabs.com



## Certificate of Analysis

| | | | | |
|---|---|---|---|---|
| **Accession:** | 11143 | **STAT** **Client:** Faruqi & Faruqi, LLP | **Collection Date:** 8/29/2024 9:31 AM | NA |
| **External No:** | 10573-LN | 1901 Avenue of the Stars, Suite 1060 | **Received Date:** 9/3/2024 2:49 PM | TA |
| **Product:** | Avocado Oil - Sample 8 | Los Angeles, CA 90067 | **Reported Date:** 9/10/2024 11:46 AM | |
| **Product Code:** | AO - S8 | | **Report Status:** ~~FINAL~~ REVISED | |
| **Invoice:** | 1907 | **Batch or Lot ID:** L-A24064-185-7  10:47 | **Sample Description:** "Sample 87" Trader Joe's Avocado Oil | |
| **Panel Name:** | Fatty Acid Panel (FAMEs) | | **Approved:** 9/10/2024 10:10 AM | |

ND = Not Detected  |  LOD = Limit of Detection  |  LOQ = Limit of Quantification

Product details are provided by the Client and are not verified by the laboratory.
Not all methods are ISO17025:2017 accredited.



**Twin Arbor Analytical**
Your Quality Control Lab

3474 Empresa Drive Suite 140, San Luis Obispo, CA 93401 · 805-369-2123 · www.twinarborlabs.com

### Certificate of Analysis

| | | | | | | |
|---|---|---|---|---|---|---|
| **Accession:** | 11143 | **Client:** | Faruqi & Faruqi, LLP | **Collection Date:** | 8/29/2024 ~~9:31~~ 9:31 AM | NA |
| **External No:** | 10573-LN | | 1901 Avenue of the Stars, Suite 1060 | **Received Date:** | 9/3/2024 ~~14:49~~ 2:49 PM | TA |
| **Product:** | Avocado Oil - Sample 8 | | | **Reported Date:** | ~~9/9/2024 17:00~~ 11/26/2025 1:00 PM | |
| | | | Los Angeles, CA 90067 | **Report Status:** | ~~FINAL~~ REVISED | |
| **Product Code:** | AO - S8 | | | **Sample** | "Sample 87" Trader Joe's Avocado Oil | |
| **Invoice:** | 1907 | **Batch or Lot ID:** | L-A24064-185-7  10:47 | | | |

## Report
### Analyst Detail Report

Run by CG on 9/9/2024 5:00:00 PM at Location: TAL

The Fatty Acid Profile from the testing results of Sample 8 were compared to two published references (1)(2) and one proposed standard for Avocado Oil (3). This profile is often used to determine if adulteration has occured within edible oils. Sample 8 had several fatty acids that fell outside of the ranges set forth by the proposed CODEX Standard for Avocado Oil (3). The table below gives the relative composition for specific fatty acids that were set forth within the proposed standard.

| | CODEX '21 std (rel.%) | Sample 8 (rel.%) | Result |
|---|---|---|---|
| C14:0 | ND - 0.3 | ND | Meets Proposed Standard |
| C16:0 | 11.0 - 26.0 | ~~7.6~~ 6.6 | Below Proposed Standard |
| C17:0 | ND - 0.3 | ND | Meets Proposed Standard |
| C17:1 | ND - 0.1 | ND | Meets Proposed Standard |
| C18:0 | 0.1 - 1.3 | ~~1.8~~ 1.5 | Above Proposed Standard |
| C18:2 | 7.8 - 19.0 | ~~17.7~~ 15.4 | Meets Proposed Standard |
| C18:3 | 0.5 - 2.1 | ~~1~~ 0.9 | Meets Proposed Standard |
| C20:1 | ND - 0.3 | ND | Meets Proposed Standard |
| C22:0 | ND - 0.5 | ~~1.5~~ 1.3 | Above Proposed Standard |
| C24:0 | ND - 0.2 | ~~1.4~~ 1.2 | Above Proposed Standard |
| C24:1 | ND - 0.2 | ND | Meets Proposed Standard |

Due to the differences above, we conclude that Sample 8 results are inconsistent with the proposed standards set forth by CODEX.

**References**
1. Green, H. G., & Wang, S. C. (2020). First report on quality and purity evaluations of avocado oil sold in the US. *Food Control,* 116. https://doi.org/10.1016/j.foodcont.2020.107328
2. Green, H. G., & Wang, S. C. (2023). Purity and quality of private labelled avocado oil. *Food Control*, 152. https://doi.org/10.1016/j.foodcont.2023.109837
 3. Codex Alimentarius Commission. (2021). *Report of the 27th Session of the Codex committee on fats and oils. Proposed draft revision to the Standard for Named Vegatable Oils (CXS 210-1999) - Inclusion of avocado oil, for adoption at Step 5 by CAC45.* REP22/FO, October 2021 (pp. 46-82). https://www.fao.org/~~fao-who-codexalimentarius~~/sh-proxy/en/?lnk=1&url=https%253A%252F%252Fworkspace.fao.org%252Fsites%252Fcodex%252FMeetings%252FCX-709-27%252FREPORT%252FFinal%2BReport%252FREP22_FOe.pdf

Reviewed By: _____
Gray, Dr. Christopher  -  QC Director

**Revision notes** - 11/26/2025 by Christopher Gray - The attached report was revised to correct a calculation error in fatty acid relative concentrations (rel.%). Relative concentrations are determined by dividing absolute concentrations from the Fatty Acid Panel (FAMEs) by the sum of all Fatty Acid absolute concentrations. Previously, an incorrect sum of fatty acids concentrations caused the relative concentrations to be overstated. In the incorrect sum calculation, the first detected absolute value was subtracted instead of being added to the total. Absolute concentrations on the Fatty Acid Panel (FAMEs) were correct and unaffected.

ND = Not Detected  |  LOD = Limit of Detection  |  LOQ = Limit of Quantification

Product details are provided by the Client and are not verified by the laboratory.
Not all methods are ISO17025:2017 accredited.

Accession: 11143    Product #: AO - S8
Page: 1/1

| Summary report: Litera Compare for Word 11.12.0.83 Document comparison done on 12/1/2025 2:14:22 PM ||
|---|---|
| **Style name:** no format ||
| **Intelligent Table Comparison:** Active ||
| **Original filename:** Ex. B - original.pdf ||
| **Modified filename:** Ex. B - new.pdf ||
| **Changes:** ||
| Add | 22 |
| Delete | 16 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 38 |