**FARUQI & FARUQI, LLP**
Lisa T. Omoto (State Bar No. 303830)
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
Telephone: (424) 256-2884
E-Mail: lomoto@faruqilaw.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAIR AWAD and KEVIN SMITH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRADER JOE'S COMPANY,<br>          Defendant. | Case No. 3:24-cv-06834-JD<br><br>**PLAINTIFFS' OBJECTION TO DEFENDANT'S REQUEST TO STRIKE NOTICES OF ERRATA AND TESTING ALLEGATIONS (ECF NO. 46)** |

1    Plaintiffs Kevin Smith and Claire Awad object to Defendant Trader Joe's Company's
2 Objection to Plaintiffs' Notices of Errata (ECF No. 46), in which Defendant improperly moves to
3 strike Plaintiffs' Notices of Errata and testing allegations in the Second Amended Complaint.
4 Among other things, Defendant's contention that the Second Amended Complaint now contains
5 "false testing allegations" fundamentally misinterprets the nature of the "calculation error"
6 described by Dr. Christopher Gray. *See* ECF No. 46 at 2, 10. Contrary to Defendant's assertion,
7 none of the fatty acid levels (*i.e.,* the raw data) have changed. *Id.* at 6. Rather, an error was made
8 when translating that raw data into fatty acid "relative concentrations." *Id.* at 10. Further, the
9 conclusion in the Declaration of Dr. John Finley remains unchanged. *See* ECF No. 45-1 at 6.

10   Accordingly, Defendant has no factual basis for asserting that Plaintiffs rely on "false
11 allegations." If, however, the Court is inclined to consider granting the Defendant's request to
12 strike, Plaintiffs respectfully request that the matter be discussed at the hearing on Defendant's
13 Motion to Dismiss or in further briefing.

15 Dated: December 3, 2025                    **FARUQI & FARUQI, LLP**

16                                            By:    /s/ *Lisa T. Omoto*
17                                                      Lisa T. Omoto

18                                            Lisa T. Omoto (SBN: 303830)
                                              1901 Avenue of the Stars, Suite 1060
19                                            Los Angeles, CA 90067
                                              Telephone: (424) 256-2884
20                                            E-mail: lomoto@faruqilaw.com

21                                            **SMITH KRIVOSHEY, PC**.
22                                            Yeremey O. Krivoshey (State Bar No. 295032)
                                              Brittany S. Scott (State Bar No. 327132)
23                                            28 Geary Street, Ste. 650, #1507
                                              San Francisco, CA 94108
24                                            Telephone: (415) 839-7000
25                                            Facsimile: (888) 410-0415
                                              Email: yeremey@skclassactions.com
26                                                     brittany@skclassactions.com

**SMITH KRIVOSHEY, PC**.
Joel D. Smith (State Bar No. 244902)
8667 Boylston Street, 5th Floor, Ste. 1520
Boston, MA 02116
Telephone: (415) 839-7000
Facsimile: (888) 410-0415
Email: joel@skclassactions.com

**BURSOR & FISHER, P.A.**
Neal J. Deckant
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ndeckant@bursor.com

*Attorneys for Plaintiffs*