# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### Civil Minutes

Date:  December 4, 2025                              Judge:  Hon. James Donato

Time:  10 Minutes

Case No.      **3:24-cv-06834-JD**
Case Name     **Smith et al v. Trader Joe's Company**

Attorney(s) for Plaintiff(s):      Brittany Scott
Attorney(s) for Defendant(s):    Jacob Harper

Deputy Clerk:  Lisa R. Clark                    Court Reporter:  Lee-Anne Shortridge

### PROCEEDINGS

Motion Hearing -- Held

### NOTES AND ORDERS

The motion to dismiss, Dkt. No. 41, is denied for the reasons stated on the record.  Overall, plaintiffs have plausibly stated their claims and defendant's arguments were better suited for a summary judgment motion than a motion to dismiss.

The parties are directed to file by December 19, 2025, a joint case management statement that includes a proposed case schedule providing for trial in 18 months.  The case schedule should be sequenced so all fact and expert discovery will close before a motion for class certification is filed.