United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN SMITH, et al.,

   Plaintiffs,

  v.

TRADER JOES COMPANY,

   Defendant.

Case No.  24-cv-06834-JD

**SCHEDULING ORDER**

   The Court sets the following case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10.  The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Jury Trials.

| Event | Deadline |
|---|---|
| Add parties or amend pleadings | May 8, 2026 |
| Fact discovery cut-off | October 30, 2026 |
| Expert disclosures | November 13, 2026 |
| Rebuttal expert disclosures | December 2, 2026 |
| Expert discovery cut-off | December 21, 2026 |
| Last day to file motion for class certification | January 14, 2027 |
| Class certification response | February 4, 2027 |
| Class certification reply | February 25, 2027 |
| Class certification hearing | March 11, 2027 @11 a.m. |

| Event | Deadline |
|-------|----------|
| Last day to file dispositive and *Daubert* motions | May 6, 2027 |
| Pretrial conference | September 9, 2027 @1:30 p.m. |
| Jury Trial | September 20, 2027 @9 a.m. |

All dates set by the Court should be regarded as firm. Counsel may not modify these dates by stipulation without leave of court. Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance. Sanctions may issue for a failure to follow a scheduling or other pretrial order. *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated:  April 22, 2026

_____
JAMES DONATO
United States District Judge

United States District Court
Northern District of California

2