**SMITH KRIVOSHEY, PC**
Yeremey O. Krivoshey (State Bar No. 295032)
Brittany S. Scott (State Bar No. 327132)
28 Geary Street, Ste. 650, #1507
San Francisco, CA 94108
Telephone: (415) 839-7000
Facsimile: (888) 410-0415
Email: yeremey@skclassactions.com
brittany@skclassactions.com

*Attorneys for Plaintiffs*

[*Additional Counsel on Signature Page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

CLAIR AWAD and KEVIN SMITH, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

TRADER JOE'S COMPANY,

Defendant.

CASE NO. 3:24-cv-06834-JD

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Judge: Hon. James Donato

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

IT IS HEREBY STIPULATED by and between Plaintiffs Clair Awad and Kevin Smith and Defendant Trader Joe's Company, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is hereby dismissed with prejudice. The parties will bear their own attorneys' fees and costs.

DATED: September 14, 2026

SMITH KRIVOSHEY, PC
BRITTANY S. SCOTT

By: */s/ Brittany S. Scott*
Brittany S. Scott
Attorneys for Plaintiffs
CLAIR AWAD and KEVIN SMITH

DATED: September 14, 2026

DAVIS WRIGHT TREMAINE LLP
JACOB M. HARPER
HEATHER CANNER

By: */s/ Jacob M. Harper*
Jacob M. Harper
Attorneys for Defendant
TRADER JOE'S COMPANY

**SIGNATURE ATTESTATION**

I, Brittany S. Scott, hereby attest that counsel for Defendant Trader Joe's Company has concurred with this filing.

DATED: September 14, 2026

SMITH KRIVOSHEY, PC
BRITTANY S. SCOTT

By: *\/s/ Brittany S. Scott*
Brittany S. Scott
Attorneys for Plaintiffs
CLAIR AWAD and KEVIN SMITH